CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223
WILLIAM J. HEALY, #146158
440 N. 1st Street, Suite 100
San Jose, California   95112
Telephone:   (408) 295-9555
Facsimile:   (408) 295-6606

ATTORNEYS FOR Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: ) | Case No. 15-50801 |
| ROBERT S. BROWER, Sr., ) | CHAPTER 11 |
| Debtor. ) | |

**PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF**

**ENTITIES IN WHICH THE ESTATE OF DEBTOR**

**HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST**

This is the report as of March 25, 2015 on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estate of the Debtor Robert S. Brower, Sr. holds a substantial or controlling interest in the following entities:

| Name of Entity | Interest of the Estate | Tab # |
|---|---|---|
| Coastal Cypress Corporation | stock/apprx 24% | n/a |

This periodic report (the "Periodic Report") does not contains separate reports ("Entity

Reports") on the value, operations, and profitability of each entity listed above and does not contain three referenced exhibits. The entity listed above is currently pending a sale and public disclosure of such information does not appear to be in the best interests of the entity, the Debtor, or the estate.

THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.

The undersigned, having reviewed the above listing of entities in which the estate of the Debtor Robert S. Brower, Sr. holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

Date: March 25, 2015            /s/ Robert S. Brower, Sr.
                                Signature of Authorized Individual

                                Robert S. Brower, Sr.
                                Name of Authorized Individual

                                President
                                Title of Authorized Individual

Date: March 25, 2015            /s/ Robert S. Brower, Sr.
                                Signature of Debtor