CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223
WILLIAM J. HEALY, #146158
440 N. 1st Street, Suite 100
San Jose, California   95112
Telephone:   (408) 295-9555
Facsimile:    (408) 295-6606

ATTORNEYS FOR Debtor

The following constitutes
the order of the court. Signed March 31, 2015

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                                    )   Case No. 15-50801
                                                          )
ROBERT S. BROWER, Sr.,                    )   CHAPTER 11
                                                          )
                    Debtor.                           )   **ORDER APPOINTING COUNSEL FOR**
                                                          )   **DEBTOR**

Upon Application of the Debtor herein praying for authority to employ CAMPEAU GOODSELL SMITH under a general retainer to represent it, it appearing that the attorneys comprising said law firm are duly admitted to practice before this Court, and the Court being satisfied that said law firm represents no interest adverse to the Debtor herein or to the Estate in matters upon which it is to be engaged, the Court being satisfied that employment of such counsel is necessary and in the best interests of the Estate.

IT IS HEREBY ORDERED that the Debtor be and hereby is authorized to employ the law firm of CAMPEAU GOODSELL SMITH to represent him in this case.  Compensation subject to court approval after notice and hearing.

***END OF ORDER***

**Court Service List**