# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: ROBERT S. BROWER, SR.

Case No. 15-50801

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: 03/31/15   PETITION DATE: 03/11/15

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in $1

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | $227,974 | | |
| b. Total Assets | $1,200,788 | | $1,200,788 |
| c. Current Liabilities | $0 | | |
| d. Total Liabilities | $11,165,574 | | $11,165,574 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | $508 | | $508 |
| b. Total Disbursements | $976 | | $976 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($468) | $0 | ($468) |
| d. Cash Balance Beginning of Month | $2,256 | | $2,256 |
| e. Cash Balance End of Month (c + d) | $1,788 | $0 | $1,788 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. Account Receivables (Pre and Post Petition) | $0 | | |
| 6. Post-Petition Liabilities | $0 | | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $0 | | |

At the end of this reporting month:

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | N/A |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. | Are a plan and disclosure statement on file? | | X |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes ___; U.S. Trustee Quarterly Fees  X  ; Check if filing is current for: Post-petition tax reporting and tax returns: ___.
   (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 4/20/2015 0:00

_[signature]_
Responsible Individual

Revised 1/1/98

Case: 15-50801   Doc# 28   Filed: 04/20/15   Entered: 04/20/15 13:59:17   Page 1 of 7

# BALANCE SHEET
(Small Real Estate/Individual Case)
For the Month Ended  03/31/15

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | X | $1,788 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: _____ | | |
| 5 | Notes Due | X | $226,186 |
| 6 | **Total Current Assets** | | $227,974 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | |
| 8 | Real property (rental or commercial) | | |
| 9 | Furniture, Fixtures, and Equipment | | |
| 10 | Vehicles | X | $19,097 |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | X | $800,000 |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | X | $153,717 |
| 15 | Other: _____ | | |
| 16 | _____ | | |
| 17 | **Total Long Term Assets** | | $972,814 |
| 18 | **Total Assets** | | $1,200,788 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | |
| 23 | Other: _____ | | |
| 24 | _____ | | |
| 25 | **Total Current Liabilities** | | $0 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $0 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | |
| 29 | Secured claims (other) | | |
| 30 | Priority unsecured claims | | |
| 31 | General unsecured claims | | $11,165,574 |
| 32 | **Total Pre-Petition Liabilities** | | $11,165,574 |
| 33 | **Total Liabilities** | | $11,165,574 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | ($9,964,786) |
| 35 | **Total Liabilities and Equity (Deficit)** | | $1,200,788 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

Case: 15-50801   Doc# 28   Filed: 04/20/15   Entered: 04/20/15 13:59:17   Page 2 of 7

# SCHEDULES TO THE BALANCE SHEET

## Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents | $0 | $0 | $0 |
| | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $0 | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | $0 |

(2) To be completed by cash basis reporters only.

## Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | Union bank | Petty cash | |
| 11 | Account No. | 40189742 | | |
| 12 | Account Purpose | checking/savings | | |
| 13 | Balance, End of Month | $531 | $1,257 | |
| 14 | Total Funds on Hand for all Accounts | $1,788 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

Case: 15-50801    Doc# 28    Filed: 04/20/15    Entered: 04/20/15 13:59:17    Page 3 of 7

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended 03/31/15

| # | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Meeting Fees received | $508 | $508 |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $508 | $508 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 |    Personal Property | | |
| 19 |    Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 |    Salaries | | |
| 21 |    Draws | | |
| 22 |    Commissions/Royalties | | |
| 23 |    Expense Reimbursements | | |
| 24 |    Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 |    Employee Withholding | | |
| 28 |    Employer Payroll Taxes | | |
| 29 |    Real Property Taxes | | |
| 30 |    Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 |    Utilities | $476 | $476 |
| 33 |    Food and Gas | $500 | $500 |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | **Total Cash Disbursements:** | $976 | $976 |
| 38 | **Net Increase (Decrease) in Cash** | ($468) | ($468) |
| 39 | **Cash Balance, Beginning of Period** | $2,256 | $2,256 |
| 40 | **Cash Balance, End of Period** | $1,788 | $1,788 |

Revised 1/1/98

# Union Bank

Ready to Go Checking Welcome Letter

March 19, 2015

ROBERT BROWER
PO BOX 222422
CARMEL,   93922

XXXXXX9742

Congratulations, you just created your own personalized Ready to Go℠ Checking account! We hope you'll enjoy the many benefits included in this account and the flexibility of customizing your account with optional features that fit your needs.

Your Ready to Go Checking account has a monthly service charge of $8.00, which is waived by simply meeting one of the following criteria:
- Make a Direct Deposit of $500 or more per statement period, or
- Maintain an Average Monthly Ledger Balance of $1,500 or more in your checking account, or
- Maintain a $5,000 or more monthly Combined Balance in linked deposit accounts

To allow you time to set up direct deposit or link eligible accounts, we will waive the $8.00 monthly service charge for the first statement period.

**The following features are included in your Ready to Go Checking account.**

- Unlimited Check Writing
- Debit Card or ATM Card
- Online Banking
- Online Statements
- Mobile Banking
- Email Alerts
- Text Alerts
- Union Bank ATMs
- Online Bill Pay
- Paper Statements
- Unlimited Check Supply
- Personal Savings or Money Market Account
- Discounted Safe Deposit Box

This would be a great time for you to visit unionbank.com and sign up for Online Banking for your new account. Once you do, you can start using features like Mobile Banking, Text and Email Alerts, and Online Statements.

We hope this gives you a clear understanding of your new account (and maybe some ideas on how to make even better use of your new Ready to Go Checking account). If you'd like more information or wish to make changes to your account in the future, please visit your local branch, unionbank.com, or call us at 1-800-238-4486. We're here to help.

Financial Summary
Information About  Ready to Go Checking #0040189742 as of 04/09/2015
Balance:            $8,994.57
Available Balance:  $8,893.28
Today's Credits:    $0.00
Today's Debits:     $101.29
Last Statement Date:

| Date | Description | Type | | | Amount | |
|---|---|---|---|---|---|---|
| 3/19/2015 | OFFICE DEPOSIT | Additions | No | No | | $507.92 |
| 3/30/2015 | Check #99 | Checks | No | No | $246.14 | |
| 3/31/2015 | Check #98 | Checks | No | No | $230.34 | |

Financial Summary  
Information About Regular Savings #0060780668 as of 04/09/2015  
Balance: $500.00  
Available Balance: $500.00  
Today's Credits: $0.00  
Today's Debits: $0.00  
Last Statement Date:

3/19/2015 OFFICE D Additions   No        No                $500.00