B6F (Official Form 6F) (12/07)

IN RE **Brower, Robert S. Sr.**　　　　　　　　　　　　　　　　　　　Case No. **15-50801**
　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

　　　State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

　　　If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

　　　If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

　　　Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**American Express<br>PO Box 0001<br>Los Angeles, CA  90096-8000** | | | **10/2014** | X | X | | **124,138.00** |
| ACCOUNT NO.<br>**Blackcard<br>PO Box 60517<br>Monterey Park, CA  91754** | | H | **various** | | X | | **5,212.00** |
| ACCOUNT NO.<br>**Blackcard<br>PO Box 60517<br>City of Industry, CA  91716-0517** | | | **Assignee or other notification for:<br>Blackcard** | | | | |
| ACCOUNT NO.<br>**Bobby Brower<br>200 Water St # 2308<br>New York, NY  10038-3642** | | | | | | | **25,000.00** |

　　**2** continuation sheets attached

Subtotal (Total of this page)　$ **154,350.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)　$

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brower, Robert S. Sr.**    Case No. **15-50801**
_____
                       Debtor(s)                                (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Chase Card Services**<br>**PO Box 15298**<br>**Wilmington, DE 19850-5298** | | H | **various** | | X | | **33,192.00** |
| ACCOUNT NO.<br>**Chase Card Services-Marriott**<br>**PO Box 15298**<br>**Wilmington, DE 19850-5298** | | H | **various** | | X | | **3,185.00** |
| ACCOUNT NO.<br>**Chase Chateau Julien, Inc.**<br>**PO Box 94014**<br>**Palatine, IL 60094-4014** | X | H | **Unknown (2012-2013)** | X | X | X | **85,452.00** |
| ACCOUNT NO.<br>**Marshall Pearlman**<br>**57 Chandon**<br>**Newport Coast, CA 92657-1118** | | H | **Unknown (1982-1989)** | | X | X | **35,000.00** |
| ACCOUNT NO. **ess2**<br>**MFUG Union Bank, N.A.**<br>**c/o Sheppard, Mullin, et al**<br>**4 Embarcadero Ctr Fl 17**<br>**San Francisco, CA 94111-4158** | X | H | | X | X | X | **3,570,000.00** |
| ACCOUNT NO. **Inc1**<br>**MFUG Union Bank, N.A.**<br>**c/o Sheppard, Mullin, et al**<br>**4 Embarcadero Ctr Fl 17**<br>**San Francisco, CA 94111-4158** | X | H | **See Attachment Order served on March 4, 2015.** | X | X | X | **4,850,000.00** |
| ACCOUNT NO. **ess1**<br>**MUFG Union Bank, N.A.**<br>**Sheppard, Mullin, et al**<br>**4 Embarcadero Ctr Fl 17**<br>**San Francisco, CA 94111-4158** | X | H | | X | X | X | **2,400,000.00** |

Sheet no. __**1**__ of __**2**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **10,976,829.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

**B6F (Official Form 6F) (12/07) - Cont.**

IN RE **Brower, Robert S. Sr.**              Case No. **15-50801**
               Debtor(s)                                                   (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Union Bank -First Bankcard** <br> **PO Box 1818** <br> **Omaha, NE 68103** | X | H | | X | X | X | 5,417.00 |
| ACCOUNT NO. <br> **Additional Notice** <br> **C/O First National Bank of Omaha** <br> **PO Box 2340** <br> **Omaha, NE 68103-2340** | | | **Assignee or other notification for:** <br> **Union Bank -First Bankcard** | | | | |
| ACCOUNT NO. <br> **Wells Fargo Credit Card** <br> **PO Box 29706** <br> **Phoenix, AZ 85038-9706** | X | H | | X | X | X | 88,978.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **2** of **2** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims          Subtotal (Total of this page) $ **94,395.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **11,225,574.00**

Case: 15-50801    Doc# 30    Filed: 04/28/15    Entered: 04/28/15 09:56:52    Page 3 of 8

B6 Declaration (Official Form 6 - Declaration)  (12/07)

IN RE **Brower, Robert S. Sr.** _____  Case No. **15-50801** _____
                          Debtor(s)                                                  (If known)

# AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**19** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **April 27, 2015** _____   Signature: _**/s/ Robert S. Brower Sr.**_____
                                                    **Robert S. Brower Sr.**                                    Debtor

Date: _____   Signature: _____
                                                                                                  (Joint Debtor, if any)
                                                    [If joint case, both spouses must sign.]

---

DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____         _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____         _____
Signature of Bankruptcy Petition Preparer                                                  Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____   Signature: _____

                                                    _____
                                                    (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Northern District of California, San Jose Division**

IN RE:                                                                                    Case No. **15-50801**

**Brower, Robert S. Sr.**                                              Chapter **11**

                              Debtor(s)

## AMENDED CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of **3** sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **April 27, 2015**

                                                  */s/ William J. Healy*
                                                  Signature of Debtor's Attorney or Pro Per Debtor

Additional Notice
C/O First National Bank of Omaha
PO Box 2340
Omaha, NE  68103-2340


American Commercial Properties
PO Box 621795
Las Vegas, NV  89162-1795


American Express
PO Box 0001
Los Angeles, CA  90096-8000


Blackcard
PO Box 60517
City of Industry, CA  91716-0517


Blackcard
PO Box 60517
Monterey Park, CA  91754


Bobby Brower
200 Water St # 2308
New York, NY  10038-3642


California Franchise Tax Board
PO Box 2952
Sacramento, CA  95812-2952

California State Board of Equalization
PO Box 942879
Sacramento, CA   94279-0001


Chase Card Services
PO Box 15298
Wilmington, DE   19850-5298


Chase Card Services-Marriott
PO Box 15298
Wilmington, DE   19850-5298


Chase Chateau Julien, Inc.
PO Box 94014
Palatine, IL   60094-4014


Internal Revenue Service
PO Box 7346
Philadelphia, PA   19101-7346


Marshall Pearlman
57 Chandon
Newport Coast, CA   92657-1118


MFUG Union Bank, N.A.
c/o Sheppard, Mullin, et al
4 Embarcadero Ctr Fl 17
San Francisco, CA   94111-4158

MUFG Union Bank, N.A.
Sheppard, Mullin, et al
4 Embarcadero Ctr Fl 17
San Francisco, CA  94111-4158


State of New Jersey-DEP
401 E State St Fl 7
Trenton, NJ  08608-1501


Union Bank -First Bankcard
PO Box 1818
Omaha, NE  68103


Wells Fargo Credit Card
PO Box 29706
Phoenix, AZ  85038-9706