UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: ROBERT S. BROWER, SR.

Case No. 15-50801

CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: 05/31/15          PETITION DATE: 03/11/15

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).

Dollars reported in $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $73,429 | $77,745 | |
| | b. Total Assets | $1,046,243 | $1,050,560 | $1,200,788 |
| | c. Current Liabilities | $0 | $0 | |
| | d. Total Liabilities | $5,255,574 | $5,255,574 | $11,165,574 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $74,261 | $9,300 | $84,069 |
| | b. Total Disbursements | $4,581 | $7,339 | $12,896 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $69,680 | $1,961 | $71,173 |
| | d. Cash Balance Beginning of Month | $3,749 | $1,788 | $2,256 |
| | e. Cash Balance End of Month (c + d) | $73,429 | $3,749 | $73,429 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. | Account Receivables (Pre and Post Petition) | $0 | $0 | |
| 6. | Post-Petition Liabilities | $0 | ($5,970,000) | |
| 7. | Past Due Post-Petition Account Payables (over 30 days) | $0 | $0 | |

At the end of this reporting month: | Yes | No
---|---|---
8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X
10. If the answer is yes to 8 or 9, were all such payments approved by the court? | | N/A
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X
12. Is the estate insured for replacement cost of assets and for general liability? | X |
13. Are a plan and disclosure statement on file? | | X
14. Was there any post-petition borrowing during this reporting period? | | X

15. Check if paid: Post-petition taxes ___;  U.S. Trustee Quarterly Fees  X  ; Check if filing is current for: Post-petition tax reporting and tax returns: ___
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 6/18/2015 0:00

_____
Responsible Individual

Revised 1/1/98

# BALANCE SHEET
(Small Real Estate/Individual Case)

For the Month Ended __05/31/15__

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, etc.) | X | $73,429 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: | X | $0 |
| 5 | Notes Due - less uncollectable note | | |
| 6 | Total Current Assets | | $73,429 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | |
| 8 | Real property (rental or commercial) | | |
| 9 | Furniture, Fixtures, and Equipment | | |
| 10 | Vehicles | X | $19,097 |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | X | $800,000 |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | X | $153,717 |
| 15 | Other: | | |
| 16 | | | |
| 17 | Total Long Term Assets | | $972,814 |
| 18 | Total Assets | | $1,046,243 |
| | **Liabilities** | | |
| | *Post-Petition Liabilities* | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | |
| 23 | Other: | | |
| 24 | | | |
| 25 | Total Current Liabilities | | $0 |
| 26 | Long-Term Post Petition Debt | | $0 |
| 27 | Total Post-Petition Liabilities | | $0 |
| | *Pre-Petition Liabilities (allowed amount)* | | |
| 28 | Secured claims (residence) | | |
| 29 | Secured claims (other) | | |
| 30 | Priority unsecured claims | | |
| 31 | General unsecured claims REVISED | | $5,255,574 |
| 32 | Total Pre-Petition Liabilities | | $5,255,574 |
| 33 | Total Liabilities | | $5,255,574 |
| | **Equity (Deficit)** | | |
| 34 | Total Equity (Deficit) | | ($4,209,331) |
| 35 | Total Liabilities and Equity (Deficit) | | $1,046,243 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals, familiarity with comparable market prices, etc.) and the date the value was determined

Revised 1-1-98

Case: 15-50801    Doc# 39    Filed: 06/18/15    Entered: 06/18/15 12:04:06    Page 2 of 5

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended 05/31/15

| # | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Meeting Fees received | $203 | $711 |
| 8 | FUNDS FRECEIVED FROM NOTE PRINCIPAL PYMT | $74,058 | $83,358 |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $74,261 | $84,069 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | $2,987 | $5,974 |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| 27 | FOOD AND GAS - CASH | $0 | $1,262 |
| 28 | MISCELLANOUS | $0 | $176 |
| 29 | POSTAGE | $0 | $49 |
| 30 | HEALTHCARE ITEMS | $568 | $979 |
| 31 | Other Cash Outflows: | | |
| 32 | Utilities AND TELEPHONE | $922 | $2,313 |
| 33 | Food and Gas - PAYMENTS | $0 | $1,165 |
| 34 | HEALTHCARE INSURANCE PYMTS | $105 | $576 |
| 35 | US TRUSTEE | $0 | $325 |
| 36 | CLOTHING | $0 | $78 |
| 37 | **Total Cash Disbursements:** | $4,581 | $12,896 |
| 38 | Net Increase (Decrease) in Cash | $69,680 | $71,173 |
| 39 | Cash Balance, Beginning of Period | $3,749 | $2,256 |
| 40 | **Cash Balance, End of Period** | $73,429 | $73,429 |

Revised 1/1/98

Case: 15-50801    Doc# 39    Filed: 06/18/15    Entered: 06/18/15 12:04:06    Page 3 of 5

# SCHEDULES TO THE BALANCE SHEET

## Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents | $0 | $0 | $0 |
| | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $0 | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | $0 |

(2) To be completed by cash basis reporters only.

## Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | Union bank | Petty cash | |
| 11 | Account No. | 40189742 | | |
| 12 | Account Purpose | checking/savings | | |
| 13 | Balance, End of Month | $72,717 | $712 | |
| 14 | Total Funds on Hand for all Accounts | $73,429 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98



## ACCOUNT DETAIL

**Account Activity** | Search

Debtor in Posse-9742 ▼                                    Download Account Detail

**Available Balance**              **$72,717.18**          View Your Overdraft Services

Ledger Balance as of 05/28/2015              $72,717.18

Select Period: Last 30 Days ▼  Show by Date ▼                    Save this view

| Date | Transactions | Category | Amount | Running Balance |
|---|---|---|---|---|
| 05/21/2015 | Check #145 | Checks | -$187.79 | $72,717.18 |
| 05/20/2015 | Check #146 | Checks | -$257.24 | $72,884.97 |
| 05/18/2015 | Check #147 | Checks | -$2,986.78 | $73,142.21 |
| 05/18/2015 | OFFICE DEPOSIT | Additions | $203.17 | $76,128.99 |
| 05/15/2015 | ATS SERV TRANSFER 0060780668 | Payments | -$25.00 | $75,925.82 |
| 05/15/2015 | AT&T SERVICES CHECKPAYMT ARC 0143 | Payments | -$244.30 | $75,950.82 |
| 05/14/2015 | CMS MEDICARE PAYMENT ARC 0142 | Payments | -$104.90 | $76,195.12 |
| 05/12/2015 | Check #144 | Checks | -$567.50 | $76,300.02 |
| 05/07/2015 | Check #141 | Checks | -$252.64 | $76,867.52 |
| 05/01/2015 | OFFICE DEPOSIT | Additions | $74,057.74 | $77,120.16 |

Showing 1 - 10 of 10 transactions

Tip: To nickname your accounts, go to Account Services.