SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
STEVEN B. SACKS, Cal. Bar No. 98875
ssacks@sheppardmullin.com
MICHAEL M. LAUTER, Cal. Bar No. 246048
mlauter@sheppardmullin.com
JACQUELINE A. GOTTLIEB, Cal. Bar No. 271844
jgottlieb@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947

Attorneys for Creditor
MUFG UNION BANK, N.A.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ROBERT BROWER, SR.,<br><br>      Debtor. | Bk. No. 15-50801<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON MUFG UNION BANK, N.A.'S MOTION TO EXTEND TIME FOR FILING A COMPLAINT TO DETERMINE THE DISCHARGEABILITY OF CERTAIN DEBTS OF THE DEBTOR**<br><br>Date: July 9, 2015<br>Time: 10:30 a.m.<br>Place: 280 S. First Street, Room 3070<br>        San Jose, CA 95113<br>Judge: Hon. Elaine Hammond |

| | |
|---|---|
| 1 | **TO THE UNITED STATES BANKRUPTCY COURT, THE OFFICE OF** |
| 2 | **THE UNITED STATES TRUSTEE, THE DEBTOR, AND THE CREDITORS** |
| 3 | **LISTED ON THE DEBTOR'S TOP 20 LIST OF UNSECURED CREDITORS:** |

**PLEASE TAKE NOTICE THAT** on <u>**July 9, 2015 at 10:30 a.m.**</u> in the courtroom of the Honorable Elaine Hammond, United States Bankruptcy Judge, located at 280 S. First Street, Room 3070, San Jose, CA 95113, a hearing will be held on *MUFG Union Bank, N.A.'s Motion to Extend Time for Filing a Complaint to Determine the Dischargeability of Certain Debts of the Debtor*, filed on June 15, 2015 at Docket No. 34 (the "Motion").

**PLEASE TAKE FURTHER NOTICE THAT** the Motion was originally noticed under the notice and opportunity procedures of Bankruptcy Local Rule 9014-1(b)(3), and is being set for hearing under the provisions of said rule because the above-captioned debtor filed an Opposition to the Motion on June 17, 2015 as Docket No. 38.

Dated: June 25, 2015        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:        /s/ *Michael M. Lauter*
              MICHAEL M. LAUTER

              Attorneys for Creditor
              MUFG Union Bank, N.A.