The following constitutes
the order of the court. Signed June 30, 2015

_____
**M. Elaine Hammond
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re

Robert S. Brower, Sr.,

           Debtor(s).

Case No. 15-50801 MEH

Chapter 11

### ORDER APPROVING APPLICATION FOR RULE 2004 EXAMINATION AND COMPELLING PRODUCTION OF DOCUMENTS

The court has reviewed Creditor MUFG Union Bank, N.A.'s ("Creditor") ex parte application for an order compelling the examination of and production of documents by Robert S. Brower ("Debtor") and Debtor's opposition to the application. Good cause appearing, it is hereby

ORDERED that:

1) The application is approved.

2) Creditor is authorized to conduct an examination of Debtor pursuant to Fed. R. Bankr. P. 2004 at a date and time mutually agreeable to the parties.

3) Debtor is required to produce the documents specified in Exhibit A to the application in advance of the examination, at a date mutually agreeable to the parties. The requirement to respond to the request for production of documents is

without prejudice to Debtor's right to object to any specific requests and the parties' obligations to meet and confer regarding such objections.

4) If the parties are unable to agree on dates and times or resolve objections to specific requests for production of documents, the parties should review Judge Hammond's Practices and Procedures regarding discovery disputes and contact Judge Hammond's Courtroom Deputy Millie McGowan at (408) 278-7578 or millie_mcgowan@canb.uscourts.gov to schedule a telephonic hearing. Judge Hammond's Practices and Procedures are available on the court's website at http://www.canb.uscourts.gov/procedure/hammond/judge-hammonds-practices-and-procedures.

***END OF ORDER***

## COURT SERVICE LIST

Via ECF:

Stephen B. Sacks, Creditor's counsel
ssacks@sheppardmullin.com

Michael Lauter, Creditor's counsel
mlauter@sheppardmullin.com

Scott L. Goodsell, Debtor's counsel
sgoodsell@campeaulaw.com

William J. Healy, Debtor's counsel
whealy@campeaulaw.com