SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
STEVEN B. SACKS, Cal. Bar No. 98875
ssacks@sheppardmullin.com
MICHAEL M. LAUTER, Cal. Bar No. 246048
mlauter@sheppardmullin.com
JACQUELINE A. GOTTLIEB, Cal. Bar No. 271844
jgottlieb@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947

Attorneys for Creditor
MUFG UNION BANK, N.A.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ROBERT BROWER, SR.,<br><br>   Debtor. | Case No. 15-50801<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is Four Embarcadero Center, 17th Floor, San Francisco, CA 94111-4109.

On July 1, 2015, I served true copies of the following document(s) described as **ORDER APPROVING APPLICATION FOR RULE 2004 EXAMINATION AND COMPELLING PRODUCTION OF DOCUMENTS** on the interested parties in this action as follows:

***Debtor's Counsel***
Campeau, Goodsell and Smith
Attn: Scott Goodsell and William Healy
440 N 1st St. #100
San Jose, CA 95112
(408) 295-9555
Email: sgoodsell@campeaulaw.com; whealy@campeaulaw.com

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 1, 2015, at San Francisco, California.

_____
Judy Nakaso