CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223
WILLIAM J. HEALY, #146158
440 N. 1st Street, Suite 100
San Jose, California   95112
Telephone:   (408) 295-9555
Facsimile:    (408) 295-6606

ATTORNEYS FOR Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

In re:

ROBERT S. BROWER, SR.,

            Debtor.

Case No. 15-50801

CHAPTER 11

**CERTIFICATION ON FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY ATTORNEY FOR DEBTOR**

Date:  November 5, 2015
Time: 10:30 a.m.
Location:
   United States Bankruptcy Court
   280 S. First St., Rm. 3070
   San Jose, CA 95113
Judge: Hon. M. Elaine Hammond

I, William J. Healy, say:

    1.    I am an attorney with the law firm of Campeau Goodsell Smith ("Applicant" or "applicant"), attorneys of record for debtors herein.  I make this declaration in support of said this firm's Application for Interim Compensation and Reimbursement of Expenses by Attorney for Debtor ("Application" or "application") in this Chapter 11 case.  If called as a witness, I would competently testify as follows:

    2.    On March 11, 2015 Debtor Robert S. Brower, Sr. ("Brower" or "Debtor") filed a

**CERTIFICATION ON FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY ATTORNEY FOR DEBTOR**
Case: 15-50801    Doc# 57-1    Filed: 10/14/15    Entered: 10/14/15 14:30:12    Page 1 of 2

petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court (ND CA), Case No.: 03-55089 ("Bankruptcy Court") commencing this bankruptcy case ("Bankruptcy Case"). In accordance with its Disclosure of Compensation and Application for Order Appointing Counsel for Debtor (Docket#2), Debtor and Applicant agreed to an initial retainer in the sum of $25,000.00. On March 31, 2015 the issued an Order Appointing Counsel for Debtor (Docket#24).

3. I have read the application; (b) to the best of the my knowledge, information and belief, formed after reasonable inquiry, the compensation and expense reimbursement sought is in conformity with these guidelines, except as specifically noted in the certification application; and (c) the compensation and expense reimbursement requested are billed at rates, in accordance with practices, no less favorable than those customarily employed by the applicant and generally accepted by the applicant's clients

4. No part of the monies previously received by Applicant have been shared with any person, and no agreement or understanding exists between Applicant and any other person for the sharing of compensation received or to be received for services rendered in connection with this case, except with the members and associates of Applicant's law firm.

5. Attached hereto are true and correct copies of the following documents: Exhibit A--Applicant's project billing statements for the Application Period; Exhibit B --Applicant's costs for the Application Period, and Exhibit C--Transmittal Statement.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Jose, California, on October 14, 2015

        /s/ William J. Healy
        William J. Healy