CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223
WILLIAM J. HEALY, #146158
440 N. 1st Street, Suite 100
San Jose, California 95112
Telephone: (408) 295-9555
Facsimile: (408) 295-6606

Attorneys for Debtor

The following constitutes
the order of the court. Signed November 10, 2015

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

In re:                                    ) Case No. 15-50801
                                          )
ROBERT S. BROWER, SR.,                    ) CHAPTER 11
                                          )
                    Debtor.               ) **ORDER RE: FIRST INTERIM**
                                          ) **APPLICATION FOR**
                                          ) **COMPENSATION AND**
                                          ) **REIMBURSEMENT OF EXPENSES**
                                          ) **BY ATTORNEY FOR DEBTOR**
                                          )
                                          ) Date: November 5, 2015
                                          ) Time: 10:30 a.m.
                                          ) Location:
                                          )    United States Bankruptcy Court
                                          )    280 S. First St., Rm. 3020
                                          )    San Jose, CA 95113
                                          ) Judge: Hon. M. Elaine Hammond

_____)

The Court, having read and considered the FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY ATTORNEY FOR DEBTOR by Debtor's counsel Campeau Goodsell Smith ("Applicant") seeking (a) an interim allowance of compensation for services totaling $83,787.50 incurred relative to the period of March 11, 2015 through September 30, 2015 (the "Application Period"), (b) allowance of compensation incurred in the preparation of the Application totaling $3,867.50,

(c) allowance of all expenses totaling $1,838.50 advanced relative to the Application Period, and (d) an order directing the Debtor to pay all such amounts heretofore unpaid ("Application"), having read and considered the opposition and Applicant's reply and arguments of the parties, having noted Applicant's voluntary withdrawal of various entries totaling 12.6 hours totaling $5,745 as set forth in Applicant's reply, having conducted a hearing on the date and at the time indicated above and noted the appearances of the parties, and having found good cause, does, for the reasons stated on the record, approve the Application and approves, without prejudice and on an interim basis, the Application and awards Applicant attorney's fees of $61,432.50 and costs of $1,838.50.

**\*\*\*End of Order\*\*\***

Court Service List