CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223
WILLIAM J. HEALY, #146158
440 N. 1st Street, Suite 100
San Jose, California   95112
Telephone:   (408) 295-9555
Facsimile:   (408) 295-6606

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| In re: | ) Case No. 15-50801 |
| | ) |
| ROBERT S. BROWER, SR., | ) CHAPTER 11 |
| | ) |
| Debtor. | ) **STATEMENT RE: CREDITOR MUFG** |
| | ) **UNION BANK, N.A.'S MOTION TO** |
| | ) **COMPEL COMPLIANCE WITH** |
| | ) **SUBPOENAS AND FOR AN AWARD** |
| | ) **OF FEES** |
| | ) |
| | ) |
| | ) Hearing Date:  March 17, 2016 |
| | ) Hearing Time: 10:30 a.m. |
| | Location: |
| | U.S. Courthouse and Federal Bldg. |
| | 280 S 1st Street, Courtroom 3020 |
| | 3rd Fl. |
| | San Jose, CA 95113 |
| | Judge: Hon. M. Elaine Hammond |
| _____ ) | |

TO THE HONORABLE M. ELAINE HAMMOND, UNITED STATES BANKRUPTCY

COURT JUDGE and all other interested parties:

    Robert S. Brower, Sr.'s ("Debtor") submits the following limited statement relative to

CREDITOR MUFG UNION BANK, N.A.'S MOTION TO COMPEL COMPLIANCE

WITH SUBPOENAS AND FOR AN AWARD OF FEES ("Motion"):

Case: 15-50801    Doc# 110    Filed: 03/10/16    Entered: 03/10/16 12:50:03    Page 1 of 2

1    Debtor is not a party to the Motion, or the related Motion to Quash, and submits this

2  limited statement to correct an inaccuracy contained in the supporting Declaration of Steven

3  B. Sacks (Doc#102) ("Declaration").

4    Paragraph 8 of the Declaration asserts that an email was sent to Debtor's attorney on

5  December 3, 2015 and "I never received a response." and references Exhibit D. However,

6  Exhibit G to the very Declaration confirms Debtor's attorney's response thereto, namely that

7  Debtor and Debtor's counsel have consistently maintained that we do not have the

8  documents previously requested and set forth in the third party subpoenas and are agreeable

9  to continue the hearing on the motion to sell from January 7, 2015 to February 11, 2015. We

10  will file and serve a notice of continuance no later than Monday, December 28, 2015.

11  Dated: March 10, 2016                          CAMPEAU GOODSELL SMITH
                                                   /s/ William J. Healy
12                                                 William J. Healy

**STATEMENT RE: CREDITOR MUFG UNION BANK, N.A.'S MOTION TO COMPEL**
**COMPLIANCE WITH SUBPOENAS AND FOR AN AWARD OF FEES**

2

Case: 15-50801    Doc# 110    Filed: 03/10/16    Entered: 03/10/16 12:50:03    Page 2 of 2