CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223
WILLIAM J. HEALY, #146158
440 N. 1st St., #100
San Jose, California 95113
Telephone: (408) 295-9555

ATTORNEYS FOR Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| In re:<br><br>ROBERT S. BROWER, Sr.,<br><br>              Debtor. | Case No. 15-50801<br><br>CHAPTER 11<br><br>**STATUS CONFERENCE STATEMENT**<br><br>Hearing Date: May 25, 2017<br>Hearing Time: 10:30 a.m.<br>Hearing Location:<br>   United States Bankruptcy Court<br>   280 S. 1st St., Rm. 3020<br>   San Jose, CA 95113<br>Judge: Hon. M. Elaine Hammond |

COMES NOW, Robert S. Brower, Sr., debtor herein ("Brower" or "Debtor") and submits the following Status Conference Statement.

**I. Case Status.**

On March 11, 2015 Debtor commenced this Chapter 11 (Doc#1). CGS was employed as Debtor's counsel pursuant to an order dated March 31, 2015 (Doc#24).

Debtors attended the 341 Meeting of Creditors on April 22, 2015 (Doc. 4/23/15). Debtor appears to have filed all required schedules, has filed and is current on Monthly Operating Reports, appears to be current on U.S. Trustee Quarterly Fees, has filed and is current on Periodic Reporting

(Bankruptcy Rule 2015.3), and has attended most, if not all, Status Conferences.

Debtor has filed two motions to sell his shares in Coastal Cypress Corporation ("Coastal"), both motions were opposed by MFUG Union Bank, N.A. ("Union Bank"), the court denied the first motion without prejudice, and Debtor withdrew the second motion. Debtor has not filed a plan.

On March 22, 2017 a judgment was entered pursuant to 11 U.S.C. 523 in favor of creditor Union Bank and against Debtor (Doc. 4/6/17). On May 11, 2017 Union Bank commenced an adversary proceeding against Debtor and several non-parties (AP#17-05044). On May 15, 2017 the court entered an order granting Union Bank relief from stay to proceed with a pending state court action against the Debtor to judgment in order to liquidate its claim (Doc#166).

Presently, there are not any other pending hearings or activities directed at the Debtor[1].

**II. Motion to Be Relieved As Counsel.**

Campeau Goodsell Smith, L.C. ("CGS") has filed a motion to be relieved as counsel for the Debtor which is set for hearing on June 22, 2017.

**III. Future Handling.**

Debtor submits that under the circumstances described herein he requires ninety (90) days to put forth a Chapter 11 plan.

Dated: May 18, 2017     CAMPEAU GOODSELL SMITH
                        /s/ William J. Healy
                        William J. Healy

---

[1] There was an 2004 order entered by the court on April 14, 2017 (Doc#150), but it did not seek documents relating to the Debtor.