SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
STEVEN B. SACKS, Cal. Bar No. 98875
ssacks@sheppardmullin.com
MICHAEL M. LAUTER, Cal. Bar No. 246048
mlauter@sheppardmullin.com
ISAIAH Z. WEEDN, Cal. Bar No. 229111
iweedn@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947

Attorneys for Creditor
MUFG UNION BANK, N.A.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

ROBERT BROWER, SR.,

        Debtor.

Case No. 15-50801

Chapter 11

**CREDITOR MUFG UNION BANK, N.A.'S EX PARTE APPLICATION FOR PERMISSION TO FILE COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT**

Creditor MUFG Union Bank, N.A. ("<u>Union Bank</u>") hereby applies ex parte for an order of the Court in the form attached hereto as <u>Exhibit A</u> permitting Union Bank to file a combined chapter 11 plan and disclosure statement, utilizing a modified version of the Court's local form.

The Court's procedures allow proponents to utilize the combined form (with modifications) with the Court's permission. Union Bank believes that using a modified version of the combined form is appropriate here for several reasons. The Debtor is an individual, and does

not by his own assertions have significant assets. The number of creditors in the case is also small, with fewer than 20 claims in all. Further, the primary creditor is Union Bank, which holds roughly 97% of the general unsecured claims (there are no secured or priority claims). Thus, the case cannot bear significant administrative expenses, and little purpose is served by incurring such expenses in any event, given the small number of creditors and the fact that Union Bank, the largest creditor, is the plan proponent.

Union Bank also seeks permission to use a modified version of the combined form without filing the typical certification of changes made to the form. This request is made because of the unique circumstances of this case that required a number of revisions to the form. The value and scope of the Debtor's assets remain unknown, with the scope to be determined by an adversary proceeding recently filed by Union Bank as Adversary Proceeding No. 17-05044. Thus instead of proposing a plan that simply sets aside a pot to be divided by creditors or proposes a payment percentage, the plan filed by Union Bank transfers all assets to a liquidating trust and allows the pending adversary proceeding to determine the extent of the assets so transferred. As a result, a number of additional provisions and a liquidating trust agreement attached to the plan are needed.

In order to save time and expense, Union Bank has concurrently filed its combined plan and disclosure statement. If the Court denies this application, Union Bank will simply file the same plan and disclosure statement as separate documents.

For the reasons set forth above, Union Bank requests the Court enter an order in the form attached hereto as <u>Exhibit A</u> granting this application.

Dated: May 23, 2017

                                          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By       */s/ Michael M. Lauter*
           STEVEN B. SACKS
          MICHAEL M. LAUTER
           ISAIAH Z. WEEDN
Attorneys for MUFG UNION BANK, N.A.

# **EXHIBIT A**

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
STEVEN B. SACKS,
Cal. Bar No. 98875
ssacks@sheppardmullin.com
MICHAEL M. LAUTER,
Cal. Bar No. 246048
mlauter@sheppardmullin.com
ISAIAH Z. WEEDN,
Cal. Bar No. 229111
iweedn@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947

Attorneys for Creditor
MUFG UNION BANK, N.A.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ROBERT BROWER, SR.,<br><br>        Debtor. | Case No. 15-50801<br><br>Chapter 11<br><br>***[PROPOSED]* ORDER APPROVING CREDITOR MUFG UNION BANK, N.A.'S EX PARTE APPLICATION FOR PERMISSION TO FILE COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT** |

      The Court, having reviewed the ex parte application (the "Application") by Creditor MUFG Union Bank, N.A. ("Union Bank") filed on May 23, 2017 for an order permitting Union Bank to file a combined chapter 11 plan and disclosure statement, utilizing a modified version of the Court's local form, and finding good cause existing for the relief requested in the Application,

**IT IS HEREBY ORDERED THAT:**

1. The Application is GRANTED.

2. Union Bank is authorized to file a combined chapter 11 plan and disclosure statement, utilizing a modified version of the Court's local form.

3. Union Bank is excused from filing a certification indicating compliance with and changes to the Court's standard form combined plan and disclosure statement.

**\*\*\*END OF ORDER\*\*\***

**Court Service List**

None.