CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223
WILLIAM J. HEALY, #146158
440 N. 1st St., #100
San Jose, California 95113
Telephone: (408) 295-9555

ATTORNEYS FOR Debtor

The following constitutes
the order of the court. Signed June 23, 2017

_____
**M. Elaine Hammond
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| In re:<br><br>ROBERT S. BROWER, Sr.,<br><br>     Debtor. | Case No. 15-50801<br><br>CHAPTER 11<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR**<br><br>Hearing Date: June 22, 2017<br>Hearing Time: 10:30 a.m.<br>Hearing Location:<br> United States Bankruptcy Court<br> 280 S. 1st St., Rm. 3020<br> San Jose, CA 95113<br>Judge: Hon. M. Elaine Hammond |

The Court, having read and considered Campeau Goodsell Smith, L.C.'s ("CGS") Motion to Withdraw As Counsel For Debtor seeking an order authorizing its withdrawal and relieving it as counsel for the debtor Robert S. Brower, Sr. ("Debtor") (Doc#167)("Motion"), having noted the appearances of Debtor, William J. Healy, Esq. of CGS, and Michael Lauter, Esq. for MFUG Union Bank, N.A., and having found good cause, does, for the reasons stated on the record, grant the Motion and therefore:

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:

 1. The Motion is granted.

 2. Campeau Goodsell Smith, L.C. is relieved as counsel for the Debtor effective July 7, 2017; and

3. All further notices addressed to Debtor should be addressed to the Debtor, until further notice, at the following address:

>Robert S. Brower, Sr.
>28088 Barn Way
>Carmel, CA 93923-8559

4. Debtor's other contact information is:
>rbrower136@gmail.com
>831-595-7414

5. The following matters are on the court's calendar:
> a. August 7, 2017 at 1:00 p.m. in Courtroom 3020 of this court a final hearing on MFUG Union Bank, N.A. Disclosure Statement and Plan with objections thereto to be filed and served no later than July 31, 2017 and
> b. August 7, 2017 at 1:00 p.m. in Courtroom 3020 of this court a Status Conference with Status Conference Statements to be filed no later than July 31, 2017.

**** END OF ORDER ****

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | Court Service List |
| 5 | | |
| 6 | All ECF Recipients | |
| 7 | Robert S. Brower, Sr. | VIA U.S. Mail |
| 8 | 28088 Barn Way<br>Carmel, CA 93923-8559 | |