CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223
WILLIAM J. HEALY, #146158
440 N. 1st Street, Suite 100
San Jose, California 95112
Telephone: (408) 295-9555
Facsimile: (408) 295-6606

ATTORNEYS FOR Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| In re: | Case No. 15-50801 |
| ROBERT S. BROWER, SR., | CHAPTER 11 |
| Debtor. | **CERTIFICATION ON SECOND AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY FORMER ATTORNEY FOR DEBTOR** |
| | Date: July 27, 2017<br>Time: 10:30 a.m.<br>Location:<br>  United States Bankruptcy Court<br>  280 S. First St., Rm. 3020<br>  San Jose, CA 95113<br>Judge: Hon. M. Elaine Hammond |

I, William J. Healy, do hereby declare:

1. I am an attorney with the law firm of Campeau Goodsell Smith ("Applicant" or "applicant"), former attorneys of record for debtor herein. I make this declaration in support of said this firm's Second And Final Application for Compensation and Reimbursement of Expenses by Former Attorney for Debtor ("Final Application") in this Chapter 11 case.

2. On March 11, 2015 Debtor Robert S. Brower, Sr. ("Brower" or "Debtor") filed a petition for relief under Chapter 11 of the United States Bankruptcy Code in the United

**CERTIFICATION ON SECOND AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY FORMER ATTORNEY FOR DEBTOR**

Case: 15-50801    Doc# 198-1    Filed: 07/06/17    Entered: 07/06/17 14:03:35    Page 1 of 2

States Bankruptcy Court (ND CA), Case No.: 03-55089 ("Bankruptcy Court") commencing this bankruptcy case ("Bankruptcy Case"). In accordance with its Disclosure of Compensation (Doc#2) and Application for Order Appointing Counsel for Debtor (Doc#16), Debtor and Applicant agreed to an initial retainer in the sum of $25,000.00. On March 31, 2015 the issued an Order Appointing Counsel for Debtor (Docket#24).

3. I have read the application; to the best of the my knowledge, information and belief, formed after reasonable inquiry, the compensation and expense reimbursement sought is in conformity with these guidelines, except as specifically noted in the certification application; and the compensation and expense reimbursement requested are billed at rates, in accordance with practices, no less favorable than those customarily employed by the applicant and generally accepted by the applicant's clients

4. No part of the monies previously received by Applicant have been shared with any person, and no agreement or understanding exists between Applicant and any other person for the sharing of compensation received or to be received for services rendered in connection with this case, except with the members and associates of Applicant's law firm.

5. By way of this declaration and the underlying Final Application Applicant does not intend to waive any privileges, including the work product and attorney client privileges.

6. Attached hereto are true and correct copies of the following documents:

Exhibit A--Applicant's project billing statements for the Second Application Period;

Exhibit B--Applicant's costs for the Second Application Period;

Exhibit C--Transmittal Statement (less copy of Guidelines referenced therein and attached thereto);

Exhibit D–Applicant's project billing statements for the Adversary Proceeding.

Exhibit E. Applicant's costs summary for the Adversary Proceeding.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Jose, California, on July 6, 2017.

/s/ William J. Healy
William J. Healy

---

**CERTIFICATION ON SECOND AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY FORMER ATTORNEY FOR DEBTOR**