LAW OFFICES
# CAMPEAU GOODSELL SMITH

SCOTT L. GOODSELL
WILLIAM J. HEALY

A LAW CORPORATION
440 N. FIRST STREET, SUITE 100
SAN JOSE, CALIFORNIA 95113
TELEPHONE: (408) 295-9555
FACSIMILE: (408) 295-6606

July 6, 2017

Robert S. Brower, Sr.
PO Box 222422
Carmel, CA 93922

Robert S. Brower, Sr.
28088 Barn Way
Carmel, CA 93923

   Re: *In re Robert S. Brower, Sr.*
     U.S. Bankruptcy Court (ND CA), Case No. 15-50801

Dear Mr. Brower:

  Campeau Goodsell Smith's ("CGS") intends to proceed with an Application For Compensation with the hearing date of July 27, 2017. In this regard we have enclosed is a copy of United States Bankruptcy Court Northern District of California Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees ("Guidelines"). Generally we provide clients with a copy of the Guidelines prior to commencement of the bankruptcy (and with Applications for Compensation). However, the Guidelines and Bankruptcy Local Rules, Rule 9029-1 require we provide you a copy of the Guidelines and therefore we provide you with the following information:

  "7. Client Review of Billing Statement—A debtor in possession, trustee or official committee shall exercise reasonable business judgment in monitoring the fees and expenses of the estate's professionals. Billing statements should be sent to the employing entity (debtor in possession, trustee or official committee) on a monthly basis. A fee application shall be sent to the employing entity at least **20 days prior** to the scheduled hearing date. The application shall be transmitted with a cover letter that contains the following statement:

"The court's Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees provide that a debtor in possession, a trustee or an official committee must exercise reasonable business judgment in monitoring the fees and expenses of the estate's professionals. We invite you to discuss any objections, concerns or questions you may have with us. The Office of the United States Trustee will also accept your comments. The court will also consider timely filed objections by any party in interest at the time of the hearing."

    Very truly yours,
    CAMPEAU GOODSELL SMITH
    /s/ William J. Healy
    William J. Healy

Enclosures: As Indicated