Hours

**A. General Case Administration**

| Date | Atty | Description | Hours | Amount | |
|---|---|---|---|---|---|
| 06/15/15 | WJH | Review and analysis of Bank motion to extend time to file dischargeability complaint | 0.5 | $212.50 | A |
| 06/16/15 | WJH | Draft client opposition to Bank motion to extend time to file dischargeability complaint, including draft emails to/from client re same and telephone conference(s) with same | 3 | $1,275.00 | A |
| 06/17/15 | WJH | Draft client amended opposition to Bank motion to extend time to file dischargeability complaint | 0.8 | $340.00 | A |
| 06/19/15 | WJH | Conduct legal research re Bank proof burden for non-dischargeability claim and related Coastal real property sale and CJ close-down | 1.6 | $680.00 | A |
| 06/26/15 | WJH | Review and analysis of Bank reply brief on motion to extend time to file dischargeability complaint | 0.3 | $127.50 | A |
| 08/17/15 | WJH | Review and analysis of Bank non-dischargeability complaint and exhibits, and telephone conference(s) with client re same, and draft emails to/from same | 1.4 | $595.00 | A |
| 08/17/15 | WJH | Conduct legal research re Bank assertion of discharge claims (no extension) | 0.5 | No Charge | A |
| 08/17/15 | WJH | Conference with SLG re attention to strategy and planning re response to Bank non-dischargeability complaint | 0.3 | No Charge | A |
| 08/18/15 | WJH | Telephone conference(s) with client re attention to strategy and planning re response to Bank non-dischargeability complaint | 0.3 | $127.50 | A |
| 08/31/15 | WJH | Continue drafting client response to Bank non-dischargeability complaint, and draft emails to/from client re same | 2.6 | $1,105.00 | A |
| 09/01/15 | WJH | Draft emails to/from client re Bank non-dischargeability complaint allegations, and telephone conference(s) with client and SLG re same, and draft emails to/from attorney Lauter re same | 0.4 | $170.00 | A |
| 09/04/15 | WJH | Draft client answer to Bank non-dischargeability complaint, and draft emails to/from client re same | 1.6 | $680.00 | A |
| 09/04/15 | WJH | Telephone conference(s) with attorneys Lauter and Sacks re preliminary discovery conference on Bank non-dischargeability complaint | 0.2 | $85.00 | A |
| 09/14/15 | WJH | Finalize client answer to Bank non-dischargeability complaint | 0.6 | $255.00 | A |

| Date | Atty | Description | Hours | Amount | |
|---|---|---|---|---|---|
| 10/06/15 | WJH | Draft emails to/from client re March 2015 correspondence between Bank and Chateau Julien per claim in dischargeability complaint | 0.5 | $212.50 | A |
| 01/27/16 | WJH | +em attorney Sacks re debtor discovery responses | 0.2 | $85.00 | A |
| 01/28/16 | WJH | Draft emails to/from attorney Sacks re debtor discovery responses | 0.2 | $85.00 | A |
| 01/28/16 | WJH | Draft emails to/from attorney Sacks re debtor discovery responses | 0.2 | $85.00 | A |
| 02/02/16 | WJH | Draft emails to/from attorney Weedn re pending discovery issues | 0.3 | $127.50 | A |
| 02/03/16 | WJH | Draft emails client re pending ACP discovery issues, and draft emails to/from attorney Oldfield re same | 0.3 | $127.50 | A |
| 02/08/16 | WJH | Review CJ objection to Bank third party document production subpoena | 0.2 | $85.00 | A |
| 02/09/16 | WJH | Draft amended client discovery responses | 2 | $850.00 | A |
| 02/10/16 | WJH | Telephone conference(s) with client re finalizing amended and/or supplemental discovery responses | 2.5 | $1,062.50 | A |
| 02/10/16 | WJH | Draft client joinder in objections to Bank third party subpoenas | 0.3 | $127.50 | A |
| 02/18/16 | WJH | Review and analysis of outstanding discovery demands status | 0.5 | $212.50 | A |
| 02/26/16 | WJH | Draft Bank deposition notice and request for production of documents, and telephone conference(s) with client re attention to strategy and planning re same | 1 | $425.00 | A |
| 03/08/16 | WJH | Telephone conference(s) with client re deposition scheduling, and review subpoenas, and review discovery correspondence to/from attorneys Balch and Weedn re third party subpoenas | 0.8 | $340.00 | A |
| 03/14/16 | WJH | Draft correspondence re Bank discovery conference, and telephone conference(s) with client re same, and review emails re same | 1 | $425.00 | A |
| 03/15/16 | WJH | Draft emails to/from client re pending discovery issues | 0.2 | $85.00 | A |
| 03/16/16 | WJH | Draft emails to/from attorney Sacks re discovery issues, and telephone conference(s) with attorney Weedn re same, and draft emails to/from Bankruptcy Court re discovery conference issues | 1.3 | $552.50 | A |
| 03/17/16 | WJH | Attend Bankruptcy Court discovery hearing, and review GAW discovery response correspondence | 0.8 | $340.00 | A |
| 03/23/16 | WJH | Draft emails to/from attorney Weedn re witness deposition scheduling, and telephone conference(s) with client re same | 0.3 | $127.50 | A |

