Costs

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 8/24/2016 | Travel to Monterey 166 miles | $53.12 |
| 8/25/2016 | Travel to Monterey 166 miles | $53.12 |
| 8/26/2016 | Travel to Monterey 166 miles | $53.12 |
| 8/29/2016 | Travel to Monterey 166 miles | $53.12 |
| 09/01/16 | Travel to Los Angeles | $613.96 |
| 02/07/17 | Parking | $5.00 |
| 02/14/17 | Parking | $20.00 |
| 02/15/17 | Parking | $20.00 |
| 02/22/17 | Parking | $7.00 |
| 02/28/17 | Copy charges (5520) | $552.00 |
| 02/28/17 | Exhibit tabs charges | $75.84 |
| 02/28/17 | Fedex Delivery charges | $72.40 |
| 5/19/2017 | Superior Court filing fee | $98.00 |
| 6/16/2017 | Superior Court filing fee | $5.60 |