UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re: | ) | Case No. 15-50801 |
| | ) | |
| ROBERT S. BROWER, SR., | ) | |
| | ) | DATE: July 27, 2017 |
| Debtor. | ) | TIME: 10:30 a.m. |
| _____) | | JUDGE: Hon. M. Elaine Hammond |
| | | COURT: United States Bankruptcy Court |
| | | 280 S. First Street, Room 3020 |
| | | San Jose, California 95113 |

# NOTICE OF SECOND AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY FORMER ATTORNEY FOR DEBTOR

PLEASE TAKE NOTICE that on July 27, 2017 at 10:30 a.m., in the courtroom of the Honorable M. Elaine Hammond, United States Bankruptcy Judge, at the United States Bankruptcy Court at 280 S. First Street, Room 3020, San Jose, California 95113, the application of Campeau Goodsell Smith ("CGS" or "Applicant"), former counsel for debtor herein, for final approval of compensation for services rendered and costs incurred relative to the period of March 11, 2015 through September 30, 2015 in the sum of $87,655.00 for attorney's fees and $1,838.50 for costs (before credit for retainer in the amount of $25,000.00 and after a voluntary reduction of $5,745 in attorney's fees) ("First Application Period"), final approval of compensation for services rendered and costs incurred for the period of October 1, 2015 through June 29, 2017 in the sum of $66,229.50 for attorney's fees and $0.00 for costs ("Second Application Period"), and final approval of compensation and costs incurred by Applicant in the Adversary Proceeding entitled MFUG Union Bank, N.A. v. Robert Brower, Sr., Case No.: 15-05119 in the sum of $123,455.00 for attorney's fees and $1,682.28 for costs ("Adversary Proceeding"), for an order directing the Debtor to pay such amounts heretofore unpaid; and for such further relief as this court deems proper ("Final Application").

Debtor(s), creditors and other parties in interest are invited to review the application(s) on file with the Clerk of the above-captioned Bankruptcy Court. Copies of the application and other supporting documents may be obtained from the court or Campeau Goodsell Smith at 440 N. 1st Street, Suite 100, San Jose, CA 95112 (408-295-9555 Scott L. Goodsell or William J. Healy). Failure to respond to the Application may

be treated as consent to the relief requested. Any objections to the application must be in writing and filed with the Clerk of the Bankruptcy Court 280 South First Street, Room 3035 San Jose, CA 95113-3099 and served on Debtor's counsel at Campeau Goodsell Smith, 440 N. 1st Street, Suite 100, San Jose, CA 95112 and the Office of The United States Trustee 280 South First Street, Room 268 San Jose, CA 95113, at least seven days before the hearing.

Dated: July 6, 2017        CAMPEAU GOODSELL SMITH
                           By  /s/ William J. Healy
                               William J. Healy
                               Attorneys for Debtor