# EXHIBIT F

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
STEVEN B. SACKS, Cal. Bar No. 98875
ssacks@sheppardmullin.com
MICHAEL M. LAUTER, Cal. Bar No. 246048
mlauter@sheppardmullin.com
ISAIAH Z. WEEDN, Cal. Bar No. 229111
iweedn@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone:  415-434-9100
Facsimile:  415-434-3947

Attorneys for Creditor and Plaintiff,
MUFG UNION BANK, N.A.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ROBERT BROWER, SR.,<br><br>                Debtor. | Case No. 15-50801 MEH<br><br>Chapter 11<br><br>**NOTICE OF ISSUANCE OF SUBPOENA TO W.B. "BUTCH" LINDLEY** |

Ex F

TO THE DEBTOR AND TO HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 45(b)(4), applicable here pursuant to Federal Rule of Bankruptcy Procedure 9016, Creditor MUFG Union Bank, N.A. has issued a subpoena to produce documents, information, or objects to W.B. "Butch" Lindley. A copy of the subpoena is attached hereto.

Dated: July 22, 2016

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: _____
ISAIAH Z. WEEDN
Attorneys for Creditor and Plaintiff,
MUFG Union Bank, N.A.

# UNITED STATES BANKRUPTCY COURT

Northern District of California

In re ROBERT BROWER, SR.
Debtor

Case No. 15-50801

*(Complete if issued in an adversary proceeding)*

Chapter 11

MUFG UNION BANK, N.A.,
Plaintiff

v.

Adv. Proc. No. 15-05119

ROBERT BROWER, SR.,
Defendant

## SUBPOENA TO TESTIFY AT A DEPOSITION
## IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: W.B. "Butch" Lindley, 27755 Encinal Road, Salinas, CA 93908
*(Name of person to whom the subpoena is directed)*

☒ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this bankruptcy case (or adversary proceeding). If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| PLACE | DATE AND TIME |
|---|---|
| Sheppard, Mullin, Richter & Hampton, 379 Lytton Ave, Palo Alto, CA 94301, | August 9, 2016 |

The deposition will be recorded by this method:

☒ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

See attached Exhibit A.

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: July 22, 2016

CLERK OF COURT

OR   /s/ [signature]

_____
*Signature of Clerk or Deputy Clerk*

*Attorney's signature*
Isaiah Z. Weedn

The name, address, email address, and telephone number of the attorney representing *(name of party)*
_____, who issues or requests this subpoena, are:

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

American LegalNet, Inc.
www.FormsWorkFlow.com

# CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Orange, State of California. My business address is 650 Town Center Drive, 4th Floor, Costa Mesa, CA 92626-1993.

On July 22, 2016, I served true copies of the following document(s) described as **NOTICE OF ISSUANCE OF SUBPOENA TO W.B. "BUTCH" LINDLEY** on the interested parties in this action as follows:

| | |
|---|---|
| William J. Healy<br>Campeau, Goodsell and Smith<br>440 N. First St, Suite 100<br>San Jose, CA 95112 | Attorney for Debtor<br><br>Phone: 408-295-9555<br>Email: whealy@campeaulaw.com |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 22, 2016, at Costa Mesa, California.

*Anne C. Ramey* (signature)
Anne C. Ramey

# EXHIBIT G

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
STEVEN B. SACKS, Cal. Bar No. 98875
ssacks@sheppardmullin.com
MICHAEL M. LAUTER, Cal. Bar No. 246048
mlauter@sheppardmullin.com
ISAIAH Z. WEEDN, Cal. Bar No. 229111
iweedn@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947

Attorneys for Creditor and Plaintiff,
MUFG UNION BANK, N.A.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ROBERT BROWER, SR.,<br><br>              Debtor. | Case No. 15-50801 MEH<br><br>Chapter 11<br><br>**NOTICE OF ISSUANCE OF SUBPOENA TO ANTHONYNOBELS** |

TO THE DEBTOR AND TO HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 45(b)(4), applicable here pursuant to Federal Rule of Bankruptcy Procedure 9016, Creditor MUFG Union Bank, N.A. has issued a subpoena to produce documents, information, or objects to Anthony Nobles. A copy of the subpoena is attached hereto.

Dated: July 22, 2016   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: _____
ISAIAH Z. WEEDN
Attorneys for Creditor and Plaintiff,
MUFG Union Bank, N.A.

B2560 (Form 2560 – Subpoena to Testify at a Deposition in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern _____ District of California

In re ROBERT BROWER, SR.
_____
Debtor

_(Complete if issued in an adversary proceeding)_

Case No. 15-50801

MUFG UNION BANK, N.A.,
_____
Plaintiff

Chapter 11

v.

