JAURIGUE LAW GROUP
Michael J. Jaurigue (SBN 208123)
    michael@jlglawyers.com
Ryan A. Stubbe (SBN 289074)
    ryan@jlglawyers.com
300 W. Glenoaks Blvd., Suite 300
Glendale, California 91202
Telephone: (818) 630-7280
Facsimile: (888) 879-1697

*[Proposed] Attorneys for Robert S. Brower, Sr.,
Debtor and Debtor-in-Possession*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>ROBERT S. BROWER, SR.,<br><br>               Debtor. | Case No. 15-50801<br><br>Chapter 11<br><br>**APPLICATION FOR ORDER AUTHORIZING THE EMPLOYMENT OF JAURIGUE LAW GROUP AS GENERAL BANKRUPTCY COUNSEL FOR THE DEBTOR UNDER 11 U.S.C. § 327; DECLARATION OF MICHAEL J. JAURIGUE IN SUPPORT THEREOF**<br><br>[No Hearing Required Pursuant to B.L.R. 9014-1(b)] |

Robert S. Brower, Sr., the debtor and debtor-in-possession (the "Debtor") submits the following Application for Order Authorizing Employment of Jaurigue Law Group ("JLG") and Michael J. Jaurigue ("Jaurigue") as General Bankruptcy Counsel for the Debtor, effective as of June 30, 2017.

On March 11, 2015, the Debtor filed a petition under Chapter 11 of the Bankruptcy Code. The Debtor was previously represented by Campeau Goodsell Smith, L.C. ("CGS"), pursuant to an Order Appointing Counsel for Debtor, entered on March 31, 2015. [Docket No. 24.] On June 23, 2017, the Court entered an Order Granting CGS's Motion to Withdraw as Counsel for the Debtor. [Docket No. 191.] On June 30, 2017, the Debtor filed a Substitution of Attorney form substituting JLG as his proposed attorney of record in this case, in place of CGS. [Docket No. 197.]

The Debtor wishes to employ JLG as its general bankruptcy counsel under 11 U.S.C. § 327 in this case pursuant to the terms and conditions contained in the agreement ("Fee Agreement"), attached as Exhibit 1 to the supporting declaration of Michael J. Jaurigue (the "Jaurigue Declaration"). The Debtor has selected JLG because JLG has considerable experience in bankruptcy, insolvency, debt restructuring, and debtor/creditor law. The Debtor believes JLG is well qualified to represent it in this case.

JLG has also agreed to represent the Debtor in connection with the pending adversary proceeding, *MUFG Union Bank, N.A. v. Robert Brower, Sr., et al.*, Case No. 17-05044 (the "Adversary Proceeding"). JLG will separately track its time and expenses incurred in the Adversary Proceeding, and will not seek an administrative claim pursuant to 11 U.S.C. § 503 for its fees and expenses incurred in the Adversary Proceeding.

Except as stated in the attached Jaurigue Declaration, JLG has no connection with the Debtor, its creditors, or any other party in interest, their respective attorneys or accountants, the U.S. Trustee, or any person employed in the Office of the U.S. Trustee. As set forth in the attached Jaurigue Declaration, JLG believes it is "disinterested" and does not hold or represent an interest adverse to the estate as described in 11 U.S.C. § 327(a).

///

///

///

WHEREFORE, the Debtor respectfully requests that it be authorized to employ JLG as his general bankruptcy counsel, effective as of June 30, 2017, under the terms and conditions of the Fee Agreement attached hereto as Exhibit 1, and for such other and further relief as the Court deems just and proper.

Dated:  August 15, 2017 /s/ Robert S. Brower, Sr.
Robert S. Brower, Sr.,
Debtor and Debtor-in-Possession

Dated:  August 15, 2017 JAURIGUE LAW GROUP

/s/ *Ryan Stubbe*
Michael J. Jaurigue
Ryan A. Stubbe
*[Proposed] Attorneys for*
*Robert S. Brower, Sr.,*
*Debtor and Debtor-in-Possession*

# DECLARATION OF MICHAEL J. JAURIGUE

I, Michael J. Jaurigue, declare as follows:

1. I am an attorney at law, licensed and qualified to practice before all the courts of this state, including the above-entitled court. I am the managing shareholder of the Jaurigue Law Group ("JLG"), proposed counsel to the Debtor and Debtor-in Possession, Robert S. Brower, Sr. (the "Debtor"). This declaration is made on my own personal knowledge, and if called upon to testify, I could and would competently testify thereto.

2. On March 11, 2015, the Debtor filed a petition under Chapter 11 of the Bankruptcy Code. The Debtor was previously represented by Campeau Goodsell Smith, L.C. ("CGS"). On June 30, 2017, the Debtor filed a Substitution of Attorney form substituting JLG as his proposed attorney of record in this case, in place of CGS. [Docket No. 197.]

