# Exhibit 1



**JLG**
JAURIGUE LAW GROUP
GREAT LAWYERS WHO CARE

June 22, 2017

*VIA EMAIL AND U.S. MAIL*

Robert Brower, Sr.
28088 Barn Court
Carmel, CA 93923
Email: rbrower136@gmail.com

Re: <u>Agreement for Legal Services</u>

Dear Bob:

The Jaurigue Law Group, a Professional Corporation ("JLG"), is pleased that we have been selected to represent you. Our objective is to provide high quality legal services to our clients at a fair and reasonable cost. This letter agreement ("Agreement") explains the conditions under which we agree to represent you, and confirms our understanding with respect to payment of legal fees, costs and expenses incurred in conjunction with such representation. Inasmuch as this letter constitutes a legal agreement between us, we cannot advise you concerning it. We apologize for the inherent formality of this letter agreement, but we believe that it is important for our clients to have a clear understanding of the firm's policies regarding legal fees and costs from the inception of our relationship. Moreover, many of the provisions of this letter are required or recommended by California law.

1. **<u>Description of Services to be Provided</u>**. JLG is substantially experienced in restructuring, business reorganization and bankruptcy matters. You are retaining JLG to represent you in the following matters: (1) *In re Robert Brower, Sr.*, Chapter 11 Bankruptcy Case Number 15-50801 MEH in the Northern District of California, San Jose Division; (2) *MUFG Union Bank, N.A. v. Robert Brower, Sr., et al.*, Adversary Proceeding Case Number 17-05044 in the Northern District of California, San Jose Division. Services in any matter not described above will require a separate written agreement. This Agreement does not cover representation in any appeal or state court litigation. Separate

**San Jose**
2092 Concourse Drive, Ste. 25
San Jose CA 95131
O: 408.321.8511 | F: 408.321.8556

**Glendale**
114 N. Brand Boulevard, Ste. 200
Glendale, CA 91203
O: 818.630.7280 | F: 888.879.1697



arrangements must be made in writing for those services. At this point and time, we have not been asked nor have we agreed to represent you in any other litigation or other legal proceeding. At such time, and in such event, we will need to discuss new arrangements and an additional cash retainer. The Jaurigue Law Group is being engaged by you. Our employment does not include representation of any other entity or person.

**Risks Attendant to Chapter 11 Case:** We have discussed some of the risks of your Chapter 11 case with you. While we endeavor to anticipate all risks that may occur in the future, inevitably events arise or tactics are pursued by opponents that we cannot anticipate in spite of our best efforts to do so.

2. **Our Commitments**.

a. *To use our best efforts.* All of the attorneys and staff at JLG have trained extensively in order to provide you with excellent legal counsel and service. While we cannot guaranty particular outcomes, we commit to you that we will apply our experience, training and energies in our representation of you.

b. *To promptly return phone calls.* JLG commits to promptly respond to your questions and concerns. We understand how important it is to you that your phone calls be promptly returned. If we cannot return your call within 24 hours (which sometimes happens), we shall make every effort to have a staff member call to explain why the call has not been returned by your attorney, and approximately when it will be returned. If your call is urgent, please advise us so that we may make sure a lawyer is able to reach you in the event the lawyer assigned to your matter cannot.

c. *To inform you of the truth as we see it.* We know you did not retain this firm to be "yes" lawyers—and we shall not be. Thus, we will tell you the truth as we honestly see it—even if the truth is unpleasant.

San Jose
2092 Concourse Drive, Ste. 25
San Jose CA 95131
O: 408.321.8511 | F: 408.321.8556

Glendale
114 N. Brand Boulevard, Ste. 200
Glendale, CA 91203
O: 818.630.7280 | F: 888.879.1697

Case: 15-50801    Doc# 210-1    Filed: 08/15/17    Entered: 08/15/17 14:14:58    Page 3 of 12



d.  *To keep you informed.* We are aware that your legal issues are very important to you. We are also aware that a common complaint against lawyers is that sometimes lawyers do not keep their clients fully advised about the progress of their own case. We intend that you never have to express that complaint about us, and that you are kept current on what is happening with respect to the matter for which we have been retained.

e.  *To tell you what is going to happen step by step.* A great cause of anxiety among clients is that they do not understand how the legal system works. We will tell you as best we can what to expect before it happens to minimize the possibility of surprise.

f.  *To treat you with respect.* You are our client, and as such, you deserve the utmost respect from our attorneys and staff. If this courtesy is breached, you have every right to speak up about it, and we encourage you to do so.

