CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223
WILLIAM J. HEALY, #146158
440 N. 1st Street, Suite 100
San Jose, California   95112
Telephone:   (408) 295-9555
Facsimile:    (408) 295-6606

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| In re:<br><br>ROBERT S. BROWER, SR.,<br><br>              Debtor. | Case No. 15-50801<br><br>CHAPTER 11<br><br>**REQUEST FOR PAYMENT OF ADMINISTRATIVE CLAIM** |

Campeau Goodsell Smith ("CGS") submits this Request For Payment of Administrative Claim pursuant to the court's August 9, 2017 FINAL ORDER ALLOWING FEES AND EXPENSES OF CAMPEAU GOODSELL SMITH, L.C. (Doc#209) and for a payment of $127,757.50 (this amount is subject to a retainer of $25,000). This Request For Payment of Administrative Claim is without prejudice to CGS's right to payment of fees and expenses incurred relative to an adversary proceeding entitled MFUG Union Bank, N.A. v. Robert Brower, Sr. ("Adversary Proceeding").

Dated: August 21, 2017
                                            CAMPEAU GOODSELL SMITH
                                            /s/ William J. Healy
                                            William J. Healy