SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
STEVEN B. SACKS, Cal. Bar No. 98875
ssacks@sheppardmullin.com
MICHAEL M. LAUTER, Cal. Bar No. 246048
mlauter@sheppardmullin.com
ISAIAH Z. WEEDN, Cal. Bar No. 229111
iweedn@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947

Attorneys for Creditor
MUFG UNION BANK, N.A.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

ROBERT BROWER, SR.,

    Debtor.

Case No. 15-50801

Chapter 11

**DECLARATION OF MICHAEL G. KASOLAS, CPA, IN SUPPORT OF CONFIRMATION OF CREDITOR MUFG UNION BANK, N.A.'S SECOND AMENDED COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT DATED AUGUST 17, 2017**

Plan Confirmation Hearing:

Date: November 2, 2017
Time: 10:30 a.m.
Place: 280 S. First Street
   San Jose, CA 95113
   Courtroom 3020
Judge: Hon. Elaine Hammond

I, Michael G. Kasolas, CPA, declare:

1. I am the proposed initial Liquidating Trustee in the Second Amended Combined Plan of Reorganization and Disclosure Statement Dated August 17, 2017 (as amended, modified, and restated to date, the "Plan"), submitted in this case by creditor MUFG Union Bank, N.A. ("Union Bank"). I make this declaration in that capacity. If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief. For matters stated upon information and belief, I believe them to be true.

2. I make this declaration in support of confirmation of the Plan. Capitalized terms not defined herein have the meanings given to them in the Plan.

3. I have reviewed the Debtor's petition, schedules of assets and liabilities, list of creditors and other documents related to this case. I am willing to serve as the Liquidating Trustee in this case.

4. To the best of my knowledge, I am a disinterested person as that term is defined in Bankruptcy Code Section 101(14) and Federal Rules of Bankruptcy Procedure 2014. To the best of my knowledge, and based on my review of the list of creditors in this case, I have no connection with the Debtor, his creditors (including Union Bank), and other parties of interest, or their respective attorneys or accountants, the United States Trustee, or any person employed in the office of the United States Trustee, nor do I hold or represent any interest adverse to the estate of the Debtor.

5. Based on the above, I have determined that I do not hold any interest adverse to the estate, and that I am a disinterested person as defined in 11 U.S.C. § 101(14).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 26, 2017 at San Francisco, California.

_____
MICHAEL G. KASOLAS