The following constitutes
the order of the court. Signed November 6, 2017

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
STEVEN B. SACKS,
Cal. Bar No. 98875
ssacks@sheppardmullin.com
MICHAEL M. LAUTER,
Cal. Bar No. 246048
mlauter@sheppardmullin.com
ISAIAH Z. WEEDN,
Cal. Bar No. 229111
iweedn@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone:    415-434-9100
Facsimile:    415-434-3947

Attorneys for Plaintiff
MUFG UNION BANK, N.A.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ROBERT BROWER, SR.,<br><br>           Debtor. | Case No. 15-50801<br><br>Chapter 11<br><br>**ORDER CONFIRMING CREDITOR MUFG UNION BANK, N.A.'S THIRD AMENDED COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT DATED NOVEMBER 2, 2017**<br><br>Date:   November 2, 2017<br>Time:  10:30 a.m.<br>Place:  280 S. First Street<br>          San Jose, CA 95113<br>          Courtroom 3020<br>Judge: Hon. M. Elaine Hammond |

On November 2, 2017 at 10:30 a.m. in the above-captioned Court, a hearing was held (the "Confirmation Hearing") on confirmation of *Creditor MUFG Union Bank, N.A.'s Third Amended Combined Plan of Reorganization and Disclosure Statement Dated*

*November 2, 2017* (the "Plan"), filed on November 2, 2017 by MUFG Union Bank, N.A. ("Union Bank") as Docket No. 233.

Appearing at the Confirmation Hearing were Michael Lauter of Sheppard, Mullin, Richter & Hampton LLP for Union Bank, Ryan Stubbe of Jaurigue Law Group for the debtor Robert S. Brower, Sr. ("Debtor"), and William J. Healy for creditor Campeau Goodsell Smith, L.C. ("CGS").

The Court, having considered the Plan, all declarations, pleadings, and evidence submitted in support of the Plan by Union Bank, the objections to confirmation of the Plan submitted by the Debtor and CGS, all relevant pleadings, events, and matters in the bankruptcy case, and the arguments of counsel at the Confirmation Hearing, issued detailed findings of fact and conclusions of law on the record at the Confirmation Hearing, which constitute the Court's findings of fact and conclusions of law for the purposes of Federal Rules of Bankruptcy Procedure 7052, as made applicable to this contested matter by Federal Rule of Bankruptcy Procedure 9014, and which findings of fact and conclusions of law are incorporated herein by this reference.

For all the reasons stated by the Court on the record at the Confirmation Hearing, IT IS HEREBY ORDERED that:

1. The Plan is hereby CONFIRMED.
2. All objections to the Plan are OVERRULED.
3. Michael G. Kasolas, CPA, is appointed as the Liquidating Trustee of the Liquidating Trust created under the Plan.
4. Union Bank, the Liquidating Trustee, and any other relevant party is authorized to take all actions necessary to implement and carry out the Plan according to its terms.

* * * END OF ORDER * * *

**COURT SERVICE LIST**

None.