JAURIGUE LAW GROUP
Michael J. Jaurigue (SBN 208123)
  michael@jlglawyers.com
Ryan A. Stubbe (SBN 289074)
  ryan@jlglawyers.com
300 W. Glenoaks Blvd., Suite 300
Glendale, California 91202
Telephone: (818) 630-7280
Facsimile: (888) 879-1697

*[Proposed] Attorneys for Robert S. Brower, Sr., Debtor/Appellant*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>ROBERT S. BROWER, SR.,<br><br>    Debtor.<br><br>———————————————<br><br>ROBERT S. BROWER, SR.,<br><br>    Appellant,<br><br>    v.<br><br>MUFG UNION BANK, N.A.,<br><br>    Appellee | Bk. Ct. Case No. 15-50801<br><br>Dist. Ct. Case No. 5:17-cv-06799-LHK<br><br>Chapter 11<br><br>**APPELLANT ROBERT S. BROWER, SR.'S DESIGNATION OF RECORD ON APPEAL AND STATEMENT OF ISSUES ON APPEAL**<br><br>[Fed. R. Bankr. Proc. 8009, 8010] |

Case: 15-50801   Doc# 242   Filed: 12/06/17   Entered: 12/06/17 21:09:02   Page 1 of 10

APPELLANT'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES
Bk. Ct. Case No. 15-50801 / Dist. Ct. Case No.

Pursuant to Rules 8009 and 8010 of the Federal Rules of Bankruptcy Procedure, Appellant Robert S. Brower, Sr. ("Brower") hereby submits the following statement of issues to be presented and designation of items to be included in the record on appeal.

## STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

1. Whether the Bankruptcy Court erred in confirming the Chapter 11 Plan with a delayed and uncertain Effective Date.

2. Whether the Bankruptcy Court erred in finding that the Chapter 11 Plan satisfied the requirements of 11 U.S.C. § 1129(a)(7).

3. Whether the Bankruptcy Court erred in finding that the Chapter 11 Plan satisfied the requirements of 11 U.S.C. § 1129(a)(11).

4. Whether the Bankruptcy Court erred in confirming the Chapter 11 Plan which excepted from discharge the debt owed by the Debtor to his former counsel Campeau Goodsell Smith, L.C.

## DESIGNATION OF ITEMS FOR RECORD ON APPEAL

| Main Case Docket – Case No. 15-50801 | | |
|---|---|---|
| **Filing Date** | **Docket No.** | **Docket Text** |
| 10/21/2015 | 59 | Motion for Sale of Property Filed by Debtor Robert S. Brower Sr. (Attachments: # 1 Declaration) (Healy, William) (Entered: 10/21/2015) |
| 10/21/2015 | 60 | Notice of Hearing (RE: related document(s)59 Motion for Sale of Property Filed by Debtor Robert S. Brower Sr. (Attachments: # 1 Declaration)). Hearing scheduled for 11/12/2015 at 10:30 AM at San Jose Courtroom 3020 - Hammond. Filed by Debtor Robert S. Brower Sr. (Healy, William) (Entered: 10/21/2015) |
| 10/22/2015 | 62 | Certificate of Service (RE: related document(s)60 Notice of Hearing). Filed by Debtor Robert S. Brower Sr. (Healy, William). Related document(s) 59 Motion for Sale of Property filed by Debtor Robert S. Brower. CORRECTIVE ENTRY: COURT ADDED ADDITIONAL LINKAGE TO REFLECT PDF. ADDITIONAL LINKAGE NOT SELECTED. Modified on 10/22/2015 (aw). (Entered: 10/22/2015) |
| 10/22/2015 | 63 | Corrected Notice of Hearing (RE: related document(s)57 Application for Compensation for William J. Healy, Debtor's Attorney, Fee: $87,655.00, Expenses: $1,838.50. Filed by Attorney William J. Healy, Debtor Robert S. Brower Sr. (Attachments: # 1 Declaration # 2 Exhibit to Declaration # 3 Certificate of Service Full # 4 Certificate of Service only)). Hearing scheduled for 11/5/2015 at 10:30 AM at San Jose Courtroom 3020 - Hammond. Filed by Debtor Robert S. Brower Sr. |

APPELLANT'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES
Bk. Ct. Case No. 15-50801 / Dist Ct. Case No.

