1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2  Including Professional Corporations
   STEVEN B. SACKS, Cal. Bar No. 98875
3  ssacks@sheppardmullin.com
   MICHAEL M. LAUTER, Cal. Bar No. 246048
4  mlauter@sheppardmullin.com
   ISAIAH Z. WEEDN, Cal. Bar No. 229111
5  iweedn@sheppardmullin.com
   Four Embarcadero Center, 17th Floor
6  San Francisco, CA 94111-4109
   Telephone:    415-434-9100
7  Facsimile:    415-434-3947

8  Attorneys for Creditor
   MUFG UNION BANK, N.A.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No. 15-50801 |
| ROBERT BROWER, SR., | Chapter 11 |
| Debtor. | **APPELLEE MUFG UNION BANK, N.A.'S SUPPLEMENTAL DESIGNATION OF THE RECORD IN APPEAL OF PLAN CONFIRMATION ORDER** |

Appellee MUFG Union Bank, N.A. ("Union Bank"), hereby submits a supplemental designation of the record pursuant to Federal Rule of Bankruptcy Procedure 8009, with respect to the appeal filed on November 22, 2017 by the above-caption debtor ("Debtor") of this Court's order entered on November 8, 2017 confirming the plan of reorganization proposed by Union Bank. The designated items are those listed on the charts below.

**Part 1 – Items from the Main Case Docket (Case No. 15-50801)**

| Date Filed | Docket Number | Description on Docket |
|---|---|---|
| 03/11/2015 | 1 | Chapter 11 Voluntary Petition WITH CERTIFICATE OF CREDIT COUNSELING AND LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS, Fee Amount $1717, Filed by Robert S Brower Sr. Order Meeting of Creditors due by 03/18/2015.Incomplete Filings due by 03/25/2015. (Healy, William) CORRECTIVE ENTRY: COURT ADDED DOCKET TEXT TO REFLECT PDF. Modified on 3/11/2015 (aw). CORRECTIVE ENTRY(2): COURT CORRECTED DEBTOR'S NAME AND MAILING ADDRESS TO REFLECT PDF. Modified on 3/11/2015 (aw). (Entered: 03/11/2015) |
| 03/18/2015 | 16 | Ex Parte Application to Employ Campeau Goodsell Smith as Debtor's Counsel Filed by Debtor Robert S. Brower Sr. (Attachments: # 1 Declaration # 2 Exhibit A to Declaration # 3 Proposed Order-FRBP 4001) (Healy, William) (Entered: 03/18/2015) |
| 03/18/2015 | 17 | Amended Statement of Financial Affairs (RE: related document(s)1 Voluntary Petition (Chapter 11)). Filed by Debtor Robert S. Brower Sr. (Healy, William) (Entered: 03/18/2015) |
| 03/25/2015 | 20 | Document: *B26 PERIODIC REPORT REGARDING VALUE,*. Filed by Debtor Robert S. Brower Sr. (Healy, William) (Entered: 03/25/2015) |
| 03/26/2015 | 21 | Schedule G Filed by Debtor Robert S. Brower Sr. (Healy, William) (Entered: 03/26/2015) |
| 03/26/2015 | 22 | Schedule I , Schedule J Filed by Debtor Robert S. Brower Sr. (Healy, William) (Entered: 03/26/2015) |
| 03/31/2015 | 24 | Order Appointing Counsel For Debtor (Related Doc # 16) (aw) (Entered: 03/31/2015) |
| 04/08/2015 | 25 | Report: *Periodic Repoert Regarding Value* Filed by Debtor Robert S. Brower Sr. (Healy, William) (Entered: 04/08/2015) |
| 04/20/2015 | 28 | Operating Report for Filing Period March 2015 Filed by Debtor Robert S. Brower Sr. (Healy, William) (Entered: 04/20/2015) |
| 04/23/2015 | 29 | Status Conference Statement (RE: related document(s)7 Notice of Status Conference). Filed by Debtor Robert S. Brower Sr. (Healy, William) (Entered: 04/23/2015) |
| 04/28/2015 | 30 | Amended Schedule F . Fee Amount $30. Filed by Debtor |

| | | | |
|---|---|---|---|
| | | | Robert S. Brower Sr. (Healy, William) (Entered: 04/28/2015) |
| | 06/15/2015 | 33 | Operating Report for Filing Period April 2015 Filed by Debtor Robert S. Brower Sr. (Healy, William) (Entered: 05/12/2015) |
| | 06/25/2015 | 42 | EX PARTE Motion for 2004 Examination *Ex Parte Application for Order under Bankruptcy Rule 2004 Compelling Examination of and Production of Documents by the Debtor* Filed by Creditor MUFG Union Bank, N.A. (Lauter, Michael) CORRECTIVE ENTRY: COURT ADDED DOCKET TEXT TO REFLECT PDF. Modified on 6/25/2015 (aw). (Entered: 06/25/2015) |
| | 06/30/2015 | 45 | Order Approving Application for 2004 Examination And Compelling Production Of Documents (Related Doc # 42) (aw) (Entered: 07/01/2015) |
| | 07/13/2015 | 49 | Operating Report for Filing Period June 2015 Filed by Debtor Robert S. Brower Sr. (Healy, William) (Entered: 07/13/2015) |
| | 07/16/2015 | 50 | Status Conference Statement (RE: related document(s)7 Notice of Status Conference). Filed by Debtor Robert S. Brower Sr. (Healy, William). CORRECTIVE ENTRY: COURT REMOVED INCORRECT LINKAGE AND ADDED CORRECT LINKAGE TO DOCKET ENTRY. INCORRECT LINKAGE SELECTED. Modified on 7/16/2015 (aw). (Entered: 07/16/2015) |
| | 08/10/2015 | 52 | Operating Report for Filing Period July 2015 Filed by Debtor Robert S. Brower Sr. (Healy, William) (Entered: 08/10/2015) |
| | 09/14/2015 | 54 | Operating Report for Filing Period August 2015 Filed by Debtor Robert S. Brower Sr. (Healy, William) (Entered: 09/14/2015) |
| | 10/07/2015 | 55 | Report: *Periodic Report* Filed by Debtor Robert S. Brower Sr. (Healy, William) (Entered: 10/07/2015) |
| | 10/09/2015 | 56 | Operating Report for Filing Period September 2015 Filed by Debtor Robert S. Brower Sr. (Healy, William) (Entered: 10/09/2015) |
| | 10/14/2015 | 57 | Application for Compensation for William J. Healy, Debtor's Attorney, Fee: $87,655.00, Expenses: $1,838.50. Filed by Attorney William J. Healy, Debtor Robert S. Brower Sr. (Attachments: # 1 Declaration # 2 Exhibit to Declaration # 3 Certificate of Service Full # 4 Certificate of Service only) (Healy, William) (Entered: 10/14/2015) |
| | 10/14/2015 | 58 | Notice of Hearing (RE: related document(s)57 Application for Compensation for William J. Healy, Debtor's Attorney, Fee: $87,655.00, Expenses: $1,838.50. Filed by Attorney William J. Healy, Debtor Robert S. Brower Sr. (Attachments: # 1 Declaration # 2 Exhibit to Declaration # 3 Certificate of Service Full # 4 Certificate of Service only)). **Hearing scheduled for 11/5/2015 at 10:30 AM at San Jose Courtroom 3070.** Filed by Debtor Robert S. Brower Sr. (Healy, William) (Entered: 10/14/2015) |
| | 10/21/2015 | 61 | Status Conference Statement (RE: related document(s)7 Notice of Status Conference). Filed by Debtor Robert S. Brower Sr. (Healy, William). CORRECTIVE ENTRY: |

