UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

280 South 1st Street
San Jose, CA 95113

www.cand.uscourts.gov

Susan Y. Soong
Clerk of Court

General Court Number
408-535-5363

January 31, 2018

TO COUNSEL OF RECORD:

CIVIL NUMBER: 5:17-cv-06799-LHK
CASE TITLE: USA v. MUFG Union Bank, N.A.
BANKRUPTCY NUMBER: 15-50801

NOTICE OF BRIEFING

The Record on Appeal in the above matter was entered in the docket of this Court on January 31, 2018.

Pursuant to the federal and local bankruptcy rules, unless the assigned District Judge orders otherwise, briefs in this matter shall be due in accordance with the following schedule:

Appellant's principal brief: no more than 30 days after docketing of notice that the record has been transmitted or is available electronically on the District Court's docket.

Appellee's principal and response brief: no more than 30 days after service of appellant's brief. If the appellee has filed a cross-appeal, the brief of appellee shall contain both the issues and arguments pertinent to the cross-appeal and the response to the appellant's brief.

Appellant's response and reply brief: no more than 30 days after service of appellee's brief.

Appellee's reply brief: no more than14 days after service of the appellant's response and reply brief, but also no more than 7 days before scheduled argument.

Briefs shall be in compliance with Bankruptcy Rules 8014-8018, as applicable.

Pursuant to B.L.R 8019-1, upon completion of the briefing, the assigned District Judge will set a date for oral argument, unless the judge determines that oral argument is unnecessary under the Bankruptcy Local Rules; in that case, the matter will be deemed submitted for decision.

Dated: 1/31/2018

Susan Y. Soong, Clerk

D. Miyashiro
Deputy Clerk