

The following constitutes the order of the Court.
Signed: February 20, 2020

_M. Elaine Hammond_
_____
**M. Elaine Hammond
U.S. Bankruptcy Judge**

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
ORI KATZ, Cal. Bar No. 209561
okatz@sheppardmullin.com
MICHAEL M. LAUTER,
Cal. Bar No. 246048
mlauter@sheppardmullin.com
ISAIAH Z. WEEDN,
Cal. Bar No. 229111
iweedn@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone:    415-434-9100
Facsimile:    415-434-3947

Attorneys for Creditor and Plan Proponent,
MUFG UNION BANK, N.A.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ROBERT BROWER, SR.,<br><br>Debtor. | Case No. 15-50801<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION REGARDING CONDITION TO EFFECTIVENESS OF CONFIRMED PLAN**<br><br>Judge: Hon. M. Elaine Hammond |

Whereas the Court, having reviewed the Stipulation Regarding Condition to Effectiveness of Confirmed Plan (the "Stipulation") filed by MUFG Union Bank, N.A. (the "Bank"), in its capacity as plan proponent in the above case, and creditor William J. Healy ("Healy") on February 5, 2020 as Docket No. 259, and finding good cause therefor,

IT IS HEREBY ORDERED THAT:

The Stipulation is APPROVED and made an order of the court.

**\*\*\*END OF ORDER\*\*\***

**Court Service List**

**ECF Participants**