| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: William J. Healy, Esq. (SBN 146158)<br>Law Office of William J. Healy<br>748 Holbrook Pl<br>Sunnyvale, CA 94087<br>ATTORNEY FOR LIEN CLAIMANT: Campeau Goodsell Smith, L.C.<br>NAME OF COURT: U.S. Bankruptcy Court (CA ND)<br>STREET ADDRESS: 201 S. First St<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Jose, C 95112<br>BRANCH NAME: | TELEPHONE NO.:<br>408-373-4680 | FOR COURT USE ONLY |
|---|---|---|
| PLAINTIFF: In re Robert S. Brower, Sr.<br><br>DEFENDANT: | | |
| **NOTICE OF LIEN**<br>(Attachment—Enforcement of Judgment) | CASE NUMBER:<br>Main Case No. 15-50801 | |

ALL PARTIES IN THIS ACTION ARE NOTIFIED THAT

1. A lien is created by this notice under
   a. ☐ Article 3 (commencing with section 491.410) of Chapter 11 of Title 6.5 of Part 2 of the Code of Civil Procedure.
   b. ☑ Article 5 (commencing with section 708.410) of Chapter 6 of Title 9 of Part 2 of the Code of Civil Procedure.
2. The lien is based on a
   a. ☐ right to attach order and an order permitting the creation of a lien (copies attached).
   b. ☑ money judgment.
3. The right to attach order or the money judgment is entered in the following action:
   a. Title of court *(specify)*: Santa Clara County Superior Court
   b. Name of case *(specify)*: Campeau Goodsell Smith, L.C. v. Robert S. Brower, Sr, et al
   c. Number of case *(specify)*: 1-19-CV-343003
   d. ☑ Date of entry of judgment *(specify)*: March 12, 2020
   e. ☐ Dates of renewal of judgment *(specify)*:
4. The name and address of the judgment creditor or person who obtained the right to attach order are *(specify)*:
   Campeau Goodsell Smith, L.C. c/o Law Office of William J. Healy, 748 Holbrook Pl, Sunnyvale, CA 94087
5. The name and last known address of the judgment debtor or person whose property is subject to the right to attach order are *(specify)*:
   Robert S. Brower, Sr. 31322 Founders Avenue, Selbyville, DE 19975
6. The amount required to satisfy the judgment creditor's money judgment or to secure the amount to be secured by the attachment at the time this notice of lien is filed is
   $ 154,197.00 +costs

7. The lien created by this notice attaches to any cause of action of the person named in item 5 that is the subject of this action or proceeding and to that person's rights to money or property under any judgment subsequently procured in this action or proceeding.

8. No compromise, dismissal, settlement, or satisfaction of this action or proceeding or any of the rights of the person named in item 5 to money or property under any judgment procured in this action or proceeding may be entered into by or on behalf of that person, and that person may not enforce any rights to money or property under any judgment procured in this action or proceeding by a writ or otherwise, unless one of the following requirements is satisfied:

   a. the prior approval by order of the court in this action or proceeding has been obtained;
   b. the written consent of the person named in item 4 has been obtained or that person has released the lien; or
   c. the money judgment of the person named in item 4 has been satisfied.

**NOTICE** The person named in item 5 may claim an exemption for all or any portion of the money or property within 30 days after receiving notice of the creation of the lien. The exemption is waived if it is not claimed in time.

Date: June 29, 2020

William J. Healy, Esq.
*(TYPE OR PRINT NAME)*                                  ▶ *(SIGNATURE OF LIEN CLAIMANT OR ATTORNEY)*

Form Approved by the
Judicial Council of California
AT-180, EJ-185 [New January 1, 1985]

**NOTICE OF LIEN**
(Attachment—Enforcement of Judgment)                CCP 491.410, 708.410

Case: 15-50801   Doc# 262   Filed: 06/29/20   Entered: 06/29/20 11:28:50   Page 1 of 3

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | |
|---|---|
| William J. Healy, Esq. (SBN146158)<br>Campeau Goodsell Smith, L.C.<br>440 N. 1st St., #200, San Jose, CA 95112<br>TELEPHONE NO.: 408-295-9555   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff Campeau Goodsell Smith, L.C. | To keep other people from seeing what you entered on your form, please press the Clear This Form button at the end of the form when finished. |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Santa Clara<br>STREET ADDRESS: 191 N. 1st St<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Jose, CA 95113<br>BRANCH NAME: Unlimited | Filed<br>March 12, 2020<br>Clerk of the Court<br>Superior Court of CA<br>County of Santa Clara<br>19CV343003<br>By: SAlvarez |
| PLAINTIFF: Campeau Goodsell Smith, L.C.<br>DEFENDANT: Robert S. Brower, Sr., et al | |
| JUDGMENT<br>☐ By Clerk   ☑ By Default   ☐ After Court Trial<br>☑ By Court   ☐ On Stipulation   ☐ Defendant Did Not Appear at Trial | CASE NUMBER:<br>1-19-CV-343003 |

