```
1  2qLAW OFFICE OF WILLIAM J. HEALY
   WILLIAM J. HEALY, #146158
2  748 Holbrook Pl
   Sunnyvale, CA 94087
3  Telephone:  (408) 373-4680

4  ATTORNEYS FOR
   Judgment Creditor CAMPEAU GOODSELL SMITH, L.C.
5
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT

(San Jose Division)

| | |
|---|---|
| In re | Main Case No. 15-50801 MEH |
| Robert Brower, Sr., | |
| Debtor. | |

I, the undersigned, say:

1.     I am now and at all times herein mentioned have been over the age of 18 years, a resident of and employed in Santa Clara County, California, and not a party to the within action or cause; my business address is 748 Holbrook Pl, Sunnyvale, CA 94087. I am readily familiar with this firm's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, mailing via Federal Express, hand delivery via messenger service, and transmission by facsimile machine.

2.     On July 20, 2020  I served a copy of each of the documents listed  below by placing said copies for processing as indicated herein.

    **a). NOTICE OF ENTRY OF ORDER (with copy of ORDER GRANTING MOTION FOR ASSIGNMENT OF RIGHTS AND RESTRAINING DISPOSITION OF RIGHT**

1  TO PAYMENT. )
2      b). PROOF OF SERVICE
3  X    If MAILED VIA U.S. MAIL, said copies were placed in envelopes which were then sealed
       and, with postage fully prepaid thereon, on this date placed for collection and mailing at my
       place of business following ordinary business practices.  Said envelopes will be deposited
       with the U.S. Postal Service at San Jose, California on this date in the ordinary course of
       business; and there is delivery service by U.S. Postal Service at the place so addressed.

       ___ VIA ECF

RECIPIENTS:

| Recipient | Method |
|---|---|
| Robert S. Brower, Sr.<br>31322 Founders Ave.<br>Selbyville, DE 19975-3728 | VIA U.S. Mail |
| PATRICIA BROWER<br>Agent For Service of Process<br>American Commercial Properties, Inc.<br>28088 Barn Court<br>Carmel, CA 93923 | VIA U.S. Mail |
| PATRICIA BROWER<br>Chief Executive Officer, Secretary, & Chief Financial Officer<br>American Commercial Properties, Inc.<br>28088 Barn Court<br>Carmel, CA 93923 | VIA U.S. Mail |
| PATRICIA BROWER<br>President, Secretary, & Director<br>American Commercial Properties, Inc.<br>31322 Founders Ave<br>Shelbyville, DC 19975 | VIA U.S. Mail |
| PATRICIA BROWER<br>President, Secretary, & Director<br>American Commercial Properties, Inc.<br>31322 Founders Ave<br>Selbyville, DE 19975 | VIA U.S. Mail |
| C T CORPORATION SYSTEM<br>Commercial Registered Agent<br>American Commercial Properties, Inc.<br>701 S CARSON ST STE 200<br>Carson City, NV 89701 | VIA U.S. Mail |
| ROBERT BROWER SR.<br>Agent For Service of Process<br>Coastal Cypress Corporation<br>28088 BARN COURT<br>CARMEL CA 93923 | VIA U.S. Mail |

| | | |
|---|---|---|
| 1<br>2<br>3 | ROBERT BROWER SR.<br>President<br>Coastal Cypress Corporation<br>28088 BARN COURT<br>CARMEL CA 93923 | VIA U.S. Mail |
| 4<br>5<br>6 | CORPORATION SERVICE COMPANY<br>Registered Agent<br>Coastal Cypress Corporation<br>251 LITTLE FALLS DRIVE<br>Wilmington, DE 19808 | VIA U.S. Mail |
| 7<br>8<br>9 | ROBERT BROWER SR.<br>President<br>Coastal Cypress Corporation<br>31322 FOUNDERS AVE<br>SELBYVILLE, DE 19975 | VIA U.S. Mail |
| 10<br>11<br>12 | ROBERT BROWER SR.<br>President<br>Coastal Cypress Corporation<br>31322 FOUNDERS AVE<br>SHELBYVILLE, DC 19975 | VIA U.S. Mail |
| 13<br>14 | Patricia Brower<br>31322 Founders Ave.<br>Selbyville, DE 19975-3728 | VIA U.S. Mail |
| 15<br>16 | Robert S. Brower, Sr.<br>PO Box 222422<br>Carmel, CA 93922-2422 | VIA U.S. Mail |
| 17<br>18 | Robert Brower, Sr. Liquidating Trustee<br>c/o Michael G. Kasolas, CPA<br>PO Box 26650<br>San Francisco, CA 94126 | VIA U.S. Mail |
| 19<br>20 | Patricia Brower Trust<br>Patricia Brower, Trustee<br>31322 Founders Ave.<br>Selbyville, DE 19975-3728 | VIA U.S. Mail |
| 21<br>22<br>23 | JAURIGUE LAW GROUP<br>Atten: Ryan A. Stubbe<br>300 W Glenoaks Blvd. #300<br>Glendale, CA 91202 | VIA U.S. Mail |
| 24<br>25 | JRG ATTORNEYS AT LAW<br>Atten: Stephan A. Barber/David Balch<br>318 Cayuga Street<br>Salinas, CA 93901 | VIA U.S. Mail |
| 26<br>27<br>28 | Michael Jaurigue<br>Chief Executive Officer, Secretary, Chief Financial<br>Officer, Director, and Agent for Service of Process<br>JAURIGUE LAW GROUP<br>300 W Glenoaks Blvd. #300<br>Glendale, ca 91202 | VIA U.S. Mail |

| | |
|---|---|
| Paul Rovella<br>Managing Partner<br>JRG ATTORNEYS AT LAW<br>318 Cayuga Street<br>Salinas, CA 93901 | VIA U.S. Mail |
| | |
| | |

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on July 27, 2020.

/s/ Laura E. Malkofsky
Laura E. Malkofsky