LAW OFFICE OF WILLIAM J. HEALY  Case Name: In re Robert S. Brower, Sr.
WILLIAM J. HEALY #146158  Case No.: 15-50801
748 Holbrook Pl
Sunnyvale, CA 94087
TEL. (408) 373-4680

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**CERTIFICATE OF SERVICE**

I declare that I am employed in the County of Santa Clara, California; I am over the age of 18 years, and not a party to the within entitled cause; my address is 440 N. 1st Street, Suite 100 San Jose, California 95112.

On September 14, 2020, I served a copy of:

1. **LIMITED OBJECTION TO STIPULATION AND REQUEST FOR ENTRY OF ORDER REGARDING PAYMENT OF FEES AND PLAN EFFECTIVE DATE**
2. **DECLARATION OF WILIAM J. HEALY RE: LIMITED OBJECTION TO STIPULATION AND REQUEST FOR ENTRY OF ORDER REGARDING PAYMENT OF FEES AND PLAN EFFECTIVE DATE**
3. **CERTIFICATE OF SERVICE**

BY MAIL, ECF, OR AS OTHERWISE NOTED, by placing a true copy thereof enclosed in a sealed envelope addressed to:

All ECF Recipients                                        VIA ECF

I am familiar with the firm's practice for collecting and processing of correspondence for mailing.   Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Jose, California, in the ordinary course of business.   I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury, under the laws of California, that the foregoing is true and correct.   Executed on September 14, 2020, at Sunnyvale, California.

/s/ William J. Healy
William J. Healy