Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel.:   (415) 616-0466
Fax:   (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: jhayes@fhlawllp.com
Email: rwitthans@fhlawllp.com

Proposed attorneys for Michael G. Kasolas,
Liquidating Trustee

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ROBERT BROWER, SR.,<br><br>Debtor. | Case No. 15-50801-MEH<br>Chapter 11<br><br>**NOTICE OF PLAN AND LIQUIDATING TRUST EFFECTIVE DATE** |

**PLEASE TAKE NOTICE** that *Creditor MUFG Union Bank, N.A.'s Third Amended Combined Plan of Reorganization and Disclosure Statement Dated November 2, 2017* (the "Plan"), ECF 233, was confirmed by the Court on November 6, 2017, ECF 236.

**PLEASE TAKE FURTHER NOTICE** that, as set forth in (1) the *Stipulation Regarding Condition to Effectiveness of Confirmed Plan*, ECF 259, approved by the Court on February 20, 2020, ECF 261; and (2) the *Stipulation Regarding Payment of Fees and Plan Effective Date*, ECF 266, approved by the Court on September 15, 2020, ECF 270; all conditions precedent to the Effective Date[1] of the Plan have been satisfied. *See* Plan at Article X.

---

[1] Unless otherwise defined, capitalized terms have the meanings defined in the Plan.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Plan, the Effective Date of the Plan and the Liquidating Trust is **September 15, 2020**. As of the Effective Date date, all assets of the Debtor's estate shall be transferred to the Liquidating Trust.

**PLEASE TAKE FURTHER NOTICE** that claims arising from the rejection of executory contracts or unexpired leases must be filed no later than 30 days after the Effective Date (*i.e.*, October 15, 2020). *See* Plan at Article VIII.

**PLEASE TAKE FURTHER NOTICE** that requests for allowance of administrative claims incurred during the period beginning on the day after the Confirmation Date and ending on the Effective Date shall be filed no later than 60 days after the Effective Date (*i.e.*, November 14, 2020). *See* Plan at Article VII.A.

**PLEASE TAKE FURTHER NOTICE** that the Plan and all related documents are available via CM/ECF or by contacting the Liquidating Trustee's counsel, Ryan Witthans, at rwitthans@fhlawllp.com.

Dated September 15, 2020                    FINESTONE HAYES LLP

                                            /s/ Ryan A. Witthans
                                            Ryan A. Witthans
                                            Proposed attorneys for Michael G. Kasolas,
                                            Liquidating Trustee

NOTICE OF EFFECTIVE DATE                                                    2/2