Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Telephone:   (415) 616-0466
Facsimile:    (415) 398-2820
Email:         sfinestone@fhlawllp.com
Email:         jhayes@fhlawllp.com
Email:         rwitthans@fhlawllp.com

Proposed Attorneys for Michael G. Kasolas,
Liquidating Trustee

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No. 15-50801-MEH |
| ROBERT BROWER, SR., | Chapter 11 |
| Debtor. | **DECLARATION OF JENNIFER C. HAYES IN SUPPORT OF APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF COUNSEL (FINESTONE HAYES LLP) NUNC PRO TUNC TO MAY 1, 2020** |

I, Jennifer C. Hayes, declare:

1.  I am a partner in the law firm of Finestone Hayes LLP, which LLP is a small firm with currently two partners, Stephen D. Finestone and Jennifer C. Hayes, and one associate, Ryan A. Witthans.

2.  On behalf of Finestone Hayes LLP, I have reviewed all creditors identified by the Debtor on his Schedules and Statement of Financial Affairs.

3.  Based on my review, I am informed and believe that there are no conflicts or other connections between Finestone Hayes LLP and the Debtor, creditors, or parties in interest, or their attorneys or accountants, or the United States Trustee or any person employed in the Office of the United States Trustee. I am not aware of any other connections between Finestone

Hayes LLP or its attorneys or independent contractors with the Debtor or the other parties identified in the previous sentence.

4. Finestone Hayes LLP has not agreed to share any of the compensation it receives in this case with any person other than to share this compensation among its partners and employees.

5. Based on the above, I am informed and believe that Finestone Hayes LLP is a disinterested person and holds no interest adverse to the estate.

6. I began working on the with the Liquidating Trustee on May 1, 2020. The delay between the commencement of work and the filing of this employment application was due to various reasons outside of my control or the control of the Liquidating Trustee, including:

   a. the lack of certainty over the scope of the estate's interest in Coastal Cypress Corporation, which was decided by the Court by order and judgment dated September 9, 2020;

   b. the pendency of Patricia Brower's appeal regarding her alleged interest in the real property commonly known as 28088 Barn Way, Carmel-by-the-Sea, CA 93923 (the "Carmel Townhouse"), which risked preventing the closing of the sale of the Carmel Townhouse, which closed at the end of August, 2020;

   c. the efforts of the Liquidating Trustee, working closely with counsel for the Bank to try and obtain the agreement of William J. Healy to subordinate his administrative claim to the administrative claims of the Liquidating Trust;

   d. the payment of the back-due quarterly U.S. Trustee fees of $3,250, which Proposed Counsel is informed and believes were required to be paid before the Plan could go effective. Those back-due U.S. Trustee fees were paid on September 11, 2020;

   e. the need for the Liquidating Trustee to consult with his proposed accountant to evaluate tax issues with respect to the Liquidating Trust and its trust property; and

    f. the fact that the Liquidating Trust is created by the confirmed Plan, and the Plan did not become effective until September 15, 2020.

  I declare under penalty of perjury that the above statements are true and with respect to those matters stated on information and belief, I believe them to be true.  This Declaration was executed in San Diego County, California on September 18, 2020.

                */s/ Jennifer C. Hayes*
                Jennifer C. Hayes

HAYES DEC. ISO APPLICATION FOR ORDER AUTHORIZING
EMPLOYMENT OF COUNSEL (FINESTONE HAYES LLP)  3/3

Case: 15-50801  Doc# 273-1  Filed: 09/18/20  Entered: 09/18/20 15:04:55  Page 3 of 3