Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Telephone: (415) 616-0466
Facsimile: (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: jhayes@fhlawllp.com
Email: rwitthans@fhlawllp.com

Proposed Attorneys for Michael G. Kasolas,
Liquidating Trustee

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ROBERT BROWER, SR.,<br><br>Debtor. | Case No. 15-50801-MEH<br><br>Chapter 11<br><br>AMENDED[1] PROOF OF SERVICE OF APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF COUNSEL (FINESTONE HAYES LLP) NUNC PRO TUNC TO MAY 1, 2020 |

I am over the age of 18 and not a party to this action. My business address is 456 Montgomery Street, Floor 20, San Francisco, California 94104. I caused an authentic copy of the following documents:

1. **APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF COUNSEL (FINESTONE HAYES LLP) NUNC PRO TUNC TO MAY 1, 2020; and**
2. **DECLARATION OF JENNIFER C. HAYES IN SUPPORT OF APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF COUNSEL (FINESTONE HAYES LLP) NUNC PRO TUNC TO MAY 1, 2020.**

to be served in the manner stated below.

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**
Pursuant to controlling General Orders and Local Bankruptcy Rules, the forgoing documents will be served by the court via NEF and link to the document. On September 18, 2020, I checked the CM/ECF docket for this action and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below.

---

[1] This document is amended to reflect the correct signing location.

AMENDED POS RE APPLICATION FOR ORDER AUTHORIZING
EMPLOYMENT OF COUNSEL (FINESTONE HAYES LLP) 1/2

| | |
|---|---|
| 1 | David W. Balch on behalf of Creditor Coastal Cypress Corporation<br>david@lg-attorneys.com, michelle@lg-attorneys.com |
| 2 | |
| 3 | Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SJ<br>trevor.fehr@usdoj.gov |
| 4 | |
| 5 | William J. Healy on behalf of Creditor Campeau Goodsell Smith, L.C.<br>wjhealy7@gmail.com |
| 6 | Michael Lauter on behalf of Creditor MUFG Union Bank, N.A.<br>mlauter@sheppardmullin.com |
| 7 | |
| 8 | Office of the U.S. Trustee / SJ<br>USTPRegion17.SJ.ECF@usdoj.gov |
| 9 | |
| 10 | Steven B. Sacks on behalf of Creditor MUFG Union Bank, N.A.<br>ssacks@srclaw.com, ksieckman@srclaw.com |
| 11 | Steven B. Sacks on behalf of Plaintiff MUFG Union Bank, N.A.<br>ssacks@sheppardmullin.com, ksieckman@srclaw.com |
| 12 | |
| 13 | Babak Samini on behalf of Defendant Anthony Nobles<br>bsamini@saminilaw.com, nprado@saminilaw.com |
| 14 | |
| 15 | Ryan A. Stubbe on behalf of Debtor Robert S. Brower, Sr.<br>ryan@jlglawyers.com, nef.jlglawyers@gmail.com |
| 16 | |
| 17 | Isaiah Weedn on behalf of Creditor MUFG Union Bank, N.A.<br>iweedn@sheppardmullin.com, cdubienny@sheppardmullin.com |
| 18 | Ryan A. Witthans on behalf of Trustee Michael G. Kasolas<br>rwitthans@fhlawllp.com |

**2. SERVED BY FIRST-CLASS MAIL**

Pursuant to Federal Rule of Civil Procedure 5 and any controlling Local Bankruptcy Rules, on September 18, 2020, I served the following persons and/or entities by First-Class Mail.

Office of the U.S. Trustee
450 Golden Gate Ave., 5th Floor
Suite #05-0153
San Francisco, CA 94102

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 18, 2020, in Fayetteville, Arkansas.

*Ryan A. Witthans*
Ryan A. Witthans

AMENDED POS RE APPLICATION FOR ORDER AUTHORIZING
EMPLOYMENT OF COUNSEL (FINESTONE HAYES LLP)                                    2/2

Case: 15-50801    Doc# 275    Filed: 09/18/20    Entered: 09/18/20 15:13:27    Page 2 of 2