Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel.:   (415) 616-0466
Fax:    (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: jhayes@fhlawllp.com
Email: rwitthans@fhlawllp.com

Proposed attorneys for Michael G. Kasolas,
Liquidating Trustee

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| In re | Case No. 15-50801-MEH |
|---|---|
| ROBERT BROWER, SR., | Chapter 11 |
| Debtor. | **NOTICE OF LIQUIDATING TRUSTEE'S FEE INCREASE**[1] |

**PLEASE TAKE NOTICE THAT** the standard hourly billing rate charged by Michael G. Kasolas (the "Liquidating Trustee," administering the "Liquidating Trust") and the Liquidating Trustee's administrative staff are increased as follows, effective immediately:

| **Description** | **New Rate** |
|:---:|:---:|
| Liquidating Trustee | $600/hr. |
| Administrative Staff | $125/hr. |

The above rates replace the previous billing rates as set forth in 2017 in the *Liquidating Trust Agreement* at § 3.1. ECF 233 at 37 ($450/hr. for the Liquidating Trustee and $85/hr. for the Liquidating Trustee's staff). These increases represent three years of customary and reasonable hourly billing rate increases and bring the Liquidating Trustee's compensation in this case in line with his current rates in other pending bankruptcy cases. The Liquidating Trustee's

---

[1] "ECF" references are to the docket in the above-captioned proceeding.

NOTICE OF LIQUIDATING TRUSTEE'S FEE INCREASE                                                      1/2

compensation for services in the administration of the Liquidating Trust are still constrained by the caps set forth in the *Liquidating Trust Agreement* at § 3.2(a). *Id.* (20% of the first $100,000 distributed, and 10% of any remaining distributions over $100,000).

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to the confirmed and effective *Creditor MUFG Union Bank, N.A.'s Third Amended Combined Plan of Reorganization and Disclosure Statement Dated November 2, 2017* (the "Plan"), this notice will be served on the Office of the United States Trustee and those persons who have filed with the Bankruptcy Court and served upon the Liquidating Trustee a request for post-effective date notice (in addition to CM/ECF notice recipients). Plan at Article XVI § G. Because this notice relates to fees paid by the Liquidating Trust, notice will also be served on MUFG Union Bank, N.A., in addition to the parties listed above.

Dated September 24, 2020

*/s/ Michael G. Kasolas*
Michael G. Kasolas
Liquidating Trustee