SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
ORI KATZ, Cal. Bar No. 209561
okatz@sheppardmullin.com
MICHAEL M. LAUTER, Cal. Bar No. 246048
mlauter@sheppardmullin.com
ISAIAH Z. WEEDN, Cal. Bar No. 229111
iweedn@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947

Attorneys for Creditor,
MUFG UNION BANK, N.A.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No. 15-50801 |
| ROBERT BROWER, SR., | Chapter 11 |
| Debtor. | **CERTIFICATE OF SERVICE** |

| | |
|---|---|
| 1 | At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 333 S. Hope Street, 43rd Floor, Los Angeles, CA 90071. |
| 2 | |
| 3 | On November 17, 2020, I served true copies of the following document(s) described as: |
| 4 | **MUFG UNION BANK, N.A.'S APPLICATION FOR ALLOWANCE And PAYMENT OF ADMINISTRATIVE CLAIM** |

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 333 S. Hope Street, 43rd Floor, Los Angeles, CA 90071.

On November 17, 2020, I served true copies of the following document(s) described as:

**MUFG UNION BANK, N.A.'S APPLICATION FOR ALLOWANCE And PAYMENT OF ADMINISTRATIVE CLAIM**

**NOTICE AND OPPORTUNITY FOR HEARING ON CREDITOR MUFG UNION BANK, N.A.'S APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM**

**DECLARATION OF MICHAEL LAUTER IN SUPPORT OF CREDITOR MUFG UNION BANK, N.A.'S APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM**

on the interested parties in this action as follows:

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred.

*Liquidating Trustee*
Michael G. Kasolas
P.O. Box 27526
San Francisco, CA 94127

*Counsel for Liquidating Trustee*
Jennifer C. Hayes
Finestone Hayes LLP
456 Montgomery St., 20th Fl
San Francisco, CA 94104
(415) 616-0466
Email: jhayes@fhlawllp.com

*United States Trustee*
Trevor Ross Fehr
Office of the U.S. Trustee
280 S 1st St. #268
San Jose, CA 95113
(408) 535-5525

*Counsel for Robert Brower, Sr.*
David W. Balch
L+G, LLP
318 Cayuga Str
Salinas, CA 93901
(831) 754-2444
Email: david@lg-attorneys.com

*Creditor William J. Healy, Esq.*
William J. Healy, Esq.
Law Office of William J. Healy
748 Holbrook Pl
Sunnyvale, CA 94087
(p) 408-373-4680
wjhealy7@gmail.com

**BY BK/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the BK/ECF system. Participants in the case who are registered BK/ECF users will be served by the BK/ECF system. Participants in the case who are not registered BK/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 17, 2020, at Los Angeles, California.

                                        */s/ Shadi Farzan*
                                        Shadi Farzan