Entered on Docket
February 10, 2021
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

LAW OFFICE OF WILLIAM J. HEALY
WILLIAM J. HEALY, #146158
748 Holbrook Pl
Sunnyvale, CA 94087
Telephone: (408) 373-4680

ATTORNEYS FOR
Administrative Claimant
William J. Healy

The following constitutes the order of the Court.
Signed: February 10, 2021

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| In re: | Case No. 15-50801 |
| ROBERT S. BROWER, Sr., | CHAPTER 11 |
| Debtor. | **ORDER SETTING STATUS CONFERENCE** |
| | Date: 03/04/21 |
| | Time: 10:00 a.m. |
| | Judge: Hon. M. Elaine Hammond |

The Court having considered the **EX PARTE APPLICATION FOR ORDER FOR STATUS CONFERENCE** ("Application") filed by William J. Healy, assignee of the administrative claim of Campeau Goodsell Smith, L.C. ("Healy" or "Administrative Claimant"), and good cause appearing:

IT IS HEREBY ORDERED that:

1. The Ex Parte Application is approved; and

2. A Status Conference is scheduled for March 4, 2021 at 10:00 a.m. Written Status Conference Statements, if any, shall be filed and served by February 25, 2021.

***End of Order***

Court Service List

All ECF Recipients