Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel.:   (415) 616-0466
Fax:   (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: jhayes@fhlawllp.com
Email: rwitthans@fhlawllp.com

Attorneys for Michael G. Kasolas,
Liquidating Trustee

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ROBERT BROWER, SR.,<br><br>Debtor. | Case No. 15-50801-MEH<br>Chapter 11<br><br>**MOTION FOR TURNOVER UNDER 11 U.S.C. §542(e)**<br><br>Date: March 18, 2021<br>Time: 10:00 a.m.<br>Place:  Tele/videoconference<br><br>*Please check www.canb.uscourts.gov for information regarding the Court's operations due to the COVID-19 pandemic.* |

Pursuant to 11 U.S.C. §542(a), Liquidating Trustee Michael G. Kasolas (the "Trustee") hereby moves the Court for an order requiring Patricia Brower and the Internal Revenue Service to turn over to the Trustee certain recorded information in their possession relating to American Commercial Properties, Inc. ("ACP"), which is an entity wholly owned by the bankruptcy estate.

## I. RELIEF SOUGHT

As to the Internal Revenue Service, the Trustee seeks entry of an order requiring the turnover of ACP's tax returns for 2016-2019 by March 31, 2021, so that the Trustee's accountant has the tax returns needed to prepare ACP's federal and state income tax returns the returns in advance of the April 15, 2021 tax filing deadline.

As to Patricia Brower, the Trustee seeks entry of an order requiring the turnover of all documents relating to ACP, including work papers, financial statements, bank account statements, check registers, financial account statements, loan applications, ledgers, Quickbooks, tax return preparation documents, and copies of ACP's tax returns.

## II. BACKGROUND

On or about January 14, 2021, ACP received proceeds totaling $926,707.28 from the sale of real property commonly known as 28088 Barn Way, Carmel, CA 93923 (the "Property"). The Trustee is unable to determine the tax consequence of sale of the Property or file a tax return and without ACP's tax returns. The Trustee's accountant, Richard Pierotti, has confirmation from the Internal Revenue Service (the "IRS") that ACP filed a tax return for 2019, but has been unable to date to receive a copy. Mr. Pierotti tried to obtain the tax return directly from Ms. Brower, who returned Mr. Pierotti's call on or about December 17, 2020, shortly after he had spoken with the IRS confirming that ACP had filed its 2019 tax return. However, Ms. Brower has not been cooperative. Mr. Pierotti tried calling Ms. Brower back several times, but she has not returned his calls, nor has she provided to him the ACP tax returns he requested. When it became clear that Ms. Brower would not cooperate in turning over the ACP tax returns, Mr. Pierotti, submitted a 4506 Request for Tax Form to the IRS on or about January 5, 2021, requesting from the IRS ACP tax returns for 2016-2019. Mr. Pierotti does not anticipate that he will receive the requested tax returns from the IRS before the April 15, 2021 tax filing deadline.

The Trustee is in need of the specified documents so that he can perform his duties under the Bankruptcy Code.

Section 542(e) provides as follows:

Subject to any applicable privilege, after notice and a hearing, the court may order an attorney, accountant, or other person that holds recorded information, including books, documents, records, and papers, relating to the debtor's property or financial affairs, to turn over or disclose such recorded information to the trustee.

As to the relief sought against the IRS, Bankruptcy Code section 106(a)(1) provides a waiver of sovereign immunity with respect to section 542. 11 U.S.C. § 106(a)(1).

The Trustee contends that good cause exists for the Court to issue an order compelling the Internal Revenue Service to turn over ACP's tax returns for 2016-2019 and Patricia Brower to turn over all recorded information relating to ACP.

Based on the foregoing, the Trustee requests entry of an order compelling: (1) the Internal Revenue Service to turn over the 2016-2019 tax returns for American Commercial Properties, Inc. by no later than March 31, 2021; and (2) Patricia Brower to turn over all documents or other recorded information of any kind in her actual or constructive possession related to American Commercial Properties, Inc. by no later than March 31, 2021.

Dated February 15, 2021　　　　　　　　　　FINESTONE HAYES LLP

　　　　　　　　　　　　　　　　　　　　　*Jennifer C. Hayes*
　　　　　　　　　　　　　　　　　　　　　Jennifer C. Hayes
　　　　　　　　　　　　　　　　　　　　　Attorneys for Michael G. Kasolas,
　　　　　　　　　　　　　　　　　　　　　Liquidating Trustee