Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel.:   (415) 616-0466
Fax:   (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: jhayes@fhlawllp.com
Email: rwitthans@fhlawllp.com

Attorneys for Michael G. Kasolas,
Liquidating Trustee

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ROBERT BROWER, SR.,<br><br>Debtor. | Case No. 15-50801-MEH<br>Chapter 11<br><br>**DECLARATION OF MICHAEL G. KASOLAS IN SUPPORT OF MOTION FOR TURNOVER UNDER 11 U.S.C. §542(e)**<br><br>Date: March 18, 2021<br>Time: 10:00 a.m.<br>Place: Tele/videoconference<br><br>*Please check www.canb.uscourts.gov for information regarding the Court's operations due to the COVID-19 pandemic.* |

I, Michael G. Kasolas, declare as follows:

1.     I am over the age of eighteen years and am competent to make this declaration. I have personal knowledge of the facts set forth below, except those stated on information and belief, and as to those facts, I am informed and believe them to be true. If called upon to testify as a

1. witness, I could and would competently testify to those facts. I am the Court-appointed Liquidating Trustee in the above captioned bankruptcy case.

2. I need the federal income tax returns of American Commercial Properties, Inc. ("ACP") in order for the Liquidating Trust's accountant, Richard Pierotti to be able to prepare a tax return for ACP by the April 15, 2021 deadline for doing so. ACP is an entity wholly owned by the bankruptcy estate, which is an asset I am administering under the Liquidating Trust. I am the sole officer and director of ACP. On behalf of ACP, I opened a bank account at East West Bank (the "ACP Bank Account").

3. On or about January 14, 2021, I received into the ACP Bank Account proceeds totaling $926,707.28 from the sale of ACP's real property commonly known as 28088 Barn Way, Carmel, CA 93923 (the "Property"). I am holding the sale proceeds in the ACP Bank Account, pending receipt of the ACP tax return(s) needed by Mr. Pierotti to analyze the tax consequences of sale of the Property and the assets and liabilities of ACP.

4. I have only very limited records for ACP, such as a 2010 tax return for ACP and corporate governance documents for ACP.

I declare under penalty of perjury that the above statements are true and, with respect to those matters stated on information and belief, I believe them to be true. This Declaration was executed in San Francisco County, California on February 15, 2021.

                                                *Michael G. Kasolas*
                                                Michael G. Kasolas