|  |  |  | Hours |  |  |
|---|---|---|---|---|---|
| 03/25/16 | WJH | Telephone conference(s) with client re CJ Superior Court litigation status | 0.3 | $127.50 | A |
| 03/28/16 | WJH | Draft emails to/from attorney Oldfield re CJ Superior Court litigation status to determine Bank allowed claim | 0.2 | $85.00 | A |
| 03/28/16 | WJH | Telephone conference(s) with client re CJ Superior Court litigation status to determine Bank allowed claim | 0.2 | $85.00 | A |
| 05/10/16 | WJH | Draft response to Bank discovery demand, and draft emails to/from client re same | 0.8 | $340.00 | A |
| 05/19/16 | WJH | Telephone conference(s) with client and attorney Oldfield re third party discovery and deposition issues, and draft emails to/from same | 0.3 | $127.50 | A |
| 05/19/16 | WJH | Telephone conference(s) with new GAW attorney re third party discovery and deposition issues | 0.8 | $340.00 | A |
| 05/24/16 | WJH | Telephone conference(s) with client re consent to extend discovery deadlines, and draft emails to/from client re same, and draft emails to/from counsel re third party discovery deadlines, and telephone conference(s) with counsel re same, and draft emails to/from attorney Weedn re same | 1.7 | $722.50 | A |
| 05/25/16 | WJH | Draft emails to/from Bankruptcy Court clerk, counsel and client re submitted stipulation to continue Bankruptcy Court discovery hearing, and review order on same, and telephone conference(s) with client re same | 0.5 | $212.50 | A |
| 07/12/16 | WJH | Draft emails to/from client and SLG re discovery issues | 0.2 | $85.00 | A |
| 11/14/16 | WJH | Draft emails to/from attorney Sacks re mediation, and draft emails to/from client re same | 0.4 | $170.00 | A |
| 11/16/16 | WJH | Telephone conference(s) with client re Bank mediation proposal, and draft emails to/from attorney Sacks re same | 0.3 | $127.50 | A |
| 11/17/16 | WJH | Draft emails to/from attorney Sacks re mediation proposal | 0.2 | $85.00 | A |
| 11/18/16 | WJH | Draft emails to/from attorneys Oldfield and Sacks re mediation proposal | 0.2 | $85.00 | A |
| 11/21/16 | WJH | Draft emails to/from client re mediation | 0.1 | $42.50 | A |
| 11/29/16 | WJH | Draft emails to/from attorney Sacks re mediation | 0.1 | $42.50 | A |
| 11/30/16 | WJH | Draft emails to/from Bankruptcy Court clerk re mediation scheduling, and draft emails to/from client re same | 0.2 | $85.00 | A |

| Date | Atty | Description | Hours | Amount | |
|---|---|---|---|---|---|
| 12/01/16 | WJH | Draft emails to/from Bankruptcy Court clerk re mediation scheduling, and telephone conference(s) with client re same, and draft emails to/from attorney Sacks re same | 0.2 | $85.00 | A |
| 12/02/16 | WJH | Draft emails to/from Bankruptcy Court clerk re mediation scheduling | 0.1 | $42.50 | A |
| 12/08/16 | WJH | Draft emails to/from client re mediation scheduling, and draft emails to/from attorney Sacks re same | 0.2 | $85.00 | A |
| 12/12/16 | WJH | Review Bankruptcy Court mediation scheduling order, and draft emails to/from client re same | 0.2 | $85.00 | A |
| 12/21/16 | WJH | Prepare for mediation and trial, including review and analysis of Bank complaint and related document production | 4.1 | $1,742.50 | A |
| 12/22/16 | WJH | Prepare for mediation and trial, including review and analysis of Bank complaint and related document production | 2.5 | $1,062.50 | A |
| 01/09/17 | WJH | Draft emails to/from client re draft mediation statement, and finalize mediation statement, and review and analysis of Bank mediation statement, and draft emails to/from client re same | 1.2 | $510.00 | A |
| 04/04/16 | WJH | Draft emails to/from attorney Weedn re bank document production, and prepare for Lee deposition, and telephone conference(s) with client re same | 2.2 | $935.00 | A |