ROBERT BROWER, SR.,
_____
Defendant

Adv. Proc. No. 15-05119

## SUBPOENA TO TESTIFY AT A DEPOSITION
## IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: Anthony Nobles, 8686 Tern Ave., Fountain Valley, CA 92708
_(Name of person to whom the subpoena is directed)_

☒ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this bankruptcy case (or adversary proceeding). If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| PLACE | DATE AND TIME |
|---|---|
| Sheppard, Mullin, Richter & Hampton, LLP, 650 Town Center Dr., 4th Floor, Costa Mesa, CA 92626 | August 11, 2016 |

The deposition will be recorded by this method:

☒ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:
  See attached Exhibit A.

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: July 22, 2016

CLERK OF COURT

OR

_Signature of Clerk or Deputy Clerk_      _Attorney's signature_
                                           Isaiah Z. Weedn

The name, address, email address, and telephone number of the attorney representing _(name of party)_
_____ , who issues or requests this subpoena, are:

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

American LegalNet, Inc.
www.FormsWorkFlow.com

# CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Orange, State of California. My business address is 650 Town Center Drive, 4th Floor, Costa Mesa, CA 92626-1993.

On July 22, 2016, I served true copies of the following document(s) described as **NOTICE OF ISSUANCE OF SUBPOENA TO ANTHONY NOBLES** on the interested parties in this action as follows:

| | |
|---|---|
| William J. Healy<br>Campeau, Goodsell and Smith<br>440 N. First St, Suite 100<br>San Jose, CA 95112 | Attorney for Debtor<br><br>Phone: 408-295-9555<br>Email: whealy@campeaulaw.com |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 22, 2016, at Costa Mesa, California.

*Anne C. Ramey*
Anne C. Ramey

SMRH:474629332.1

1

# EXHIBIT H

```
 1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
 2  Including Professional Corporations
    STEVEN B. SACKS, Cal. Bar No. 98875
 3  ssacks@sheppardmullin.com
    MICHAEL M. LAUTER, Cal. Bar No. 246048
 4  mlauter@sheppardmullin.com
    ISAIAH Z. WEEDN, Cal. Bar No. 229111
 5  iweedn@sheppardmullin.com
    Four Embarcadero Center, 17th Floor
 6  San Francisco, CA 94111-4109
    Telephone:  415-434-9100
 7  Facsimile:  415-434-3947

 8  Attorneys for Creditor
    MUFG UNION BANK, N.A.
 9
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ROBERT BROWER, SR.,<br><br>Debtor. | Bk. No. 15-50801<br><br>Chapter 11<br><br>**NOTICE OF ISSUANCE OF SUBPOENA TO RICHARD BABCOCK** |

TO THE DEBTOR AND TO HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 45(b)(4), applicable here pursuant to Federal Rule of Bankruptcy Procedure 9016, Creditor MUFG Union Bank, N.A. has issued a subpoena to produce documents, information, or objects to Richard Babcock. A copy of the subpoena is attached hereto.

-1-

Ex H

1  Dated: December 15, 2015

2     SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

4     By          */s/ Steven B. Sacks*
                  STEVEN B. SACKS

      Attorneys for MUFG UNION BANK, N.A.

# UNITED STATES BANKRUPTCY COURT

Northern _____ District of California

In re ROBERT BROWER, SR._____
                    Debtor

(Complete if issued in an adversary proceeding)          Case No. 15-50801

                                                          Chapter 11

_____
            Plaintiff
              v.                                          Adv. Proc. No. _____

_____
            Defendant

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: Richard J. Babcock, 245 Woodscape Ct., Alpharetta, GA 30022-3245
         *(Name of person to whom the subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attached Exhibit A.

| PLACE | DATE AND TIME |
|---|---|
| PHOENIX LEGAL, 3000 Old Alabama Road, Suite 119-200, Alpharetta, GA | December 28, 2015 at 10:00 a.m. |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

   The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: December 14, 2015

                          CLERK OF COURT

                                                    OR    /s/ Isaiah Z. Weedn

           *Signature of Clerk or Deputy Clerk*              *Attorney's signature*
                                                           Isaiah Z. Weedn

The name, address, email address, and telephone number of the attorney representing *(name of party)* MUFG Union Bank, N.A._____, who issues or requests this subpoena, are:

Isaiah Z. Weedn, Esq. of Sheppard, Mullin, Richter & Hampton, LLP

                    **Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).



# CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is 4 Embarcadero Center, 17th Floor, San Francisco, CA 94111.

On **December 15, 2015**, I served true copies of the following document(s) described as

**NOTICE OF ISSUANCE OF SUBPOENA TO RICHARD J. BABCOCK**

on the interested parties in this action as follows:

William J. Healy
Campeau, Goodsell and Smith
440 N 1st St. #100
San Jose, CA 95112
Tel: (408) 295-9555
Email: whealy@campeaulaw.com

☒ **BY MAIL:** I enclosed the document(s) in sealed envelopes and/or packages addressed to the persons at the addresses listed on the Service List and placed the envelops for collection and mailing, following our ordinary business practices. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **December 15, 2015**, at San Francisco, California.

                                                        */s/ Judy Nakaso*
                                                        Judy Nakaso