3. The Debtor desires to employ JLG and myself as its general bankruptcy counsel in the present case.

4. JLG has also agreed to represent the Debtor in connection with the pending adversary proceeding, *MUFG Union Bank, N.A. v. Robert Brower, Sr., et al.*, Case No. 17-05044 (the "Adversary Proceeding"). JLG will separately track its time and expenses incurred in the Adversary Proceeding, and will not seek an administrative claim pursuant to 11 U.S.C. § 503 for its fees and expenses in the Adversary Proceeding.

5. JLG is composed of two shareholders, one senior counsel, one associate attorney, and one "of counsel" attorney. JLG is experienced in matters of restructuring, bankruptcy, insolvency, debtor/creditor law, and in the representation of debtors in cases under Chapter 11 of the Bankruptcy Code. Specifically, from 2001 to 2004, while employed at Sheppard, Mullin, Richter and Hampton, LLP, I represented debtors in Chapter 11 bankruptcy cases. From 2011 to present, JLG and I represented and continue to represent multiple debtors in chapter 11 bankruptcy proceedings, and have confirmed numerous plans of reorganization. Further, from 2009 to present, I represented and continue to represent numerous debtors in bankruptcy cases under Chapters 7 and 13. Additionally, from 2009

through the present, I successfully negotiated the restructuring of hundreds of commercial and residential loans.

6. On the basis of JLG's experience in Chapter 7, Chapter 13, and Chapter 11 proceedings, and its success in restructuring debt outside of bankruptcy, as set forth above, JLG is well qualified to provide the Debtor with legal counsel in this matter.

7. The Debtor and JLG have entered into a Fee Agreement (a true and correct copy of which is attached hereto as Exhibit 1), subject to approval by this Court. The Fee Agreement provides for representation of the Debtor on an hourly basis. JLG's current hourly rates are as follows:

| Professional | Hourly Rate |
| --- | --- |
| Michael J. Jaurigue, Managing Shareholder (Attorney) | $460 per hour |
| Abigail Zelenski, Managing Shareholder (Attorney) | $410 per hour |
| Cindy L. Ho, Of Counsel (Attorney) | $410 per hour |
| David Zelenski, Senior Counsel (Attorney) | $410 per hour |
| Ryan A. Stubbe, Associate (Attorney) | $360 per hour |
| Abner Reteracion (Paralegal) | $150 per hour |
| Nefertari Ramsey (Legal Assistant) | $75 per hour |

8. JLG must bill in increments of one tenth of an hour in this case.

9. The hourly rates set forth above are JLG's standard hourly rates for work of this nature and are subject to periodic adjustment. These rates are set at a level designed to fairly compensate JLG for work performed by its attorneys, paralegals, and staff to cover fixed and routine overhead expenses. It is JLG's policy, in all areas of practice and for all clients, to charge for all other expenses incurred in connection with clients' cases.

10. JLG understands that its compensation is subject to approval by this Court, and intends to file applications for interim allowance of fees and costs during the course of the case in accordance with

4

11 U.S.C. § 330. JLG understands and agrees that if the aggregate interim payments exceed the amount ultimately allowed to JLG, JLG must promptly repay the difference to the estate.

11. JLG has received a retainer of $25,000.00 from a third party, the Patricia Brower Trust. Pursuant to California Rules of Professional Conduct 3-310(F), JLG has entered into a Disclosure and Consent Agreement re Third-Party Payor Payment of Fees, Costs, and Expenses (the "Third Party Payor Agreement"), a true and correct copy of which is attached hereto as Exhibit 2. The Third Party Payor Agreement (1) assures the arrangement does not interfere with the attorney's independence or professional judgment on behalf of the Debtor or with the attorney-client relationship, (2) provides for the protection of client confidential information and secrets under Business and Professions Code section 6068(e), (3) provides the Debtor with a written disclosure of the relevant circumstances and the actual and foreseeable consequences arising from the arrangement, and (4) obtains the Debtor's informed written consent.

12. The Debtor has been advised and understands that the security retainer paid to JLG is to secure payment for fees and services that JLG expects to perform, and that JLG shall hold a security interest in the retainer funds.

13. JLG and I have no connection with the Debtor, its creditors, or any other party in interest, their respective attorneys or accountants, the U.S. Trustee, or any person employed in the Office of the U.S. Trustee, subject to the following exception: I was an associate at Sheppard, Mullin, Richter & Hampton LLP ("SMRH") from September 1999 to January 2008. SMRH is the attorney for creditor MUFG Union Bank, N.A. in the present case.

14. Furthermore, JLG and I are not creditors, insiders, or employees of the Debtor and possess no interest materially adverse to the interest of the Debtor's estate or any creditor. Neither JLG nor I have any prepetition claim against the Debtor. JLG and I have not in the past represented, nor do

we presently represent any related debtors, principals, officers, insiders, or affiliates of the Debtor. JLG and I have no connections with the Debtor other than those disclosed herein.

15. I believe that JLG and each of its attorneys are "disinterested" and do not hold or represent an interest adverse to the estate as described in 11 U.S.C. § 327(a).

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 15th day of August, 2017 at Glendale, California.

            /s/ *Michael J. Jaurigue*
            Michael J. Jaurigue