3.  **Our Requests From You**.

a.  *To be candid with us.* Our ability to assist you requires that you be frank and open with us. We need you to always be completely candid about your case, even if it is unpleasant, and even if you think it hurts your case. Remember, our success depends on the accuracy of the information we receive.

b.  *To be prepared.* Please do your best to respond to our questions and requests regarding your case. Do your homework before you consult with us. Preparation allows us to all work more efficiently, which ultimately saves you money.

c.  *To tell us how you feel.* If you are satisfied with our work (which we hope and expect you will be), please tell us. If, for some reason you are not, you agree to inform us promptly, so that we may discuss the matter with you and address your concerns.

San Jose
2092 Concourse Drive, Ste. 25
San Jose CA 95131
O: 408.321.8511 | F: 408.321.8556

Glendale
114 N. Brand Boulevard, Ste. 200
Glendale, CA 91203
O: 818.630.7280 | F: 888.879.1697

Case: 15-50801   Doc# 210-1   Filed: 08/15/17   Entered: 08/15/17 14:14:58   Page 4 of 12

d.  *To ask questions.*  If at any time you do not understand something that is, or is not, happening, or will be happening, please feel free to ask questions. After all, you have the right to know.

4.  **Fees**.

You will be responsible for payment of the reasonable fees JLG charges for services. Our regular hourly billing rates depend upon the experience of the attorney, paralegal or legal assistant working on the matter. Fees charged may include, among other things, the time involved in conferences or other communications with you or others, including members of our firm, any legal research necessary to properly advise you, preparation of documents and correspondence, discussion and negotiations with other parties, interoffice conferences and travel time portal to portal. In the event litigation is commenced, our services will also include such things as the preparation and filing of pleadings and documents, factual investigation, appearances before courts, arbitrators or mediators, and other such work.

We ordinarily bill in minimum increments of one-tenths of an hour, charging you for the number of hours spent working on your matter, multiplied by our hourly billing rates. We would be pleased to advise you of the current hourly billing rates of any attorneys and/or legal assistants working on your matters, as you may from time to time request.

We reserve the right, around the beginning of each calendar year to establish new hourly rates, which rates should reflect changes in the market, increased experience or capability, or other factors that bear on the cost of services. You will be charged the rates in effect at the time services are rendered.

**San Jose**
2092 Concourse Drive, Ste. 25
San Jose CA 95131
O: 408.321.8511 | F: 408.321.8556

**Glendale**
114 N. Brand Boulevard, Ste. 200
Glendale, CA 91203
O: 818.630.7280 | F: 888.879.1697

Case: 15-50801   Doc# 210-1   Filed: 08/15/17   Entered: 08/15/17 14:14:58   Page 5 of 12



JLG's current regular billing rates by JLG personnel are as follows:

| | |
|---|---|
| Michael J. Jaurigue | $460 per hour |
| Abigail A. Zelenski | $410 per hour |
| Cindy L. Ho | $410 per hour |
| David Zelenski | $410 per hour |
| Ryan Stubbe | $360 per hour |
| Sehreen Ladak | $260 per hour |
| Other Attorneys | $225 to $460 per hour |
| Administrative personnel, paralegals, and law clerks | $70 to $150 per hour |

5. **Security Retainer and Employment.**

You shall provide JLG with an initial security retainer of $25,000 (the "Retainer"). You have been advised and understand that the Retainer is paid to JLG to secure payment for fees and services that JLG expects to perform in the future, and JLG shall hold a security interest in the Retainer funds. This Agreement will not take effect, and JLG will have no obligation to provide legal services, until you return a signed copy of this Agreement, and pay the Retainer called for under this paragraph. If the amounts you pay towards your Retainer are more than JLG needs to conclude our representation of you, JLG will refund the balance of the Retainer payments to you. All payments towards the Retainer will be placed in JLG's client retainer account. JLG will submit ~~periodic~~ MONTHLY statements describing the work /s/ performed for you and will ask the bankruptcy court to authorize, after notice for parties to object, JLG to draw down the Retainer in that amount. Any authority JLG obtains from the bankruptcy court to do so will still be subject to the bankruptcy court's approval of JLG's fees pursuant to a final fee application JLG will file in your bankruptcy case. While JLG has provided you with a good-faith estimate of fees and costs, you agree to pay all such fees and costs incurred in this matter.

JLG will apply to be employed as your counsel by the bankruptcy court in your case. The bankruptcy court will presumably approve JLG's employment subject to filing subsequent fee applications, where JLG provides information about its fees and costs in connection with its representation of you. In connection with such fee applications, JLG will ask you to review the application and consider

**San Jose**
2092 Concourse Drive, Ste. 25
San Jose CA 95131
O: 408.321.8511 | F: 408.321.8556

**Glendale**
114 N. Brand Boulevard, Ste. 200
Glendale, CA 91203
O: 818.630.7280 | F: 888.879.1697



and sign a declaration that you either do, or do not, have an objection to JLG's fees. The bankruptcy court will be the sole arbiter of the reasonableness of JLG's fees in that instance, provided your bankruptcy case is not dismissed.