---
[1]

| | | | |
|---|---|---|---|
| | | | (Attachments: # 1 Certificate of Service 1 # 2 Certificate of Service 2) (Healy, William) (Entered: 10/22/2015) |
| | 10/26/2015 | 64 | Declaration of Robert S. Brower, Sr. in support of (RE: related document(s)59 Motion for Sale of Property). Filed by Debtor Robert S. Brower Sr. (Healy, William) (Entered: 10/26/2015) |
| | 11/05/2015 | 67 | Brief/Memorandum in Opposition to Debtor's Motion to Sell Personal Property (RE: related document(s)59 Motion for Sale of Property). Filed by Creditor MUFG Union Bank, N.A. (Attachments: # 1 Declaration of Carrie Lee # 2 Declaration of Steven B. Sacks # 3 Certificate of Service) (Lauter, Michael) (Entered: 11/05/2015) |
| | 11/09/2015 | 69 | Reply (RE: related document(s)59 Motion for Sale of Property). Filed by Debtor Robert S. Brower Sr. (Attachments: # 1 Certificate of Service) (Healy, William) (Entered: 11/09/2015) |
| | 11/12/2015 | 71 | PDF with attached Audio File. Court Date & Time [ 11/12/2015 10:42:53 AM ]. File Size [ 3468 KB ]. Run Time [ 00:14:27 ]. (admin). (Entered: 11/12/2015) |
| | 11/13/2015 | 72 | Order Denying Motion for Sale of Property (Related Doc # 59) (rdr) (Entered: 11/13/2015) |
| | 12/03/2015 | 77 | Motion to Sell Property Free and Clear Under Section 363(f).Fee Amount $176, Filed by Debtor Robert S. Brower Sr. (Attachments: # 1 Declaration # 2 Declaration # 3 Certificate of Service) (Healy, William) ERROR: INCORRECT HEARING DATE ON PLEADING. PLEADING SHOWS 2015 INSTEAD OF 2016. Modified on 12/3/2015 (aw). (Entered: 12/03/2015) |
| | 12/03/2015 | 78 | Notice of Hearing (RE: related document(s)77 Motion to Sell Property Free and Clear Under Section 363(f).Fee Amount $176, Filed by Debtor Robert S. Brower Sr. (Attachments: # 1 Declaration # 2 Declaration # 3 Certificate of Service)). Hearing scheduled for 1/7/2016 at 10:30 AM at San Jose Courtroom 3020 - Hammond. Filed by Debtor Robert S. Brower Sr. (Healy, William) ERROR: HEARING DATE IS INCORRECT. PLEADING SHOW 2015 INSTEAD OF 2016. Modified on 12/3/2015 (aw). (Entered: 12/03/2015) |
| | 12/10/2015 | 83 | Errata TO NOTICE OF HEARING ON MOTION TO SELL PERSONAL PROPERTY AND MOTION TO SELL PERSONAL . (RE: related document(s)77 Motion to Sell Property Free and Clear Under 363(f)). Filed by Debtor Robert S. Brower Sr. (Attachments: # 1 Certificate of Service) (Healy, William) CORRECTIVE ENTRY: COURT ADDED DOCKET TEXT TO REFLECT PDF. Modified on 12/10/2015 (aw). (Entered: 12/10/2015) |
| | 12/23/2015 | 86 | Notice of Continued Hearing (RE: related document(s)77 Motion to Sell Property Free and Clear Under Section 363(f).Fee Amount $176, Filed by Debtor Robert S. Brower Sr. (Attachments: # 1 Declaration # 2 Declaration # 3 Certificate of Service) (Healy, William) ERROR: INCORRECT HEARING DATE ON PLEADING. PLEADING |