| | | | |
|---|---|---|---|
| | | | COURT REMOVED INCORRECT LINKAGE AND ADDED CORRECT LINKAGE TO DOCKET ENTRY. INCORRECT LINKAGE SELECTED. Modified on 10/21/2015 (aw). (Entered: 10/21/2015) |
| | 10/29/2015 | 65 | Objection to Professional Fees *MUFG Union Bank, N.A.'s Objection to First Interim Application for Compensation and Reimbursement of Expenses by Attorney for Debtor* (RE: related document(s)57 Application for Compensation). Filed by Creditor MUFG Union Bank, N.A. (Attachments: # 1 Certificate of Service) (Lauter, Michael) (Entered: 10/29/2015) |
| | 11/02/2015 | 66 | Reply (RE: related document(s)57 Application for Compensation). Filed by Debtor Robert S. Brower Sr. (Attachments: # 1 Certificate of Service) (Healy, William) (Entered: 11/02/2015) |
| | 11/10/2015 | 70 | Order On First Interim Application For Compensation And Reimbursement Of Expenses By Attorney For Debtor (Related Doc # 57). fees awarded: $61432.50, expenses awarded: $1838.50 for William J. Healy (aw) (Entered: 11/10/2015) |
| | 11/16/2015 | 73 | Operating Report for Filing Period October 2015 Filed by Debtor Robert S. Brower Sr. (Healy, William) (Entered: 11/16/2015) |
| | 12/07/2015 | 81 | Operating Report for Filing Period November 2015 Filed by Debtor Robert S. Brower Sr. (Healy, William) (Entered: 12/07/2015) |
| | 01/06/2016 | 87 | Operating Report for Filing Period December 2015 Filed by Debtor Robert S. Brower Sr. (Healy, William) ERROR: SIGNATURE DATE FOR RESPONSIBLE INDIVIDUAL IS BEFORE FILED DATE. Modified on 1/6/2016 (aw). (Entered: 01/06/2016) |
| | 01/08/2016 | 88 | Status Conference Statement (RE: related document(s)76 Hearing Set). Filed by Debtor Robert S. Brower Sr. (Healy, William). Related document(s) 7 Notice of Status Conference. CORRECTIVE ENTRY: COURT ADDED ADDITIONAL LINKAGE TO DOCKET ENTRY. Modified on 1/8/2016 (aw). (Entered: 01/08/2016) |
| | 02/04/2016 | 90 | Operating Report for Filing Period January 2016 Filed by Debtor Robert S. Brower Sr. (Healy, William) (Entered: 02/04/2016) |
| | 02/05/2016 | 91 | Status Conference Statement. Filed by Debtor Robert S. Brower Sr. (Healy, William). Related document(s) 7 Notice of Status Conference, 76 Hearing Set. CORRECTIVE ENTRY: COURT ADDED LINKAGE TO MATCH PDF. Modified on 2/5/2016 (yw). (Entered: 02/05/2016) |
| | 02/09/2016 | 92 | Status Conference Statement *Creditor MUFG Union Bank, N.A.'s Status Conference Statement* (RE: related document(s) 7 Notice of Status Conference, 76 Hearing Set). Filed by Creditor MUFG Union Bank, N.A. (Lauter, Michael). CORRECTIVE ENTRY: COURT CORRECTED LINKAGE AND MODIFIED DOCKET TEXT TO SHOW CORRECT LINKAGE. INCORRECT LINKAGE SELECTED. Modified on 2/9/2016 (aw). |

| Date | Doc # | Description |
|---|---|---|
| | | (Entered: 02/09/2016) |
| 02/10/2016 | 94 | Amended Statement of Financial Affairs for Individual Filed by Debtor Robert S. Brower Sr. (Healy, William) (Entered: 02/10/2016) |
| 02/18/2016 | 95 | Creditor MUFG Union Bank's Letter re Discovery Dispute . Filed by Creditor MUFG Union Bank, N.A. (aw) (Entered: 02/18/2016) |
| 02/19/2016 | 96 | Order Setting Telephonic Hearing On Discovery Dispute (RE: related document(s)95 Document filed by Creditor MUFG Union Bank, N.A.). **Hearing scheduled for 2/23/2016 at 11:00 AM at San Jose Courtroom 3020 - Hammond.** (aw) (Entered: 02/19/2016) |
| 02/22/2016 | 97 | Document: LETTER . (RE: related document(s)95Creditor MUFG Union Bank's Letter re Discovery Dispute ) . Filed by Debtor Robert S. Brower Sr. (Healy, William). CORRECTIVE ENTRY: (1) COURT CORRECTED LINKAGE. INCORRECT LINKAGE SELECTED. (2) COURT ADDED ADDITIONAL DOCKET TEXT TO REFLECT WHAT TYPE OF DOCUMENT WAS FILED. Modified on 2/22/2016 (aw). (Entered: 02/22/2016) |
| 02/22/2016 | 98 | Letter In Response (RE: related document(s)95 Creditor MUFG Union Bank's Letter re Discovery Dispute ). Filed by Creditor Coastal Cypress Corporation (aw) (Entered: 02/22/2016) |
| 02/23/2016 | 99 | PDF with attached Audio File. Court Date & Time [ 2/23/2016 11:02:38 AM ]. File Size [ 2472 KB ]. Run Time [ 00:10:18 ]. (admin). (Entered: 02/23/2016) |
| 02/23/2016 | | Hearing Held (related document(s): 95 Document filed by MUFG Union Bank, N.A.) Appearances: Steven Sacks for MUFG Union Bank, David Balch for Coastal Cypress Corp., and William Healy for the debtor. If client's counsel is agreeable to production a one page letter brief will be filed by COB on 2/24/16. If a motion to compel is to be brought, and/or a motion to quash, the court will hear the motions on shortened time.The parties can work out a briefing schedule on their own, or the court can create one. (mem ) (Entered: 02/26/2016) |
| 03/02/2016 | 101 | Motion to Compel *Compliance with Subpoenas and for an Award of Fees; Memorandum of Points and Authorities in Support Thereof* Filed by Creditor MUFG Union Bank, N.A. (Sacks, Steven) ERROR: INCORRECT HEARING TIME ON PLEADING. Modified on 3/3/2016 (aw). (Entered: 03/02/2016) |
| 03/02/2016 | 102 | Declaration of Steven Sacks in support of *Creditor MUFG Union Bank, N.A.'s Motion to Compel Compliance with Subpoenas* (RE: related document(s)101 Motion to Compel). Filed by Creditor MUFG Union Bank, N.A. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I # 10 Exhibit J # 11 Exhibit K # 12 Exhibit L) (Sacks, Steven) ERROR: INCORRECT HEARING TIME. Modified on 3/3/2016 (aw). (Entered: 03/02/2016) |