## JUDGMENT

1. ☑ **BY DEFAULT**
   a. Defendant was properly served with a copy of the summons and complaint.
   b. Defendant failed to answer the complaint or appear and defend the action within the time allowed by law.
   c. Defendant's default was entered by the clerk upon plaintiff's application.
   d. ☐ Clerk's Judgment (Code Civ. Proc., § 585(a)). Defendant was sued only on a contract or judgment of a court of this state for the recovery of money.
   e. ☑ Court Judgment (Code Civ. Proc., § 585(b)). The court considered
      (1) ☐ plaintiff's testimony and other evidence.
      (2) ☑ plaintiff's written declaration (Code Civ. Proc., § 585(d)).

2. ☐ **ON STIPULATION**
   a. Plaintiff and defendant agreed (stipulated) that a judgment be entered in this case. The court approved the stipulated judgment and
   b. ☐ the signed written stipulation was filed in the case.
   c. ☐ the stipulation was stated in open court   ☐ the stipulation was stated on the record.

3. ☐ **AFTER COURT TRIAL.** The jury was waived. The court considered the evidence.
   a. The case was tried on (date and time):
      before (name of judicial officer):
   b. Appearances by:
      ☐ Plaintiff (name each):
         (1)
         (2)
         ☐ Continued on Attachment 3b.
      ☐ Defendant (name each):
         (1)
         (2)
         ☐ Continued on Attachment 3b.

      ☐ Plaintiff's attorney (name each):
         (1)
         (2)

      ☐ Defendant's attorney (name each):
         (1)
         (2)

   c. ☐ Defendant did not appear at trial. Defendant was properly served with notice of trial.

   d. ☐ A statement of decision (Code Civ. Proc., § 632) ☐ was not ☐ was    requested.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
JUD-100 [New January 1, 2002]

**JUDGMENT**

Code of Civil Procedure, §§ 585, 664.6

| PLAINTIFF: Campeau Goodsell Smith, L.C. | CASE NUMBER: |
|---|---|
| DEFENDANT: Robert S. Brower, Sr., et al | 1-19-CV-343003 |

**JUDGMENT IS ENTERED AS FOLLOWS BY:** [✔] THE COURT  [ ] THE CLERK

4. [✔] **Stipulated Judgment.** Judgment is entered according to the stipulation of the parties.

5. **Parties.** Judgment is
   a. [✔] for plaintiff (name each):
      Campeau Goodsell Smith, L.C.
      and against defendant (names):
      Robert S. Brower, Sr.
      [ ] Continued on Attachment 5a.
   b. [ ] for defendant (name each):

   c. [ ] for cross-complainant (name each):
      and against cross-defendant (name each):
      [ ] Continued on Attachment 5c.
   d. [ ] for cross-defendant (name each):

6. **Amount.**
   a. [✔] Defendant named in item 5a above must pay plaintiff on the complaint:

   | (1) [✔] | Damages | $ 142,441.28 |
   |---|---|---|
   | (2) [✔] | Prejudgment interest at the annual rate of 7 % | $ 6,624.00 |
   | (3) [ ] | Attorney fees | $ |
   | (4) [✔] | Costs | $ 730.54 |
   | (5) [ ] | Other (specify): | $ |
   | (6) | **TOTAL** | $ 149,795.82 |

   c. [ ] Cross-defendant named in item 5c above must pay cross-complainant on the cross-complaint:

   | (1) [ ] | Damages | $ |
   |---|---|---|
   | (2) [ ] | Prejudgment interest at the annual rate of % | $ |
   | (3) [ ] | Attorney fees | $ |
   | (4) [ ] | Costs | $ |
   | (5) [ ] | Other (specify): | $ |
   | (6) | **TOTAL** | $ |

   b. [ ] Plaintiff to receive nothing from defendant named in item 5b.
      [ ] Defendant named in item 5b to recover costs $
      [ ] and attorney fees $

   [ ] Cross-complainant to receive nothing from cross-defendant named in item 5d.
   [ ] Cross-defendant named in item 5d to recover costs $
   [ ] and attorney fees $

7. [ ] Other (specify):

Date: March 9, 2020      [XX] _____ Kulkarni, Sunil R.
                                            JUDICIAL OFFICER

Date: _____  [ ] Clerk, by _____, Deputy

---

**CLERK'S CERTIFICATE** (Optional)

I certify that this is a true copy of the original judgment on file in the court.

Date: MAY 08 2020

Clerk, by _____ J. Rodriguez, Deputy

(SEAL)

JUD-100 [New January 1, 2002]       **JUDGMENT**       Page 2 of 2

For your protection and privacy, please press the Clear This Form