**B. General Pleadings & Research**

| Date | Atty | Description | Hours | Amount | |
|---|---|---|---|---|---|
| 09/25/15 | WJH | Draft emails to/from attorney Sacks re draft joint case management conference statement for Bank non-dischargeability complaint matter | 0.3 | $127.50 | B |
| 09/28/15 | WJH | Telephone conference(s) with attorney Lauter re draft joint case management conference statement for Bank non-dischargeability complaint matter | 0.2 | $85.00 | B |
| 09/29/15 | WJH | Telephone conference(s) with client re draft joint case management conference statement for Bank non-dischargeability complaint matter and related discovery schedule | 0.2 | $85.00 | B |
| 10/05/15 | WJH | Attend Bankruptcy Court telephonic case management conference hearing | 0.2 | $85.00 | B |
| 10/05/15 | WJH | Conduct legal research re Moeller application for dischargeability complaint | 0.5 | $212.50 | B |
| 10/09/15 | WJH | Review Bankruptcy Court case management conference order | 0.2 | $85.00 | B |

| Date | | Description | Hours | Amount | |
|---|---|---|---|---|---|
| 12/15/15 | WJH | Review and analysis of Bank dischargeability complaint and related defense discovery plan | 1.5 | $637.50 | B |
| 03/09/16 | WJH | Review Bank discovery demand correspondence and review prior responses to same | 0.5 | $212.50 | B |
| 03/10/16 | WJH | Further review and analysis of Bank document production | 1.5 | $637.50 | B |
| 03/25/16 | WJH | Further review and analysis of Bank document production, and draft emails to/from attorney Weedn re discovery issues | 1 | $425.00 | B |
| 04/14/16 | WJH | Review and analysis of bank document production re receiver communications re CJ asset disposition | 1 | $425.00 | B |
| 04/15/16 | WJH | Draft emails to/from client re Bank/receiver communications issues | 0.2 | $85.00 | B |
| 04/22/16 | WJH | On-line public records database research responding to Bank claims of client GAW ownership | 1 | $425.00 | B |
| 04/26/16 | WJH | On-line public records database research for potential additional creditor claims, and draft emails to/from client re same, and telephone conference(s) with client re same | 0.6 | $255.00 | B |
| 05/11/16 | WJH | Draft emails to/from Bankruptcy Court clerk and attorney Sacks re continuing Bankruptcy Court discovery hearing | 0.2 | $85.00 | B |
| 05/13/16 | WJH | Draft emails to/from attorney Weedn re discovery calendaring, and draft emails to/from client re same, and telephone conference(s) with same | 0.3 | $127.50 | B |
| 05/16/16 | WJH | Draft emails to/from ACP counsel re request to continue Bankruptcy Court discovery hearing | 0.2 | $85.00 | B |
| 05/17/16 | WJH | Draft emails to/from Bankruptcy Court clerk and attorneys Sacks and Salameh re ACP request to continue Bankruptcy Court hearing on third party discovery issues | 0.5 | $212.50 | B |
| 05/17/16 | WJH | Draft response to third party discovery demands dispute, and draft emails to/from client re same | 0.6 | $255.00 | B |
| 05/17/16 | WJH | Draft emails to/from attorney Sacks re extending discovery deadlines | 0.3 | $127.50 | B |
| 05/18/16 | WJH | Draft emails to/from client re third party discovery and deposition issues | 0.2 | $85.00 | B |
| 07/15/16 | WJH | Conduct legal research debtor liability as corporate officer for disclosing corporate information | 1 | $425.00 | B |

|  |  |  | Hours |  |  |
|---|---|---|---|---|---|
| 07/28/16 | WJH | Review and analysis of deposition and trial testimony of debtor and Bank employees Menda and Lee from CJ Superior Court trial | 2.4 | $1,020.00 | B |
| 07/29/16 | WJH | Further review and analysis of deposition and trial testimony of debtor and Bank employees Menda and Lee from CJ Superior Court trial | 2.1 | $892.50 | B |
| 08/04/16 | WJH | Attend Bankruptcy Court case management conference hearing with client, and draft emails to/from attorneys Salameh and Sacks re deposition scheduling issues | 1.2 | $510.00 | B |
| 08/19/16 | WJH | Conduct legal research re insider issues per Bankruptcy Court comments | 0.5 | $212.50 | B |
| 08/19/16 | WJH | Further review and analysis of testimony and exhibits from CJ Superior Court litigation | 2.5 | $1,062.50 | B |
| 08/30/16 | WJH | On-line public records database research re CJ winery accounting system and winery operations definitions | 0.3 | $127.50 | B |
| 09/07/16 | WJH | Telephone conference(s) with client re Bank expert report | 0.2 | $85.00 | B |
| 09/29/16 | WJH | Draft emails to/from attorney Sacks re drafting joint pre-trial statement | 0.2 | $85.00 | B |
| 09/30/16 | WJH | Draft emails to/from attorneys Sacks and Weedn re pre-trial conference issues, and draft emails to/from client re same | 0.5 | $212.50 | B |
| 10/18/16 | WJH | Draft emails to/from attorney Sacks re scheduling trial dates, and draft emails to/from client re same, and telephone conference(s) with same | 0.2 | $85.00 | B |
| 10/19/16 | WJH | Attend Bankruptcy Court telephonic case management conference hearing, and draft emails to/from client re available trial dates, and telephone conference(s) with same, and draft emails to/from attorney Sacks re same | 0.7 | $297.50 | B |
| 10/20/16 | WJH | Telephone conference(s) with client re scheduling trial dates, and draft emails to/from Bankruptcy Court clerk re same | 0.3 | $127.50 | B |
| 10/24/16 | WJH | Review and analysis of Bankruptcy Court trial scheduling order, and draft emails to/from client re same, and draft emails to/from various counsel re same and document production issues | 0.5 | $212.50 | B |
| 03/02/16 | WJH | Prepare for depositions of former Bank employee Lee and current Banki receiver Uecker | 2.3 | $977.50 | B |
| 03/23/16 | WJH | Review and analysis of Bank document production for witness Lee deposition | 1.3 | $552.50 | B |