### Costs and Other Charges.

a. *In General.* We will incur various costs and expenses in the normal course of performing legal services under this Agreement. Costs and expenses commonly include filing and recordation fees, court reporters' fees, computerized legal research of fee-based online legal libraries, messenger and other delivery services, postage, parking and other local travel expenses, facsimile, photocopying and other reproduction costs. We make every effort to approximate the cost of reproduction and similar expense. The costs indicated on your bill may be slightly more or slightly less than the actual cost incurred by the firm.

b. *Out of Town Travel and Extraordinary Expenses.* You agree to pay transportation, economy class airfare on flights ~~over two hours~~ [reasonable], meals, lodging and all other costs of any necessary out-of-town travel by our personnel. You will be charged the hourly rates for the time legal personnel spend traveling. In the event extraordinary charges or significant expenses are incurred, such as deposition transcript costs, expert witness fees, title insurance fees, consultant and investigator fees, and the like, you agree to pay those expenses directly.

c. *Billing Statements.* We will send you [monthly] ~~periodic~~ statements indicating fees and costs incurred and their basis, amounts from any retainer, and the current balance owed. The billing statement will list the professionals who worked on your matter for that billing period with their current hourly billing rates. When an increase occurs, the new hourly billing rate will appear on your statement. If no fees or costs are incurred for a particular month, or they are nominal, the statement may be held and combined with that for the following month or months. Should you have any questions concerning any statement, we encourage you to discuss them with us so that we may have an opportunity to resolve any

San Jose
2092 Concourse Drive, Ste. 25
San Jose CA 95131
O: 408.321.8511 | F: 408.321.8556

Glendale
114 N. Brand Boulevard, Ste. 200
Glendale, CA 91203
O: 818.630.7280 | F: 888.879.1697

Case: 15-50801   Doc# 210-1   Filed: 08/15/17   Entered: 08/15/17 14:14:58   Page 7 of 12

misunderstandings in a mutually agreeable manner. Should you question any of our charges, you agree to raise such questions with us promptly and in writing. For any statements not paid within 30 days after the court has approved JLG's fees and authorized payment to JLG, interest shall accrue on the unpaid balance at the rate of one percent (1%) [.5%] per month. *LB*

**Discharge and Withdrawal**. You may discharge us at any time and we have the right to withdraw from your representation at any time or suspend providing services. Reasons for our withdrawal or suspension of services include, but are not limited to, your breach of this Agreement, your failure to pay our bills as they become due, your refusal to cooperate with us or follow our advice on a material matter or any fact or circumstance that would render our continuing representation of you unlawful, unethical or impracticable.

When our services conclude, all unpaid charges will immediately become due and payable. After our services conclude, we will, upon written request, deliver your file to you along with any funds or property of yours in our possession. The work product produced in the course of our representation will remain our property.

8.    **Future Conflict**. You agree that you do not consider the representation JLG, in unrelated matters, of any adversary to you or to clients represented by us to be inappropriate and therefore waive any objections to any such present or future representation, including the representation of JLG of clients adverse to you.

9.    **Duties Upon Termination of Active Representation**. Upon cessation of our active involvement in a particular matter for which we have been engaged, we will have no further duty to inform you of future developments, deadlines or changes in the law as may be relevant to such matter in which our representation has ceased.

San Jose
2092 Concourse Drive, Ste. 25
San Jose CA 95131
O: 408.321.8511 | F: 408.321.8556

Glendale
114 N. Brand Boulevard, Ste. 200
Glendale, CA 91203
O: 818.630.7280 | F: 888.879.1697

Case: 15-50801    Doc# 210-1    Filed: 08/15/17    Entered: 08/15/17 14:14:58    Page 8 of 12



JAURIGUE LAW GROUP
GREAT LAWYERS WHO CARE

10. **Maintenance of Records**. It is our policy to promptly return all client files (other than work product) at the conclusion of our engagement with you, or the conclusion of the project on which we are working for you.

11. **Maintained Files**. To the extent we retain any client files, it is our policy to maintain client records for a period of five (5) years from the earlier of the date of the conclusion of our engagement with you, or the conclusion of the project on which we are working for you.

At the expiration of the 5 year time period, it is our policy to destroy such records. Prior to the destruction of the records, we shall attempt to contact you, at the last known address we have for you in our files, to inquire whether you would rather that we forward your files to you. Should we not reach you, you hereby authorize us to destroy files closed by us after five (5) years have passed. If at any time before the expiration of such time period you would like to obtain copies of such documents and other records, please let us know, and we will provide copies to you at your expense. You hereby permit us, at our election, to maintain your records (including the signed copy of this agreement) in a digital format rather than maintaining originals or hard copies of documents.