| | | | |
|---|---|---|---|
| | | | SHOWS 2015 INSTEAD OF 2016. Modified on 12/3/2015 (aw).). Hearing scheduled for 2/11/2016 at 10:30 AM San Jose Courtroom 3020 - Hammond for 77,. Filed by Debtor Robert S. Brower Sr. (Attachments: # 1 Certificate of Service) (Healy, William) (Entered: 12/23/2015) |
| 1/20/2016 | 89 | | Notice of FURTHER CONTINUANCE OF Hearing ON MOTION TO SELL PERSONAL PROPERTY (RE: related document(s) 77 Motion to Sell Property Free and Clear Under Section 363(f).Fee Amount $176, Filed by Debtor Robert S. Brower Sr. (Attachments: # 1 Declaration # 2 Declaration # 3 Certificate of Service) (Healy, William) ERROR: INCORRECT HEARING DATE ON PLEADING. PLEADING SHOWS 2015 INSTEAD OF 2016. Modified on 12/3/2015 (aw).)Hearing scheduled for 3/17/2016 at 10:30 AM San Jose Courtroom 3020 - Hammond for 77,. Filed by Debtor Robert S. Brower Sr. (Attachments: # 1 Certificate of Service) (Healy, William). CORRECTIVE ENTRY:(1) COURT MODIFIED DOCKET TEXT TO REFLECT PDF. (2) COURT REMOVED INCORRECT LINKAGE FROM DOCKET TEXT. INCORRECT LINKAGE SELECTED. Modified on 1/21/2016 (aw). (Entered: 01/20/2016) |
| 3/17/2016 | 115 | | PDF with attached Audio File. Court Date & Time [ 3/17/2016 10:37:30 AM ]. File Size [ 4360 KB ]. Run Time [ 00:18:10 ]. (admin). (Entered: 03/17/2016) |
| 3/17/2016 | 116 | | PDF with attached Audio File. Court Date & Time [ 3/17/2016 11:07:34 AM ]. File Size [ 16064 KB ]. Run Time [ 01:06:56 ]. (admin). (Entered: 03/17/2016) |
| 5/25/2016 | 120 | | Stipulation to Continue Hearing Stipulation re Continance of Hearing re Debtor's Motion to Sell Personal Property Filed by Creditor MUFG Union Bank, N.A. (RE: related document(s)77 Motion to Sell Property Free and Clear Under 363(f)). (Attachments: # 1 Proposed Order) (Sacks, Steven) (Entered: 05/25/2016) |
| 5/26/2016 | 121 | | Order Continuing Hearing On Debtor's Motion To Sell Personal Property (RE: related document(s)77 Motion to Sell Property Free and Clear Under 363(f)). Hearing scheduled for 8/4/2016 at 10:30 AM San Jose Courtroom 3020 - Hammond for 77, . (aw) (Entered: 05/26/2016) |
| 7/28/2016 | 124 | | Brief/Memorandum in Opposition to Debtor's Renewed Motion to Sell Personal Property (RE: related document(s)77 Motion to Sell Property Free and Clear Under 363(f)). Filed by Creditor MUFG Union Bank, N.A. (Klinger, Matthew) (Entered: 07/28/2016) |
| 7/28/2016 | 130 | | Declaration of Steven B. Sacks in Support of MUFG Union Bank, N.A.'s Opposition to Debtor's Motion to Sell Personal Property (RE: related document(s)124 Opposition Brief/Memorandum, 125 Motion to File Redacted Document, 129 Declaration). Filed by Creditor MUFG Union Bank, N.A. (Klinger, Matthew) (Entered: 07/28/2016) |
| 7/29/2016 | 131 | | Declaration of John C. LaBella in Support of MUFG Union Bank, N.A.'s Opposition to Debtor's Motion to Sell Personal Property (RE: |

Case: 15-50801   Doc# 242   Filed: 12/06/17   Entered: 12/06/17 21:09:02   Page 4 of 10

APPELLANT'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES
Bk. Ct. Case No. 15-50801 / Dist Ct. Case No.