| | | | |
|---|---|---|---|
| 03/03/2016 | 103 | | Statement RE: MOTION TO SELL PERSONAL PROPERTY (RE: related document(s)77 Motion to Sell Property Free and Clear Under 363(f)). Filed by Debtor Robert S. Brower Sr. (Attachments: # 1 Certificate of Service) (Healy, William) CORRECTIVE ENTRY: COURT MODIFIED DOCKET TEXT TO REFLECT PDF. INCORRECT EVENT CODE SELECTED. Modified on 3/4/2016 (aw). (Entered: 03/03/2016) |
| 03/03/2016 | 104 | | Amended Notice of Hearing (RE: related document(s)101 Motion to Compel *Compliance with Subpoenas and for an Award of Fees; Memorandum of Points and Authorities in Support Thereof* Filed by Creditor MUFG Union Bank, N.A. (Sacks, Steven) ERROR: INCORRECT HEARING TIME ON PLEADING. Modified on 3/3/2016 (aw).). **Hearing scheduled for 3/17/2016 at 09:30 AM at San Jose Courtroom 3020 - Hammond.** Filed by Creditor MUFG Union Bank, N.A. (Sacks, Steven)**THE MOTION WILL BE CALLED ON THE 10:30 A.M. CALENDAR PER JUDGE HAMMOND Modified on 3/11/2016 (mem). (Entered: 03/03/2016) |
| 03/07/2016 | 105 | | Operating Report for Filing Period February 2016 Filed by Debtor Robert S. Brower Sr. (Healy, William) (Entered: 03/07/2016) |
| 03/07/2016 | 106 | | Periodic Report REPORT VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF DEBTOR HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST. Filed by Debtor Robert S. Brower Sr. (Healy, William) CORRECTIVE ENTRY: COURT MODIFIED DOCKET TEXT TO REFLECT PDF. INCORRECT EVENT CODE SELECTED. Modified on 3/8/2016 (aw). (Entered: 03/07/2016) |
| 03/10/2016 | 107 | | COASTAL CYPRESS CORPORATION, RICHARD BABCOCK'S, AND HAYASHI & WAYLAND'S NOTICE OF MOTION AND MOTION TO QUASH SUBOEPNAS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF Filed by Witnesses Richard Babcock, Hayashi & Wayland Accounting & Consulting, LLP, Creditor Coastal Cypress Corporation (Attachments: # 1 Declaration # 2 Declaration) (Balch, David)CORRECTIVE ENTRY: COURT ADDED DOCKET TEXT TO REFLECT PDF. NOTICE AND MOTION SHOULD BE TWO SEPARATE PLEADINGS AND DOCKETED SEPARATELY. ERROR: HEARING IS NOT SET ON THE JUDGE'S CALENDAR THROUGH CM/ECF. Modified on 3/11/2016 (aw). (Entered: 03/10/2016) |
| 03/10/2016 | 108 | | COAST CYPRESS CORPORATION'S, RICHARD BABCOCK'S AND HAYASHI & WAYLAND'S MEMORANDUM OF POINTS AND AUTHORITIES IN Opposition TO Motion to Compel *of MUFG Union Bank* Filed by Witnesses Richard Babcock, Hayashi & Wayland Accounting & Consulting, LLP, Creditor Coastal Cypress Corporation (Attachments: # 1 Declaration # 2 Declaration) (Balch, David). Related document(s) 101 Motion to Compel *Compliance with Subpoenas and for an* |

| Date | Doc # | Description |
|---|---|---|
| | | *Award of Fees; Memorandum of Points and Authorities in Support Thereof* filed by Creditor MUFG Union Bank, N.A. CORRECTIVE ENTRY:(1) COURT ADDED MODIFIED DOCKET TEXT TO REFLECT PDF. INCORRECT EVENT CODE SELECTED. (2) COURT ADDED LINKAGE TO DOCKET ENTRY. LINKAGE NOT SELECTED. Modified on 3/11/2016 (aw). (Entered: 03/10/2016) |
| 03/10/2016 | 109 | Status Conference Statement (RE: related document(s)7 Notice of Status Conference). Filed by Debtor Robert S. Brower Sr. (Healy, William) CORRECTIVE ENTRY: COURT REMOVED INCORRECT LINKAGE FROM CONTINUED HEARING AND ADDED CORRECT LINKAGE TO DOCUMENT #7. Modified on 3/14/2016 (aw). (Entered: 03/10/2016) |
| 03/10/2016 | 110 | Statement RE: MUFG UNION BANK, N.A.'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS AND FOR AN AWARD OF FEES (RE: related document(s)101 Motion to Compel). Filed by Debtor Robert S. Brower Sr. (Attachments: # 1 Certificate of Service) (Healy, William) CORRECTIVE ENTRY: COURT MODIFIED DOCKET TEXT TO REFLECT PDF. Modified on 3/11/2016 (aw). (Entered: 03/10/2016) |
| 03/14/2016 | 111 | Reply *MUFG Union Bank, N.A.'s Reply Brief in Support of Motion to Compel Compliance with Subpoenas and Opposition to Motion to Quash Subpoenas* (RE: related document(s)101 Motion to Compel, 107 Motion to Quash). Filed by Creditor MUFG Union Bank, N.A. (Sacks, Steven) (Entered: 03/14/2016) |
| 04/04/2016 | 117 | Order RE: (1) MUFG Union Bank, N.A.'s Motion To Compel Compliance With Subpoenas, And (2) Motion To Quash Subpoenas Of Coastal Cypress Corporation, Richard Barbcock And Hayashi Wayland (Related Doc # 101) (aw) (Entered: 04/04/2016) |
| 04/07/2016 | 118 | Operating Report for Filing Period March 2016 Filed by Debtor Robert S. Brower Sr. (Healy, William) (Entered: 04/07/2016) |
| 05/10/2016 | 119 | Operating Report for Filing Period April 2016 Filed by Debtor Robert S. Brower Sr. (Healy, William) (Entered: 05/10/2016) |
| 06/09/2016 | 122 | Operating Report for Filing Period May 2016 Filed by Debtor Robert S. Brower Sr. (Healy, William) (Entered: 06/09/2016) |
| 07/01/2016 | 123 | Operating Report for Filing Period June 2016 Filed by Debtor Robert S. Brower Sr. (Healy, William) ERROR: DOCUMENT SCANNED INCORRECTLY. OPERATING REPORTS STARTS ON PAGE 4. Modified on 7/1/2016 (aw). (Entered: 07/01/2016) |
| 08/04/2016 | 135 | Operating Report for Filing Period July 2016 Filed by Debtor Robert S. Brower Sr. (Healy, William) (Entered: 08/04/2016) |
| 09/07/2016 | 138 | Operating Report for Filing Period August 2016 Filed by Debtor Robert S. Brower Sr. (Healy, William) (Entered: 09/07/2016) |