| Date | Atty | Description | Hours | Amount | |
|---|---|---|---|---|---|
| 08/01/16 | WJH | Draft emails to/from attorney Sacks re deposition scheduling issues, and telephone conference(s) with client re same, and telephone conference(s) with attorney Oldfield re same, and draft emails to/from same | 0.5 | $212.50 | B |
| 08/05/16 | WJH | Prepare for depositions of Brower, CCC, CJ and GAW, and telephone conference(s) with attorneys Giffen, Oldfield and Balch re same | 3.8 | $1,615.00 | B |
| 08/18/16 | WJH | Review and analysis of Brower and Lindley deposition transcripts from CJ Superior Court litigation | 2 | $850.00 | B |
| 09/01/16 | WJH | Further review and analysis of Bank document production, and telephone conference(s) with client re deposition testimony | 1.7 | $722.50 | B |
| 09/15/16 | WJH | Review Bank representative deposition transcript, and draft emails to/from client re same | 1 | No Charge | B |
| 09/20/16 | WJH | Review and analysis of client deposition transcript, and draft emails to/from client re same | 0.6 | $255.00 | B |
| 12/09/16 | WJH | Draft emails to/from client re deposition transcripts status | 0.1 | $42.50 | B |
| 01/13/17 | WJH | Review and analysis of Bank discovery responses and client document production to prepare for trial | 6.3 | $2,677.50 | B |
| 01/24/17 | WJH | Draft emails to/from attorney Sacks re witness list and exhibits list | 0.2 | $85.00 | B |
| 01/06/17 | WJH | Draft mediation statement, and draft emails to/from client re same | 2.5 | $1,062.50 | B |
| 01/12/17 | WJH | Attend mediation with client (charged to main case) | 2.5 | No Charge | B |
| 08/09/16 | WJH | Review emails to/from attorneys Sacks and Oldfield re deposition scheduling issues | 0.3 | $127.50 | B |
| 08/18/16 | WJH | Telephone conference(s) with attorney Weedn re deposition issues, and draft emails to/from attorney Sacks re same | 0.5 | $212.50 | B |
| 08/18/16 | WJH | Review emails to/from attorney Weedn refusing to stipulate to written ACP deposition | 0.2 | $85.00 | B |
| 08/18/16 | WJH | Review emails to/from counsel re scheduling depositions | 0.3 | $127.50 | B |

**C. 1st Party Written Discovery**

| Date | Atty | Description | Hours | Amount | |
|---|---|---|---|---|---|
| 09/14/15 | WJH | Draft client request for production of documents for Bank non-dischargeability complaint | 2 | $850.00 | C |