12. **Estimates**. We will, at your request, estimate a given project. You should, however, understand that estimates by their nature are based upon facts and circumstances known at the time of the estimate, which facts and circumstances may change. Such estimates are therefore not to be considered binding. You understand that in performing legal services on your behalf, we cannot predict, and do not warrant, that results or final developments will be consistent with any forecast or estimates JLG may make.

13. **Opinion Letters**. We have a policy that we do not provide opinion letters to clients or to others who might wish to rely on such letters. We do not alter this policy except under very unusual circumstances and then only upon further written agreements, as approved by a special committee of the

**San Jose**
2092 Concourse Drive, Ste. 25
San Jose CA 95131
O: 408.321.8511 | F: 408.321.8556

**Glendale**
114 N. Brand Boulevard, Ste. 200
Glendale, CA 91203
O: 818.630.7280 | F: 888.879.1697

Case: 15-50801  Doc# 210-1  Filed: 08/15/17  Entered: 08/15/17 14:14:58  Page 9 of 12

firm, which provides for compensation to us for the special risks attendant to the furnishing of such opinions.

14. **Arbitration and Consent to Jurisdiction**. If any legal action or proceeding is initiated concerning the terms and provisions of this Agreement, it is agreed and understood that any such legal action or proceeding shall be brought in the Superior Court of the State of California, County of Los Angeles, and that the laws of California shall apply.

California law requires that you be given the opportunity to seek arbitration of any fee disputes which may arise between us. If you elect such arbitration, it is agreed that the decision of the arbitrator shall be binding upon both of us, may be confirmed by a court of competent jurisdiction and thereafter enforced or appealed in the same manner as if it had been rendered by a judge in a judicial proceeding.

15. **Entire Agreement**. This letter contains all of the terms of the agreement between us applicable to our representation of you and may not be modified except by a written agreement signed by both of us. There are no promises, terms, conditions or obligations applicable to our representation hereunder, except as expressly set forth in this Agreement, and the terms hereof supersede any previous oral or written agreements between us with respect to our representation in the matters covered by this Agreement.

16. **Authority of Signature**. The person or persons signing this Agreement represent that he, she, or they have the authority to so act.

17. **Consult Independent Counsel**. Please be aware that you have the right, and we encourage you, to consult with independent legal counsel to review the arbitration provision, as well as this entire agreement, before agreeing to it and executing it.

**San Jose**
2092 Concourse Drive, Ste. 25
San Jose CA 95131
O: 408.321.8511 | F: 408.321.8556

**Glendale**
114 N. Brand Boulevard, Ste. 200
Glendale, CA 91203
O: 818.630.7280 | F: 888.879.1697

Case: 15-50801   Doc# 210-1   Filed: 08/15/17   Entered: 08/15/17 14:14:58   Page 10 of 12



18. **Effective Date**. The representation covered by this Agreement commences only upon the receipt by this office of a signed Agreement and any retainer stated above, but its effective date will be retroactive to the date the firm first provided services on this matter. If for some reason this Agreement does not take effect, you will be obligated to pay the reasonable value of any services the firm has performed for you on this matter.

19. **Severability**. Should any provision of this Agreement be declared or determined to be illegal or invalid, to the extent the crux and purpose of this Agreement may still be performed, the validity of the remaining parts, terms or provisions shall not be affected thereby, and any such illegal or invalid part, term or provision shall not be deemed to be a part of this Agreement.

If you have any questions concerning the provisions of this Agreement, please do not hesitate to call me. If the foregoing accurately reflects your understanding of your engagement agreement with this firm, please sign the enclosed copy of this letter and return it to me. If not, kindly contact me immediately.

**San Jose**
2092 Concourse Drive, Ste. 25
San Jose CA 95131
O: 408.321.8511 | F: 408.321.8556

**Glendale**
114 N. Brand Boulevard, Ste. 200
Glendale, CA 91203
O: 818.630.7280 | F: 888.879.1697

Case: 15-50801    Doc# 210-1    Filed: 08/15/17    Entered: 08/15/17 14:14:58    Page 11 of 12



JAURIGUE LAW GROUP
GREAT LAWYERS WHO CARE

---

Please note again that until we receive a signed copy of this Agreement, plus any requested retainer, you should not expect this firm to render any legal services on your behalf. We look forward to the privilege of working with you.

_____
Michael J. Jaurigue

June 26, 2017
Date

_____
Robert Brower, Sr.

June 26, 2017
Date

Address:
28088 Barn Court, Carmel, CA 93923

Email:
rbrower136@gmail.com

Telephone:
~~209-890-0634~~ 831-595-7414

San Jose
2092 Concourse Drive, Ste. 25
San Jose CA 95131
O: 408.321.8511 | F: 408.321.8556

Glendale
114 N. Brand Boulevard, Ste. 200
Glendale, CA 91203
O: 818.630.7280 | F: 888.879.1697