3

| | | |
|---|---|---|
| | | related document(s)124 Opposition Brief/Memorandum). Filed by Creditor MUFG Union Bank, N.A. (Klinger, Matthew) (Entered: 07/29/2016) |
| 7/29/2016 | 131 | Certificate of Service (RE: related document(s)124 Opposition Brief/Memorandum, 125 Motion to File Redacted Document, 129 Declaration, 130 Declaration, 131 Declaration). Filed by Creditor MUFG Union Bank, N.A. (Sacks, Steven) (Entered: 07/29/2016) |
| 8/1/2016 | 133 | Statement of NON-READINESS TO PROCEED WITH MOTION TO SELL PERSONAL PROPERTY (RE: related document(s)77 Motion to Sell Property Free and Clear Under 363(f)). Filed by Debtor Robert S. Brower Sr. (Attachments: # 1 Certificate of Service) (Healy, William) (Entered: 08/01/2016) |
| 7/6/2017 | 198 | Second And Final Application for Compensation for Campeau Goodsell Smith, L.C., Debtor's Attorney, Fee: $66229.50, Expenses: $0.00. Filed by Other Prof. Campeau Goodsell Smith, L.C. (Attachments: # 1 Declaration # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Exhibit D # 6 Exhibit E # 7 Certificate of Service Full # 8 Certificate of Service notice only) (Healy, William) CORRECTIVE ENTRY: Clerk added docket text to reflect PDF. Modified on 7/7/2017 (aw). (Entered: 07/06/2017) |
| 7/6/2017 | 199 | Notice of Hearing (RE: related document(s)198 Second Final Application for Compensation for Campeau Goodsell Smith, L.C., Debtor's Attorney, Fee: $66229.50, Expenses: $0.00. Filed by Other Prof. Campeau Goodsell Smith, L.C. (Attachments: # 1 Declaration # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Exhibit D # 6 Exhibit E # 7 Certificate of Service Full # 8 Certificate of Service notice only)). Hearing scheduled for 7/27/2017 at 10:30 AM at San Jose Courtroom 3020 - Hammond. Filed by Other Prof. Campeau Goodsell Smith, L.C. (Healy, William) CORRECTIVE ENTRY: Clerk added docket text to reflect PDF. Modified on 7/7/2017 (aw). (Entered: 07/06/2017) |
| 7/20/2017 | 201 | Brief/Memorandum in Opposition to MUFG Union Bank, N.A.'s Objection to Campeau Goodsell Smith, L.C.'s Second and Final Application for Compensation and Reimbursement of Expenses by Former Attorney for Debtor (RE: related document(s)198 Application for Compensation). Filed by Creditor MUFG Union Bank, N.A. (Lauter, Michael) (Entered: 07/20/2017) |
| 7/20/2017 | 202 | Certificate of Service (RE: related document(s)201 Opposition Brief/Memorandum). Filed by Creditor MUFG Union Bank, N.A. (Sacks, Steven) (Entered: 07/20/2017) |
| 7/24/2017 | 203 | Reply (RE: related document(s)198 Application for Compensation). Filed by Other Prof. Campeau Goodsell Smith, L.C. (Attachments: # 1 Declaration # 2 Exhibit F, G, & H to Declaration # 3 Certificate of Service) (Healy, William) (Entered: 07/24/2017) |

APPELLANT'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES
Bk. Ct. Case No. 15-50801 / Dist Ct. Case No.