| | | | |
|---|---|---|---|
| 09/07/2016 | 139 | Report: *Periodic Report* Filed by Debtor Robert S. Brower Sr. (Healy, William) (Entered: 09/07/2016) |
| 10/05/2016 | 141 | Operating Report for Filing Period September 2016 Filed by Debtor Robert S. Brower Sr. (Healy, William) (Entered: 10/05/2016) |
| 11/01/2016 | 142 | Operating Report for Filing Period October 2016 Filed by Debtor Robert S. Brower Sr. (Healy, William) (Entered: 11/01/2016) |
| 12/08/2016 | 143 | Operating Report for Filing Period November 2016 Filed by Debtor Robert S. Brower Sr. (Healy, William) (Entered: 12/08/2016) |
| 01/05/2017 | 144 | Operating Report for Filing Period December 2015 Filed by Debtor Robert S. Brower Sr. (Healy, William) (Entered: 01/05/2017) |
| 02/01/2017 | 145 | Operating Report for Filing Period January 2017 Filed by Debtor Robert S. Brower Sr. (Healy, William) (Entered: 02/01/2017) |
| 03/06/2017 | 146 | Operating Report for Filing Period February 2017 Filed by Debtor Robert S. Brower Sr. (Healy, William) (Entered: 03/06/2017) |
| 03/06/2017 | 147 | Report: *Periodic* Filed by Debtor Robert S. Brower Sr. (Attachments: # 1 Exhibit) (Healy, William) (Entered: 03/06/2017) |
| 04/03/2017 | 148 | Operating Report for Filing Period March 2017 Filed by Debtor Robert S. Brower Sr. (Healy, William) (Entered: 04/03/2017) |
| 04/10/2017 | 149 | Ex Parte Motion for Production of Documents *Ex Parte Application for Order Under Bankruptcy Rule 2004 Compelling Production of Documents by Third Party California Wine Transport, Inc.* Filed by Creditor MUFG Union Bank, N.A. (Sacks, Steven) (Entered: 04/10/2017) |
| 04/14/2017 | 150 | Order Under Bankruptcy Rule 2004 Compelling Production of Documents by Third Party California Wine Transport, Inc (Related Doc # 149) (no) (Entered: 04/14/2017) |
| 04/28/2017 | 154 | Motion for Relief from Stay *Creditor MUFG Union Bank, N.A.'s Motion for Relief from Stay to Liquidate Guaranty Claim Against Debtor in Monterey Superior Court* Fee Amount $181, Filed by Creditor MUFG Union Bank, N.A. (Attachments: # 1 RS Cover Sheet) (Lauter, Michael) (Entered: 04/28/2017) |
| 04/28/2017 | 155 | Declaration of Steven B. Sacks in Support of *Creditor MUFG Union Bank, N.A.'s Motion for Relief from Stay to Liquidate Guaranty Claim Against the Debtor in Monterey Superior Court* (RE: related document(s)154 Motion for Relief From Stay). Filed by Creditor MUFG Union Bank, N.A. (Lauter, Michael) (Entered: 04/28/2017) |
| 04/28/2017 | 157 | Amended Notice of Hearing *Creditor MUFG Union Bank, N.A.'s Motion for Relief from Stay to Liquidate Guaranty Claim Against Debtor in Monterey Superior Court* (RE: related document(s)154 Motion for Relief from Stay *Creditor MUFG Union Bank, N.A.'s Motion for Relief from Stay to Liquidate Guaranty Claim Against Debtor in Monterey Superior Court* Fee Amount $181, Filed by |