|   |   |   | Hours |   |   |
|---|---|---|---|---|---|
| 09/21/15 | WJH | Revise draft client request for production of documents for Bank non-dischargeability complaint, and draft interrogatories, request for admissions and additional request for production of documents, and draft emails to/from client re same | 3 | $1,275.00 | C |
| 10/15/15 | WJH | Draft emails to/from client re status of Bank discovery responses | 0.2 | $85.00 | C |
| 10/21/15 | WJH | Draft emails to/from attorney Sacks re Bank request for extension of time to respond to debtor discovery requests | 0.2 | $85.00 | C |
| 11/03/15 | WJH | Draft emails to/from client re status of Bank discovery responses | 0.1 | $42.50 | C |
| 11/04/15 | WJH | Draft emails to/from attorney Sacks re lack of Bank discovery responses, and review forwarded Bank discovery responses (no document production) | 1.5 | $637.50 | C |
| 11/16/15 | WJH | Review and analysis of Bank document production, and telephone conference(s) with client re same | 1 | $425.00 | C |
| 12/17/15 | WJH | Review and analysis of Bank 4th document production (disc), and draft emails to/from client re same | 1.6 | $680.00 | C |
| 12/21/15 | WJH | Draft emails to/from client re Bank 4th document production (disc) | 0.2 | $85.00 | C |
| 01/04/16 | WJH | Draft emails to/from attorney Sacks re outstanding discovery issues | 0.2 | $85.00 | C |
| 01/05/16 | WJH | Draft emails to/from attorney Sacks re outstanding discovery demands | 0.3 | $127.50 | C |
| 01/07/16 | WJH | Draft client discovery responses to Bank interrogatories and request for production of documents, and draft emails to/from attorney Sacks re same | 1.2 | $510.00 | C |
| 01/08/16 | WJH | Draft emails to/from attorney Sacks re client discovery responses, and telephone conference(s) with client re same, and draft emails to/from same, and review Superior Court receiver reports re CJ collateral status | 0.4 | $170.00 | C |
| 01/13/16 | WJH | Review and analysis of Bank request for production of documents and draft responses to same | 2.3 | $977.50 | C |
| 01/14/16 | WJH | Review and analysis of client further document production, and finalize client responses to Bank discovery demands | 1.5 | $637.50 | C |
| 01/19/16 | WJH | Draft emails to/from attorney Sacks re client discovery responses to Bank discovery requests | 0.2 | $85.00 | C |
| 01/19/16 | WJH | Review and analysis of Bank document production | 1 | $425.00 | C |

| Date | | Description | Hours | Amount | |
|---|---|---|---|---|---|
| | | Hours | | | |
| 01/20/16 | WJH | Draft client document production responses, and draft emails to/from attorney Sacks re discovery responses | 1.4 | $595.00 | C |
| 01/22/16 | WJH | Finalize client responses to Bank request for production of documents, and draft emails to/from client re same | 1.2 | $510.00 | C |
| 01/26/16 | WJH | Review and analysis of additional client document production, and prepare supplemental document production response | 1 | $425.00 | C |
| 02/17/16 | WJH | Further review and analysis of Bank document production | 2.5 | $1,062.50 | C |
| 02/25/16 | WJH | Review Bank document production | 0.6 | $255.00 | C |
| 04/01/16 | WJH | Draft emails to/from attorney Weedn re bank document production | 0.5 | $212.50 | C |
| 07/27/16 | WJH | Review and analysis of Bank document production | 2.7 | $1,147.50 | C |
| 08/23/16 | WJH | Review First Capital document production subpoena, and draft emails to/from client re same, and telephone conference(s) with client re same, and telephone conference(s) with attorney Oldfield re same, and draft emails to/from counsel re same | 1 | $425.00 | C |
| 09/06/16 | WJH | Review and analysis of Bank expert report | 1 | $425.00 | C |
| 09/07/16 | WJH | Review and analysis of Bank supplemental and duplicate document production | 3.5 | No Charge | C |
| 09/19/16 | WJH | Draft emails to/from client re newly discovered CJ documents, and prepare supplemental document production response | 0.5 | $212.50 | C |

**D. 3rd Party Written Discovery**

| Date | | Description | Hours | Amount | |
|---|---|---|---|---|---|
| 08/10/16 | WJH | Prepare for depositions of Brower, CCC, CJ and GAW, including review and analysis of parties document production, and draft emails to/from attorney Weedn re same | 3.6 | $1,530.00 | D |
| 02/25/16 | WJH | Draft subpoena and deposition notice for Superior Court receiver | 0.5 | $212.50 | D |
| 08/03/16 | WJH | Review deposition notices and subpoenas for Brower, ACP, GAW and CCC, and prepare for same, and draft emails to/from client re same | 3 | $1,275.00 | D |
| 12/16/15 | WJH | Review and analysis of scope of Bank third party subpoenas, and draft emails to/from client re same | 0.5 | $212.50 | D |
| 02/12/16 | WJH | Draft emails to/from attorney Oldfield re debtor Rule 2004 order for examination, and telephone conference(s) with Bankruptcy Court clerk re same | 0.2 | $85.00 | D |