4

| | | |
|---|---|---|
| 7/27/2017 | 204 | PDF with attached Audio File. Court Date & Time [ 7/27/2017 10:46:19 AM ]. File Size [ 3572 KB ]. Run Time [ 00:14:53 ]. (admin). (Entered: 07/27/2017) |
| 8/9/2017 | 209 | Final Order Allowing Fees And Expenses Of Campeau Goodsell Smith, L.C. (Related Doc # 198). fees awarded: $111110.00, expenses awarded: $1682.28 for Campeau Goodsell Smith, L.C. (aw) (Entered: 08/09/2017) |
| 8/17/2017 | 213 | Second Amended Chapter 11 Plan , Second Amended Disclosure Statement Creditor MUFG Union Bank, N.A.'s Second Amended Combined Plan of Reorganization and Disclosure Statement Dated August 17, 2017 Filed by Creditor MUFG Union Bank, N.A. (RE: related document(s)173 Chapter 11 Plan filed by Creditor MUFG Union Bank, N.A., Disclosure Statement, 193 Amended Chapter 11 Plan filed by Creditor MUFG Union Bank, N.A., Amended Disclosure Statement). (Lauter, Michael) (Entered: 08/17/2017) |
| 8/21/2017 | 214 | Document: Request For Payment of Administrative Claim. Filed by Other Prof. Campeau Goodsell Smith, L.C. (Healy, William)DEFECTIVE ENTRY: Incorrect event code selected. Modified on 8/22/2017 (aw). (Entered: 08/21/2017) |
| 8/23/2017 | 215 | Order Approving Disclosures in Combined Plan and Disclosure Statement and Setting Hearing on Confirmation.(RE: related document(s)173 Chapter 11 Plan filed by Creditor MUFG Union Bank, N.A., Disclosure Statement, 174 Notice of Hearing filed by Creditor MUFG Union Bank, N.A., 193 Amended Chapter 11 Plan filed by Creditor MUFG Union Bank, N.A., Amended Disclosure Statement, 194 Notice of Hearing filed by Creditor MUFG Union Bank, N.A., 213 Amended Chapter 11 Plan filed by Creditor MUFG Union Bank, N.A., Amended Disclosure Statement). Ballots due by 9/21/2017. (tm) (Entered: 08/23/2017) |
| 8/23/2017 | 216 | Notice of Hearing Notice of Hearing on Confirmation of Creditor MUFG Union Bank, N.A.'s Second Amended Combined Plan of Reorganization and Disclosure Statement Dated August 17, 2017 (RE: related document(s)213 Second Amended Chapter 11 Plan , Second Amended Disclosure Statement Creditor MUFG Union Bank, N.A.'s Second Amended Combined Plan of Reorganization and Disclosure Statement Dated August 17, 2017 Filed by Creditor MUFG Union Bank, N.A. (RE: related document(s)173 Chapter 11 Plan filed by Creditor MUFG Union Bank, N.A., Disclosure Statement, 193 Amended Chapter 11 Plan filed by Creditor MUFG Union Bank, N.A., Amended Disclosure Statement).). Hearing scheduled for 9/28/2017 at 10:30 AM at San Jose Courtroom 3020 - Hammond. Confirmation Hearing scheduled for 9/28/2017 at 10:30 AM at San Jose Courtroom 3020 - Hammond. Last day to object to confirmation is 9/21/2017. Filed by Creditor MUFG Union Bank, N.A. (Lauter, Michael) (Entered: 08/23/2017) |

Case: 15-50801   Doc# 242   Filed: 12/06/17   Entered: 12/06/17 21:09:02   Page 6 of 10
APPELLANT'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES
Bk. Ct. Case No. 15-50801 / Dist Ct. Case No.