| | | | |
|---|---|---|---|
| | | | Creditor MUFG Union Bank, N.A. (Attachments: # 1 RS Cover Sheet)). **Hearing scheduled for 5/12/2017 at 10:00 AM at San Jose Courtroom 3020 - Hammond.** Filed by Creditor MUFG Union Bank, N.A. (Lauter, Michael) (Entered: 04/28/2017) |
| 05/08/2017 | | 161 | Opposition to MOTION FOR RELIEF FROM STAY (RE: related document(s)154 Motion for Relief From Stay). Filed by Debtor Robert S. Brower Sr. (Attachments: # 1 Certificate of Service) (Healy, William) CORRECTIVE ENTRY: COURT MODIFIED DOCKET TEXT TO REFLECT PDF. INCORRECT EVENT CODE SELECTED. Modified on 5/9/2017 (aw). (Entered: 05/08/2017) |
| 05/09/2017 | | 162 | Operating Report for Filing Period April 2017 Filed by Debtor Robert S. Brower Sr. (Healy, William) (Entered: 05/09/2017) |
| 05/10/2017 | | 163 | Reply *Creditor MUFG Union Bank, N.A.'s Reply in Support of Motion for Relief from Stay to Liquidate Guaranty Claim Against the Debtor in Monterey Superior Court* (RE: related document(s)154 Motion for Relief From Stay, 161 Opposition Brief/Memorandum). Filed by Creditor MUFG Union Bank, N.A. (Lauter, Michael) (Entered: 05/10/2017) |
| 05/15/2017 | | 166 | Order Granting Creditor MUFG Union Bank, N.A.'s Motion for Relief from Stay to Liquidate Guaranty Claim Against Debtor in Monterey Superior Court (Related Doc # 154) (no) (Entered: 05/15/2017) |
| 05/18/2017 | | 167 | Motion to Withdraw as Attorney Filed by Debtor Robert S. Brower Sr. (Attachments: # 1 Declaration # 2 Certificate of Service) (Healy, William) (Entered: 05/18/2017) |
| 05/18/2017 | | 168 | Notice of Hearing (RE: related document(s)167 Motion to Withdraw as Attorney Filed by Debtor Robert S. Brower Sr. (Attachments: # 1 Declaration # 2 Certificate of Service)). **Hearing scheduled for 6/22/2017 at 10:30 AM at San Jose Courtroom 3020 - Hammond.** Filed by Debtor Robert S. Brower Sr. (Healy, William) ERROR: INCORRECT HEARING TIME IN THE BODY OF THE NOTICE. Modified on 5/22/2017 (aw). (Entered: 05/18/2017) |
| 05/18/2017 | | 169 | Status Conference Statement (RE: related document(s) 7 Notice of Status Conference). Filed by Debtor Robert S. Brower Sr. (Healy, William). CORRECTIVE ENTRY: COURT REMOVED INCORRECT LINKAGE AND ADDED CORRECT LINKAGE TO DOCKET ENTRY. Modified on 5/18/2017 (aw). (Entered: 05/18/2017) |
| 05/18/2017 | | 170 | Status Conference Statement *Creditor MUFG Union Bank, N.A.'s Status Conference Statement* Filed by Creditor MUFG Union Bank, N.A. (Attachments: # 1 Certificate of Service) (Lauter, Michael). Related document(s) 7 Notice of Status Conference. CORRECTIVE ENTRY: COURT ADDED LINKAGE TO RELATED DOCUMENT. Modified on 5/19/2017 (no). (Entered: 05/18/2017) |
| 05/18/2017 | | 171 | Exhibit *Exhibit A to Creditor MUFG Union Bank, N.A.'s Status Conference Statement; Certificate of Service* (RE: |

| | | | |
|---|---|---|---|
| | | | related document(s)170 Status Conference Statement). Filed by Creditor MUFG Union Bank, N.A. (Lauter, Michael) (Entered: 05/18/2017) |
| | 05/23/2017 | 172 | Ex Parte Motion *Creditor MUFG Union Bank, N.A.'s Ex Parte Application for Permission to File Combined Plan of Reorganization and Disclosure Statement* Filed by Creditor MUFG Union Bank, N.A. (Lauter, Michael) (Entered: 05/23/2017) |
| | 05/23/2017 | 173 | Chapter 11 Plan of Reorganization , Disclosure Statement *Creditor MUFG Union Bank, N.A.'s Combined Plan of Reorganization and Disclosure Statement Dated May 23, 2017* Filed by Creditor MUFG Union Bank, N.A.. (Lauter, Michael) (Entered: 05/23/2017) |
| | 05/23/2017 | 174 | Notice of Hearing *Notice of Hearing on Tentative Approval of Disclosure Statement Contained in Creditor MUFG Union Bank, N.A.'s Combined Plan of Reorganization and Disclosure Statement Dated May 23, 2017* (RE: related document(s)173 Chapter 11 Plan of Reorganization , Disclosure Statement *Creditor MUFG Union Bank, N.A.'s Combined Plan of Reorganization and Disclosure Statement Dated May 23, 2017* Filed by Creditor MUFG Union Bank, N.A..). **Hearing scheduled for 6/15/2017 at 10:30 AM at San Jose Courtroom 3020 - Hammond.** Last day to oppose disclosure statement is 6/8/2017. Filed by Creditor MUFG Union Bank, N.A. (Lauter, Michael) (Entered: 05/23/2017) |
| | 05/25/2017 | 176 | Order Approving Creditor MUFG Union Bank, N.A.'s Ex Parte Application For Permission To File Combined Plan Of Reorganization And Disclosure Statement (Related Doc # 172) (aw) (Entered: 05/25/2017) |
| | 05/25/2017 | 177 | Motion *MUFG Union Bank, N.A.'s Motion for Derivative Standing* Filed by Creditor MUFG Union Bank, N.A. (Attachments: # 1 Declaration of Steven B. Sacks) (Lauter, Michael) ERROR: INCORRECT ROOM NUMBER LISTED ON MOTION. . Modified on 5/26/2017 (aw). (Entered: 05/25/2017) |
| | 05/25/2017 | 178 | Notice of Hearing *Notice of Hearing on MUFG Union Bank, N.A.'s Motion for Derivative Standing* (RE: related document(s)177 Motion *MUFG Union Bank, N.A.'s Motion for Derivative Standing* Filed by Creditor MUFG Union Bank, N.A. (Attachments: # 1 Declaration of Steven B. Sacks)). **Hearing scheduled for 6/15/2017 at 10:30 AM at San Jose Courtroom 3020 - Hammond.** Filed by Creditor MUFG Union Bank, N.A. (Lauter, Michael) ERROR: INCORRECT ROOM NUMBER LISTED ON NOTICE. Modified on 5/26/2017 (aw). (Entered: 05/25/2017) |
| | 06/01/2017 | 179 | Operating Report for Filing Period May 2017 Filed by Debtor Robert S. Brower Sr. (Healy, William) (Entered: 06/01/2017) |
| | 06/07/2017 | 181 | Brief/Memorandum in Opposition to (RE: related document(s)177 Motion Miscellaneous Relief). Filed by Debtor Robert S. Brower Sr. (Attachments: # 1 Certificate of Service) (Healy, William) (Entered: 06/07/2017) |