Page 9

| Date | Atty | Description | Hours | Amount | |
|---|---|---|---|---|---|
| 02/19/16 | WJH | Further review and analysis of outstanding discovery demands status, and draft letter to Bankruptcy Court re same | 1 | $425.00 | D |
| 03/07/16 | WJH | Review correspondence from GAW re discovery dispute | 1.3 | $552.50 | D |
| 03/10/16 | WJH | Draft emails to/from attorney Salameh re GAW and related discovery issues | 0.3 | $127.50 | D |
| 03/11/16 | WJH | Draft emails to/from attorneys Weedn and Salameh re third party subpoena to GAW, and telephone conference(s) with client re same | 0.6 | $255.00 | D |
| 03/18/16 | WJH | Telephone conference(s) with attorney Salameh re adversary proceeding discovery and review email from Bankruptcy Court re same | 0.4 | $170.00 | D |
| 03/23/16 | WJH | Telephone conference(s) with attorney Oldfield re witness deposition for pending Superior Court litigation | 0.2 | $85.00 | D |
| 03/24/16 | WJH | Review emails to/from attorneys Weedn and Salameh re GAW discovery issues | 0.3 | $127.50 | D |
| 03/28/16 | WJH | Draft emails to/from attorney Weedn re discovery issues and ACP subpoena, and telephone conference(s) with client re same | 0.5 | $212.50 | D |
| 04/07/16 | WJH | Draft emails to/from attorneys Weedn and Salameh re ACP subpoena | 0.3 | $127.50 | D |
| 04/07/16 | WJH | Draft emails to/from client re ACP subpoena issues | 0.2 | $85.00 | D |
| 04/11/16 | WJH | Draft emails to/from attorney Oldfield re outstanding bank subpoena demands | 0.3 | $127.50 | D |
| 04/13/16 | WJH | Draft emails to/from attorney Oldfield re bank subpoena | 0.1 | $42.50 | D |
| 04/20/16 | WJH | Review status of third party subpoena demands, and telephone conference(s) with client re same | 0.4 | $170.00 | D |
| 04/21/16 | WJH | Telephone conference(s) with client re third party subpoena demands, and draft emails to/from same | 0.5 | $212.50 | D |
| 04/22/16 | WJH | Telephone conference(s) with client re third party subpoena demands | 0.2 | $85.00 | D |
| 04/29/16 | WJH | Attention to strategy and planning re pending third party discovery subpoena issues, and draft emails to/from attorney Weedn re same | 0.5 | $212.50 | D |
| 05/02/16 | WJH | Draft emails to/from atorney Weedn re third party discovery status, and telephone conference(s) with attorney Oldfield re same | 0.3 | $127.50 | D |

| Date | Atty | Description | Hours | Amount | |
|---|---|---|---|---|---|
| 05/04/16 | WJH | Draft emails to/from attorney Sacks re third party discovery disputes with ACP and GAW, and telephone conference(s) with client re same, and draft emails to/from client and attorney Oldfield re same, and review emails to/from client and SLG re same | 1 | $425.00 | D |
| 05/04/16 | SLG | Draft emails to/from client re third party discovery disputes with ACP and GAW | 0.3 | $142.50 | D |
| 05/05/16 | WJH | Draft emails to/from client re Bankruptcy Court hearing on third party discovery subpoenas, and review emails to/from client and SLG re same, and draft response for same | 0.8 | $340.00 | D |
| 05/05/16 | SLG | Draft emails to/from client re Bankruptcy Court hearing on third party discovery subpoenas | 0.4 | $190.00 | D |
| 05/06/16 | WJH | Draft emails to/from client re Bankruptcy Court hearing on third party discovery subpoenas, and draft correspondence re same, and draft emails to/from attorneys Weedn and Salameh re same | 1 | $425.00 | D |
| 05/09/16 | WJH | Telephone conference(s) with attorney Tipton re potential ACP representation | 0.5 | $212.50 | D |
| 05/10/16 | WJH | Telephone conference(s) with attorney Tipton re third party discovery demand to ACP, and draft emails to/from same | 0.3 | $127.50 | D |
| 05/10/16 | WJH | Draft emails to/from attorney Salameh re continuing Bankruptcy Court hearing on third party discovery disputes, and draft emails to/from client and Bankruptcy Court clerk re same, and telephone conference(s) with client re same | 0.4 | $170.00 | D |
| 06/07/16 | WJH | Telephone conference(s) with attorney Giffen re pending discovery issues, and draft emails to/from same | 0.3 | $127.50 | D |
| 06/20/16 | WJH | Review GAW objection to Bank third party subpoena, and draft emails to/from client re same, and telephone conference(s) with same | 0.6 | $255.00 | D |
| 06/21/16 | WJH | Prepare for Bankruptcy Court hearing on third party discovery disputes, and review GAW supplemental brief for same | 0.5 | $212.50 | D |
| 06/22/16 | WJH | Attend Bankruptcy Court hearing on GAW/ACP/Bank third party subpoenas discovery dispute | 2 | $850.00 | D |
| 06/23/16 | WJH | Draft emails to/from attorney Salameh re Bankruptcy Court discovery dispute hearing, and telephone conference(s) with client re same | 0.3 | $127.50 | D |