5

| Date | Doc# | Description |
|---|---|---|
| 8/23/2017 | 217 | Certificate of Service (RE: related document(s)213 Amended Chapter 11 Plan, Amended Disclosure Statement, 215 Order Approving Disclosure Statement, Order To Set Hearing, 216 Notice of Hearing). Filed by Creditor MUFG Union Bank, N.A. (Lauter, Michael) (Entered: 08/23/2017) |
| 9/21/2017 | 221 | Objection to Confirmation of Plan Filed by Other Prof. Campeau Goodsell Smith, L.C. (Attachments: # 1 Declaration # 2 Certificate of Service) (Healy, William) (Entered: 09/21/2017) |
| 9/21/2017 | 222 | Objection to Confirmation of Plan (Creditor MUFG Union Bank, N.A.'s Second Amended Combined Plan of Reorganization and Disclosure Statement Dated August 17, 2017) Filed by Debtor Robert S. Brower Sr. (Attachments: # 1 Certificate of Service) (Stubbe, Ryan) (Entered: 09/21/2017) |
| 9/22/2017 | 223 | Declaration of Michael M. Lauter Declaration of Michael M. Lauter Regarding Tabulation of Ballots and Copies Ballots Submitted on Creditor MUFG Union Bank, N.A.'s Second Amended Combined Plan of Reorganization and Disclosure Statement Dated August 17, 2017 (RE: related document(s)213 Amended Chapter 11 Plan, Amended Disclosure Statement). Filed by Creditor MUFG Union Bank, N.A. (Lauter, Michael) (Entered: 09/22/2017) |
| 9/22/2017 | 224 | Certificate of Service (RE: related document(s)223 Declaration). Filed by Creditor MUFG Union Bank, N.A. (Lauter, Michael) (Entered: 09/22/2017) |
| 9/25/2017 | 225 | Stipulation to Continue Hearing Stipulation to Continue Hearing on Confirmation of Creditor MUFG Union Bank, N.A.'s Second Amended Combined Plan of Reorganization and Disclosure Statement Dated August 17, 2017 Filed by Creditor MUFG Union Bank, N.A. (RE: related document(s)216 Notice of Hearing filed by Creditor MUFG Union Bank, N.A.). (Lauter, Michael). Related document(s) 213 Amended Chapter 11 Plan filed by Creditor MUFG Union Bank, N.A.. CORRECTIVE ENTRY: Clerk added linkage to document to #213. Modified on 9/26/2017 (aw). (Entered: 09/25/2017) |
| 9/26/2017 | 226 | Order Approving Stipulation To Continue Hearing On Confirmation Of Creditor MUFG Union Bank, N.A. Second Amended Combined Plan Of Reorganization And Disclosure Statenebt Dated August 17, 2017. (RE: related document(s) 225 Stipulation to Continue Hearing filed by Creditor MUFG Union Bank, N.A.). Confirmation Hearing scheduled for 11/2/2017 at 10:30 AM San Jose Courtroom 3020 - Hammond for 216, (aw) (Entered: 09/26/2017) |
| 10/26/2017 | 228 | Brief/Memorandum in support of Memorandum of Points and Authorities in Support of Confirmation of Creditor MUFG Union Bank, N.A.'s Second Amended Combined Plan of Reorganization and Disclosure Statement Dated August 17, 2017 (RE: related document(s)213 Amended Chapter 11 Plan, Amended Disclosure Statement). Filed by Creditor MUFG Union Bank, N.A. (Lauter, |

| | | | |
|---|---|---|---|
| | | | Michael)DEFECTIVE ENTRY: Incorrect event code selected Modified on 10/30/2017 (aw). (Entered: 10/26/2017) |
| | 10/26/2017 | 229 | Declaration of Mark Menda in Support of Confirmation of Creditor MUFG Union Bank, N.A.'s Second Amended Combined Plan of Reorganization and Disclosure Statement Dated August 17, 2017 (RE: related document(s)213Amended Chapter 11 Plan ). Filed by Creditor MUFG Union Bank, N.A. (Lauter, Michael). CORRECTIVE ENTRY:Clerk added linkage to document) #213 and removed linkage from document #228. Modified on 10/30/2017 (aw). (Entered: 10/26/2017) |
| | 10/26/2017 | 230 | Declaration of Steven B. Sacks in Support of Confirmation of Creditor MUFG Union Bank, N.A.'s Second Amended Combined Plan of Reorganization and Disclosure Statement dated August 17, 2017 (RE: related document(s)213Amended Chapter 11 Plan ). Filed by Creditor MUFG Union Bank, N.A. (Lauter, Michael). CORRECTIVE ENTRY: Clerk added linkage to document #213 and removed linkage from document #228. Modified on 10/30/2017 (aw). (Entered: 10/26/2017) |
| | 10/26/2017 | 231 | Declaration of Michael G. Kasolas, CPA in Support of Confirmation of Creditor MUFG Union Bank, N.A.'s Second Amended Combined Plan of Reorganization and Disclosure Statement Dated August 17, 2017 (RE: related document(s)213 Amended Chapter 11 Plan). Filed by Creditor MUFG Union Bank, N.A. (Lauter, Michael). CORRECTIVE ENTRY: Clerk added linkage to document #213 and removed linkage from document #228. Modified on 10/30/2017 (aw). (Entered: 10/26/2017) |
| | 11/02/2017 | 233 | Third Amended Chapter 11 Plan Creditor MUFG Union Bank, N.A.'s Third Amended Combined Plan of Reorganization and Disclosure Statement Dated November 2, 2017 Filed by Creditor MUFG Union Bank, N.A. (RE: related document(s)173 Chapter 11 Plan filed by Creditor MUFG Union Bank, N.A., Disclosure Statement, 193 Amended Chapter 11 Plan filed by Creditor MUFG Union Bank, N.A., Amended Disclosure Statement, 213 Amended Chapter 11 Plan filed by Creditor MUFG Union Bank, N.A., Amended Disclosure Statement). (Lauter, Michael) (Entered: 11/02/2017) |
| | 11/02/2017 | 234 | PDF with attached Audio File. Court Date & Time [ 11/2/2017 10:48:22 AM ]. File Size [ 12200 KB ]. Run Time [ 00:50:50 ]. (admin). (Entered: 11/02/2017) |
| | 11/06/2017 | 236 | Order Confirming Creditor MUFG Union Bank, N.A. Third Amended Combined Plan Of Reorganization And Disclosure Statement Dated November 2, 2017. (RE: related document(s)76 Hearing Set, 215 Order Approving Disclosure Statement, 216 Notice of Hearing filed by Creditor MUFG Union Bank, N.A., 233 Amended Chapter 11 Plan filed by Creditor MUFG Union Bank, N.A.). (aw) (Entered: 11/08/2017) |
| | 11/22/2017 | 238 | Notice of Appeal and Statement of Election , Fee Amount $ 298. (RE: |