| | | | |
|---|---|---|---|
| 06/07/2017 | 182 | | Brief/Memorandum in Opposition to (RE: related document(s)173 Chapter 11 Plan filed by Creditor MUFG Union Bank, N.A.. ). Filed by Debtor Robert S. Brower Sr. (Attachments: # 1 Certificate of Service) (Healy, William). CORRECTIVE ENTRY: COURT REMOVED AND ADDED CORRECT LINKAGE TO DOCKET ENTRY. Modified on 6/7/2017 (aw). (Entered: 06/07/2017) |
| 06/09/2017 | 183 | | Supplemental Declaration of William J. Healy in Motiont to Be Relieved as Counsel of (RE: related document(s)167 Motion to Withdraw as Attorney). Filed by Debtor Robert S. Brower Sr. (Attachments: # 1 Certificate of Service) (Healy, William) (Entered: 06/09/2017) |
| 06/12/2017 | 184 | | Reply *Reply in Support of MUFG Union Bank, N.A.'s Motion for Derivative Standing* (RE: related document(s)177 Motion Miscellaneous Relief, 182 Opposition Brief/Memorandum). Filed by Creditor MUFG Union Bank, N.A. (Attachments: # 1 Certificate of Service) (Lauter, Michael) (Entered: 06/12/2017) |
| 06/12/2017 | 185 | | Reply *Reply in Support of Tentative Approval of Creditor MUFG Union Bank, N.A.'s Combined Plan of Reorganization and Disclosure Statement* (RE: related document(s)173 Chapter 11 Plan, Disclosure Statement, 182 Opposition Brief/Memorandum). Filed by Creditor MUFG Union Bank, N.A. (Lauter, Michael) (Entered: 06/12/2017) |
| 06/19/2017 | 189 | | Order Granting MUFG Union Bank, N.A.'s Motion for Derivative Standing(Related Doc # 177) (aw) (Entered: 06/20/2017) |
| 06/23/2017 | 191 | | Order Granting Motion To Withdraw As Counsel For Debtor (Related Doc # 167) (aw) (Entered: 06/23/2017) |
| 06/27/2017 | 193 | | First Amended Amended Chapter 11 Plan *Creditor MUFG Union Bank, N.A.'s First Amended Combined Plan of Reorganization and Disclosure Statement Dated June 27, 2017*, Amended Disclosure Statement Filed by Creditor MUFG Union Bank, N.A. (RE: related document(s)173 Chapter 11 Plan filed by Creditor MUFG Union Bank, N.A., Disclosure Statement). (Lauter, Michael) (Entered: 06/27/2017) |
| 06/27/2017 | 194 | | Notice of Hearing *Notice of Hearing on Final Approval of Disclosure Statement Contained in Creditor MUFG Union Bank, N.A.'s First Amended Combined Plan of Reorganization and Disclosure Statement Dated June 27, 2017* (RE: related document(s)193 First Amended Amended Chapter 11 Plan *Creditor MUFG Union Bank, N.A.'s First Amended Combined Plan of Reorganization and Disclosure Statement Dated June 27, 2017*, Amended Disclosure Statement Filed by Creditor MUFG Union Bank, N.A. (RE: related document(s)173 Chapter 11 Plan filed by Creditor MUFG Union Bank, N.A., Disclosure Statement).). **Hearing scheduled for 8/7/2017 at 01:00 PM at San Jose Courtroom 3020 - Hammond.** Last day to oppose disclosure statement is 7/31/2017. Filed by Creditor MUFG Union Bank, N.A. (Lauter, Michael) (Entered: 06/27/2017) |

| | | |
|---|---|---|
| 06/27/2017 | 195 | Notice Regarding *Notice of Redline of Creditor MUFG Union Bank, N.A.'s First Amended Combined Plan of Reorganization and Disclosure Statement Dated June 27, 2017* (RE: related document(s)173 Chapter 11 Plan of Reorganization , Disclosure Statement *Creditor MUFG Union Bank, N.A.'s Combined Plan of Reorganization and Disclosure Statement Dated May 23, 2017* Filed by Creditor MUFG Union Bank, N.A.., 193 First Amended Amended Chapter 11 Plan *Creditor MUFG Union Bank, N.A.'s First Amended Combined Plan of Reorganization and Disclosure Statement Dated June 27, 2017*, Amended Disclosure Statement Filed by Creditor MUFG Union Bank, N.A. (RE: related document(s)173 Chapter 11 Plan filed by Creditor MUFG Union Bank, N.A., Disclosure Statement).). Filed by Creditor MUFG Union Bank, N.A. (Lauter, Michael) (Entered: 06/27/2017) |
| 06/30/2017 | 197 | Substitution of Attorney . Filed by Debtor Robert S. Brower Sr. (Attachments: # 1 Certificate of Service) (Stubbe, Ryan) (Entered: 06/30/2017) |
| 07/07/2017 | 200 | Operating Report for Filing Period June 2017 Filed by Debtor Robert S. Brower Sr. (klr) (Entered: 07/07/2017) |
| 07/31/2017 | 205 | Brief/Memorandum in Opposition to *Creditor MUFG Union Bank, N.A.'s First Amended Combined Plan of Reorganization and Disclosure Statement Dated June 27, 2017* (RE: related document(s)193 Amended Chapter 11 Plan, Amended Disclosure Statement). Filed by Debtor Robert S. Brower Sr. (Attachments: # 1 Certificate of Service) (Stubbe, Ryan) DEFECTIVE ENTRY: Incorrect event code selected. Modified on 8/2/2017 (aw). (Entered: 07/31/2017) |
| 08/02/2017 | 206 | Reply <in Support of Final Approval of Disclosure Statement in Creditor MUFG Union Bank, N.A.'s Combined Plan of Reorganization and Disclosure Statement (RE: related document(s)193 Amended Chapter 11 Plan, Amended Disclosure Statement, 194 Notice of Hearing, 205 Opposition Brief/Memorandum). Filed by Creditor MUFG Union Bank, N.A. (Attachments: # 1 Certificate of Service) (Lauter, Michael). CORRECTIVE ENTRY: Clerk removed linkage to document #194 Modified on 8/3/2017 (aw). (Entered: 08/02/2017) |
| 08/04/2017 | 207 | Operating Report for Filing Period July 2017 Filed by Debtor Robert S. Brower Sr. NOTE: Incorrect year listed on PDF. (lub) (Entered: 08/04/2017) |
| 08/15/2017 | 210 | Application to Employ Jaurigue Law Group as General Bankruptcy Counsel for the Debtor *; Declaration of Michael J. Jaurigue in Support Thereof* Filed by Debtor Robert S. Brower Sr. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Certificate of Service) (Stubbe, Ryan) (Entered: 08/15/2017) |
| 08/15/2017 | 211 | Notice and Opportunity for Hearing (RE: related document(s)210 Application to Employ Jaurigue Law Group as General Bankruptcy Counsel for the Debtor *; Declaration of Michael J. Jaurigue in Support Thereof* Filed by Debtor Robert S. Brower Sr. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Exhibit 1 # 2 Exhibit 2 # 3 Certificate of Service)). Filed by Debtor Robert S. Brower Sr. (Attachments: # 1 Certificate of Service) (Stubbe, Ryan) (Entered: 08/15/2017) |
| 08/15/2017 | 212 | Disclosure of Compensation of Attorney for Debtor in the Amount of $ 460/hour Filed by Debtor Robert S. Brower Sr. (Stubbe, Ryan) (Entered: 08/15/2017) |
| 08/29/2017 | 218 | Objection *MUFG Union Bank, N.A.'s Limited Objection to Application for Order Authorizing the Employment of Jaurigue Law Group as General Bankruptcy Counsel for the Debtor* (RE: related document(s)210 Application to Employ). Filed by Creditor MUFG Union Bank, N.A. (Lauter, Michael) (Entered: 08/29/2017) |
| 09/06/2017 | 220 | Operating Report for Filing Period August 2017 Filed by Debtor Robert S. Brower Sr. (myt) (Entered: 09/06/2017) |
| 10/04/2017 | 227 | Operating Report for Filing Period September 2017 Filed by Debtor Robert S. Brower Sr. (myt) (Entered: 10/04/2017) |
| 11/06/2017 | 235 | Operating Report for Filing Period October 31, 2017 Filed by Debtor Robert S. Brower Sr. (lub) (Entered: 11/07/2017) |
| 12/04/2017 | 240 | Operating Report for Filing Period November 6, 2017 Filed by Debtor Robert S. Brower Sr. (aw) (Entered: 12/04/2017) |
| 12/06/2017 | 241 | Document: *Transcript Order*. (RE: related document(s) Hearing Held (Bk), Hearing Held (Bk)). Filed by Debtor Robert S. Brower Sr. (Stubbe, Ryan) (Entered: 12/06/2017) |