|            |     |                                                                                                                                                                                                                                                                      | Hours |           |   |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|-----------|---|
| 06/23/16   | WJH | Review and analysis of GAW document production                                                                                                                                                                                                                       | 1.5   | $637.50   | D |
| 06/28/16   | WJH | Draft emails to/from attorney Giffen re ACP subpoena                                                                                                                                                                                                                 | 0.2   | $85.00    | D |
| 07/14/16   | WJH | Review and analysis of ACP document production and draft emails to/from attorney Giffen re same                                                                                                                                                                      | 0.5   | $212.50   | D |
| 07/15/16   | WJH | Further review and analysis of ACP document production re 2000 share transfer, and draft emails to/from attorney Giffen re ACP document production and telephone conference(s) with same, and draft emails to/from client and counsel re Fremont Bank supoena, and telephone conference(s) with client re same | 1.4   | $595.00   | D |
| 07/18/16   | WJH | Draft emails to/from client and attorney Sacks re Fremont Bank subpoena, and draft emails to/from attorney Salameh re GAW subpoena, and telephone conference(s) with client re same                                                                                  | 0.5   | $212.50   | D |
| 07/19/16   | WJH | Review emails to/from attorneys Weedn and Giffen re ACP document production                                                                                                                                                                                          | 0.2   | $85.00    | D |
| 08/18/16   | WJH | Draft emails to/from attorney Giffen re ACP further document production                                                                                                                                                                                              | 0.3   | $127.50   | D |
| 08/19/16   | WJH | Draft emails to/from attorney Giffen re objections to Bank subpoenas and further document production, and telephone conference(s) with same                                                                                                                          | 0.8   | $340.00   | D |
| 08/26/16   | WJH | Conference with client and attorney Oldfield re CCC document production for CCC deposition                                                                                                                                                                           | 0.5   | $212.50   | D |
| 09/08/16   | WJH | Further review and analysis of Bank supplemental and duplicate document production                                                                                                                                                                                   | 2     | No Charge | D |
| 09/13/16   | WJH | Review stipulation on GAW banking records subpoena                                                                                                                                                                                                                   | 0.3   | No Charge | D |
| 01/04/17   | WJH | Draft emails to/from attorney Salameh re GAW deposition transcripts                                                                                                                                                                                                  | 0.2   | $85.00    | D |
| 08/17/16   | WJH | Draft emails to/from client and attorney Giffen re ACP deposition issues                                                                                                                                                                                             | 0.3   | $127.50   | D |
| 02/29/16   | WJH | Continue drafting Bank deposition notice and request for production of documents, including review Superior Court order appointing receiver                                                                                                                          | 1.6   | $680.00   | D |
| 03/01/16   | WJH | Draft subpoena for former Bank employee K. Lee and for receiver, and telephone conference(s) with process server re same, and telephone conference(s) with client re same                                                                                            | 0.3   | $127.50   | D |

|            |     |                                                                                                                                                                                                                 | Hours |           |   |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|-----------|---|
| 03/31/16   | WJH | Prepare for depositions of Bank's representative and of Superior Court receiver Uecker                                                                                                                          | 1.5   | $637.50   | D |
| 08/12/16   | WJH | Review amended deposition notices for Brower, GAW, CCC and CJ, and review and analysis of third party document productions to prepare for scheduled depositions                                                 | 2.6   | $1,105.00 | D |
| 08/22/16   | WJH | Further prepare for client and third party depositions, and draft emails to/from counsel re same                                                                                                                | 2.3   | $977.50   | D |
| 08/31/16   | WJH | Further prepare for Bank person-most-knowledgeable deposition, including review Bank supplemental document production                                                                                           | 2.2   | $935.00   | D |
| 08/18/16   | WJH | Further prepare for scheduled third party depositions                                                                                                                                                           | 1.5   | $637.50   | D |
| 08/30/16   | WJH | Prepare for Bank person-most-knowledgeable deposition, including review Bank objection to same, and draft emails to/from attorney Balch re Bank document production copies                                      | 2.8   | $1,190.00 | D |

**E. Non-Written Discovery**

|            |     |                                                                                                                     | Hours |           |   |
|------------|-----|---------------------------------------------------------------------------------------------------------------------|-------|-----------|---|
| 03/04/16   | WJH | Telephone conference(s) with process server re subpoena service status                                              | 0.2   | $85.00    | E |
| 08/23/16   | WJH | Telephone conference(s) with client re his deposition testimony                                                     | 1     | $425.00   | E |
| 08/24/16   | WJH | Attend Brower deposition, with travel to/from same (Monterey)                                                       | 9.5   | $4,037.50 | E |
| 08/25/16   | WJH | Attend GAW deposition, with travel to/from same (Monterey)                                                          | 9     | $3,825.00 | E |
| 08/26/16   | WJH | Attend CCC deposition, with travel to/from same (Monterey)                                                          | 7.5   | $3,187.50 | E |
| 08/29/16   | WJH | Conference with client re CJ deposition                                                                             | 0.3   | $127.50   | E |
| 08/29/16   | WJH | Attend CJ deposition, with travel to/from same (Monterey)                                                           | 7     | $2,975.00 | E |
| 09/01/16   | WJH | Conduct deposition of Bank Person-most-knowledgeable representative, including travel to/from same (Los Angeles)    | 7.5   | $3,187.50 | E |