| | | related document(s)236 Order Confirming Chapter 11 Plan). Appellant Designation due by 12/6/2017. Transmission to District Court due by 12/22/2017. (Attachments: # 1 Order Confirming Creditor MUFG Union Bank, N.A.'s Third Amended Combined Plan of Reorganization and Disclosure Statement Dated November 2, 2017) Filed by Debtor Robert S. Brower Sr. (Stubbe, Ryan) (Entered: 11/22/2017) |
|---|---|---|

Dated: December 6, 2017

JAURIGUE LAW GROUP

      /s/ *Ryan A. Stubbe*
Michael J. Jaurigue
Ryan A. Stubbe
*[Proposed] Attorneys for*
*Robert S. Brower, Sr.,*
*Debtor/Appellant*

APPELLANT'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES
Bk. Ct. Case No. 15-50801 / Dist Ct. Case No.

8

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles; I am over the age of eighteen years and am not a party to the within action; and my business address is 300 W. Glenoaks Blvd., Suite 300, Glendale, California 91202.

On **December 6, 2017**, I served the document(s) described as **APPELLANT ROBERT S. BROWER, SR.'S DESIGNATION OF RECORD ON APPEAL AND STATEMENT OF ISSUES ON APPEAL** as follows:

☐ **BY U.S. MAIL:** I enclosed the document(s) in sealed envelopes and/or packages addressed to the persons at the addresses listed on the Service List and placed the envelopes for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, the envelope(s) and/or package(s) containing the document(s) would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid, at Glendale, California in the ordinary course of business. I am aware that, on motion of the party served, service is presumed invalid if the postal-cancellation date or postage-meter date is more than one day after the date of deposit for mailing.

☐ **BY OVERNIGHT DELIVERY**: I enclosed the document(s) in an envelope (or envelopes) or package (or packages) provided by an overnight-delivery carrier and addressed to the person(s) at the address(es) above. I placed the envelope(s) or package(s) for collection and overnight delivery at an office or a regularly utilized drop-box of the overnight-delivery carrier.

☐ **BY HAND-DELIVERY:** I caused an envelope (or envelopes) containing the document(s) to be delivered by hand to in open court to the individual(s) listed above.

XXX **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed on **December 6, 2017**, at Glendale, California.

/s/ Ryan A. Stubbe
Ryan A. Stubbe