**Part 2 – Items from the Non-Dischargeability Action (Case No. 15-05119)**

| **Date Filed** | **Docket Number** | **Description on Docket** |
|---|---|---|
| 08/14/2015 | 1 | Adversary case 15-05119.41 (Objection / revocation of discharge - 727(c),(d),(e)), 62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud), 67 (Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny), Complaint by MUFG Union Bank, N.A. against Robert S. Brower Sr.. Fee Amount $350. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Corporate Ownership Statement # 7 AP Cover Sheet # 8 Certificate of Service) (Lauter, Michael). ERROR:SOME DOCUMENTS INCLUDED REFLECT SAN FRANCISCO DIVISION. CORRECTIVE ENTRY:COURT MODIFIED DEFENDANTS NAME TO MATCH NAME ON COMPLAINT AND ADDED DEMAND AMOUNT. Modified on 8/14/2015 (klr). (Entered: 08/14/2015) |
| 09/14/2015 | 4 | Answer to Complaint Filed by Robert Brower Sr.. (Attachments: # 1 Certificate of Service) (Healy, William) (Entered: 09/14/2015) |

| | | | |
|---|---|---|---|
| 09/28/2015 | | 5 | Joint Case Management Conference Statement *and Proposed Discovery Plan*. Filed by Defendant Robert Brower Sr., Plaintiff MUFG Union Bank, N.A. (Sacks, Steven). Related document(s) 2 Summons Issued. CORRECTIVE ENTRY: COURT ADDED LINKAGE TO RELATED DOCUMENT.Modified on 9/28/2015 (no). (Entered: 09/28/2015) |
| 03/10/2016 | | 9 | Document: Discovery Dispute. Filed by Plaintiff MUFG Union Bank, N.A. (acr) (Entered: 03/10/2016) |
| 03/15/2016 | | 10 | Response (RE: related document(s)9 Document). Filed by Defendant Robert Brower Sr. (Healy, William) (Entered: 03/15/2016) |
| 03/17/2016 | | 11 | Document: *Letter to Court re discovery dispute (re Great American Wineries)*. Filed by Plaintiff MUFG Union Bank, N.A. (Sacks, Steven) (Entered: 03/17/2016) |
| 05/03/2016 | | 13 | Document: *Letter to Judge Hammond re summary of discovery dispute with American Commercial Properties.*. Filed by Plaintiff MUFG Union Bank, N.A. (Sacks, Steven) (Entered: 05/03/2016) |
| 05/03/2016 | | 14 | Document: *Letter to Judge Hammond re summary of discovery dispute with Great American Wineries, Inc...* Filed by Plaintiff MUFG Union Bank, N.A. (Sacks, Steven) (Entered: 05/03/2016) |
| 05/17/2016 | | 15 | Response/LETTER TO THE JUDGE (RE: related document(s) Hearing Set, Hearing Continued/Rescheduled). Filed by Defendant Robert Brower Sr. (Healy, William) CORRECTIVE ENTRY: COURT MODIFIED DOCKET ENTRY TO REFLECT PDF. EVENT CODE SELECTED DOES NOT MATCH PDF. Modified on 5/17/2016 (aw). (Entered: 05/17/2016) |
| 05/18/2016 | | 16 | Letter To Counsel . (klr) (Entered: 05/18/2016) |
| 05/18/2016 | | 17 | Letter From Patricia Bower To Judge. Filed by Patricia Brower (klr) (Entered: 05/18/2016) |
| 06/20/2016 | | 23 | Response Letter To The Judge Regarding Discovery Dispute . (RE: related document(s)1 Complaint, 14 Document). (aw) (Entered: 06/21/2016) |
| 06/22/2016 | | | Discovery Dispute Hearing Held (related document(s): 1 Complaint filed by MUFG Union Bank, N.A.) Appearances: Steven Sacks appeared for the plaintiff MUFG Union Bank, William Healy for the debtor and defendant Robert Brower Sr., Elias Salameh for Great American Wineries, Inc., and Jon Giffen for American Commercial Properties and Patricia Brower. For the reasons stated on the record Jon Giffen on behalf of ACP, shall produce documents and respond to MUFG Union Bank by 7/11/16. Elias Salameh on behalf of GAW shall comply with the request for production of items 3, 8, 9, 16, 17, and 18 as modified on the record. Objection for request item #29 is withdrawn. Request for item #10 is not compelled at this time. (acr ) (Entered: 06/22/2016) |
| 06/22/2016 | | | Status Conference Hearing Continued (RE: related document(s)1 Adversary case 15-05119.41 (Objection / revocation of discharge - 727(c),(d),(e)), 62 (Dischargeability - 523(a)(2), false pretenses, false |