**F. Pre-Trial Preparation**

|            |     |                                                                                                                                                                                                                                                                                                  | Hours |           |   |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|-----------|---|
| 01/17/17   | WJH | Review and analysis of CC, CJ and ACP document production for potential trial exhibits, and draft emails to/from attorney Balch re CC bank records document production, and telephone conference(s) with same, and draft emails to/from attorney Weedn re pre-trial conference issues            | 3.2   | $1,360.00 | F |

| Date | | Description | Hours | Amount | |
|---|---|---|---|---|---|
| 01/19/17 | WJH | Telephone conference(s) with attorney Sacks re pre-trial conference issues, and draft emails to/from attorneys Sacks and Weedn re same | 0.3 | $127.50 | F |
| 01/23/17 | WJH | Conduct legal research re sec. 523/727 case authorities for trial brief, including 9th Circuit and Judge Hammond reported decisions, and draft witness and exhibits lists, and telephone conference(s) with client re same, and draft emails to/from attorney Oldfield re same, and telephone conference(s) with attorneys Sacks and Weedn re joint pre-trial conference statement | 6 | $2,550.00 | F |
| 01/25/17 | WJH | Draft emails to/from attorney Sacks re witness list and exhibits list, and continue drafting joint pre-trial conference statement | 1.5 | $637.50 | F |
| 01/26/17 | WJH | Draft emails to/from attorney Oldfield re multiple prior CJ requests for Bank funds release for records storage expenses | 0.2 | $85.00 | F |
| 01/29/17 | WJH | Continue trial preparation, including draft trial brief, prepare exhibit binders and witness examinations, and draft emails to/from client re draft proposed joint pre-trial conference statement | 5.2 | $2,210.00 | F |
| 01/30/17 | WJH | Continue trial preparation, including revise joint pre-trial conference statement per client comments, and draft emails to/from attorney Weedn re same, and telephone conference(s) with same, and telephone conference(s) with client re same | 5 | $2,125.00 | F |
| 01/31/17 | WJH | Continue trial preparation, including revise joint pre-trial conference statement per client comments, and telephone conference(s) with attorney Weedn re same, and telephone conference(s) with client re same | 3.5 | $1,487.50 | F |
| 02/01/17 | WJH | Draft emails to/from attorney Weedn re referenced Bank exhibits | 0.2 | $85.00 | F |
| 02/07/17 | WJH | Prepare for and attend Bankruptcy Court pre-trial conference hearing with client | 1 | $425.00 | F |
| 02/08/17 | WJH | Continue trial preparation, including exhibit binders and attorney trial binder documents | 3.5 | $1,487.50 | F |
| 02/09/17 | WJH | Continue trial preparation, including lodge client exhibit binders and update joint pre-trial statement re document production objections | 1.8 | $765.00 | F |

| Date | | Description | Hours | Amount | |
|---|---|---|---|---|---|
| 02/10/17 | WJH | Continue trial preparation, including finalize trial brief, and review and analysis of Bank trial brief and cited case authorities, and review Bank request for judicial notice for CJ video deposition, including review videos and prepare objections to same, and draft emails to/from client re same | 5.3 | $2,252.50 | F |
| 02/11/17 | WJH | Continue trial preparation, including prepare witness examinations and conduct legal research re excluding Bank expert report and Bank exhibits exclusion | 7.5 | $3,187.50 | F |

**G. Trial**

| Date | | Description | Hours | Amount | |
|---|---|---|---|---|---|
| 02/12/17 | WJH | Continue trial preparation, including further prepare witness examinations and closing argument issues | 7.1 | $3,017.50 | G |
| 02/13/17 | WJH | Continue trial preparation, including further prepare witness examinations and evaluate related issues | 5.5 | $2,337.50 | G |
| 02/14/17 | WJH | Attend trial (day 1) | 8.5 | $3,612.50 | G |
| 02/14/17 | WJH | Prepare for continuing trial, including conference with client re same and prepare additional exhibits for same | 4.5 | $1,912.50 | G |
| 02/15/17 | WJH | Attend trial (day 2) | 8 | $3,400.00 | G |
| 02/21/17 | WJH | Prepare post-trial closing argument | 4.7 | $1,997.50 | G |
| 02/22/17 | WJH | Attend trial (day 3) for closing arguments | 2.3 | $977.50 | G |
| | | Totals | 300.5 | $123,455.00 | |