| | | | |
|---|---|---|---|
| | | | representation, actual fraud), 67 (Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny), Complaint by MUFG Union Bank, N.A. against Robert S. Brower Sr.. Fee Amount $350. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Corporate Ownership Statement # 7 AP Cover Sheet # 8 Certificate of Service) (Lauter, Michael). **Hearing scheduled for 8/4/2016 at 10:30 AM San Jose Courtroom 3020 - Hammond for 1, .** (acr) (Entered: 06/22/2016) |
| 08/16/2016 | 26 | | Document: Letter to Judge Hammond Re: Discovery Dispute/Fremont Bank Subpoena. Filed by Interested Party Great American Wineries, Inc. (yw) (Entered: 08/16/2016) |
| 08/17/2016 | 27 | | Response (RE: related document(s)26 Document). Filed by Defendant Robert Brower Sr. (Healy, William) (Entered: 08/17/2016) |
| 08/17/2016 | 28 | | Response (RE: related document(s)26 Document). Filed by Plaintiff MUFG Union Bank, N.A. (Sacks, Steven) (Entered: 08/17/2016) |
| 08/19/2016 | | | Hearing Held (related document(s): 26 Document filed by Great American Wineries, Inc.) Appearances: Elias Salameh for Great American Wineries, Isaiah Weedn for the plaintiff, and William Healy for the defendant. The court issued an advisory opinion that the production should include the account maintained as Great American Winery dba Chateau Julien, that found appropriate: 1) review for privilege prior to production to MUFG Union Bank , and 2) confidentiality agreement or protective order prohibiting contact with parties identified through the production subject to further court order. Great American Wineries to inform MUFG Union Bank by 8/25/16 at 9:00 a.m. whether they intend to file motion to quash or prepare form of order. (mem ) (Entered: 08/22/2016) |
| 09/19/2016 | 30 | | Stipulation, compliance with subpoena *Stipulation re Subpoena Compliance and Production of Great American Wineries, Inc.'s Fremont Bank Records and Proof of Service* Filed by Plaintiff MUFG Union Bank, N.A. (RE: related document(s) Hearing Held (Bk)). (Sacks, Steven). ERROR: NO ADVERSARY PROCEEDING CASE NUMBER LISTED ON PDF. Modified on 9/14/2016 (kd). (Entered: 09/13/2016) |
| 09/19/2016 | 31 | | Order Approving MUFG Union Bank, N.A. And Great American Wineries, Inc.'s Stipulation Re Subpoena Compliance And Production Of Great American Wineries, Inc.'s Fremont Bank Records (RE: related document(s)30 Stipulation for Miscellaneous Relief filed by Plaintiff MUFG Union Bank, N.A.). (kd) (Entered: 09/20/2016) |
| 02/10/2017 | 41 | | Trial Brief (RE: related document(s)33 Scheduling Order). Filed by Defendant Robert Brower Sr. (Attachments: # 1 Certificate of Service) (Healy, William) . ERROR: INCORRECT CASE NUMBER LISTED ON PDF. Modified on 2/13/2017 (kd). (Entered: 02/10/2017) |

-14-

| Date Filed | Docket Number | Description on Docket |
|---|---|---|
| 02/10/2017 | 42 | Trial Brief . Filed by Plaintiff MUFG Union Bank, N.A. (Sacks, Steven) (Entered: 02/10/2017) |
| 03/22/2017 | 47 | Memorandum Decision (kd) (Entered: 03/22/2017) |
| 03/22/2017 | 48 | Judgment (kd). Plaintiff's request for relief 523(a)(2)(B) is granted, plaintiff's request for relief 727(a)(3) is denied. Modified on 3/27/2017 (kd). (Entered: 03/22/2017) |

**Part 3 – Items from the Estate Enhancement Action (Case No. 17-05044)**

| Date Filed | Docket Number | Description on Docket |
|---|---|---|
| 05/16/2017 | 3 | MUFG UNION BANK, N.A.S AMENDED COMPLAINT FOR DECLARATORY RELIEF AND PRELIMINARY INJUNCTIONS (RE: related document(s)1 Complaint filed by Plaintiff MUFG Union Bank, N.A.). (Sacks, Steven) CORRECTIVE ENTRY: COURT ADDED DEFENDANT TO REFLECT PDF; COURT MODIFIED DOCKET TEXT TO REFLECT TITLE OF PDF. Modified on 5/17/2017 (myt). (Entered: 05/16/2017) |
| 10/03/2017 | 36 | Order Denying Motion to Dismiss (Related Doc # 13), Denying Motion to Dismiss Adversary Proceeding (Related Doc # 14), Denying Motion to Dismiss Adversary Proceeding (Related Doc # 17) (myt) (Entered: 10/03/2017) |

**Part 4 – Items from the Claims Register Maintained in the Main Case (Case No. 15-50801)**

| Date Filed | Claim Number | Description on Claims Register |
|---|---|---|
| 04/08/2015 | 1-2 | Amended Claim #1 filed by Internal Revenue Service, Amount claimed: $0.00 (Smith, Mikeal ) |
| 04/07/2015 | 2-1 | Claim #2 filed by First National Bank of Omaha, Amount claimed: $5318.08 (Craft, Nancy ) |
| 04/07/2015 | 3-1 | Claim #3 filed by First National Bank of Omaha, Amount claimed: $11079.30 (Craft, Nancy ) |
| 04/07/2015 | 4-1 | Claim #4 filed by First National Bank of Omaha, Amount claimed: $245.71 (Craft, Nancy ) |
| 04/28/2015 | 5-1 | Claim #5 filed by Wells Fargo Bank, N.A., Amount claimed: $93566.65 (Kelley, Ryan ) |
| 06/03/2015 | 6-1 | Claim #6 filed by American Express Bank, FSB, Amount claimed: $17334.86 (Brown, Lynn ) |
| 06/09/2015 | 7-1 | Claim #7 filed by MUFG Union Bank, N.A., Amount claimed: $5091299.30 (ePOC) |
| 06/30/2015 | 8-1 | Claim #8 filed by American Express Centurion Bank, Amount claimed: $1344.57 (Brown, Lynn ) |
| 07/10/2015 | 9-1 | Claim #9 filed by First National Bank of Omaha, Amount claimed: $5611.53 (Craft, Nancy ) |

Union Bank reserves the right to modify, supplement and/or restate this supplemental designation of the record on appeal to the fullest extent permitted under the Bankruptcy Code and Rules.

Dated: December 20, 2017

                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                    By      */s/ Michael M. Lauter*
                          STEVEN B. SACKS
                          MICHAEL M. LAUTER
                          ISAIAH Z. WEEDN
                    Attorneys for MUFG UNION BANK, N.A.