Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel.:   (415) 616-0466
Fax:   (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: jhayes@fhlawllp.com
Email: rwitthans@fhlawllp.com

Attorneys for Michael G. Kasolas,
Liquidating Trustee

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ROBERT BROWER, SR.,<br><br>Debtor. | Case No. 15-50801-MEH<br>Chapter 11<br><br>**DECLARATION OF RICHARD PIEROTTI IN SUPPORT OF MOTION FOR TURNOVER UNDER 11 U.S.C. §542(e)**<br><br>Date: March 18, 2021<br>Time: 10:00 a.m.<br>Place: Tele/videoconference<br><br>*Please check www.canb.uscourts.gov for information regarding the Court's operations due to the COVID-19 pandemic.* |

I, Richard Pierotti, declare as follows:

1.  I am over the age of eighteen years and am competent to make this declaration. I have personal knowledge of the facts set forth below, except those stated on information and belief, and as to those facts, I am informed and believe them to be true. If called upon to testify as a witness, I could and would competently testify to those facts. I am a Certified Public Accountant

DEC. PIEROTTI ISO MOTION FOR TURNOVER                                                                                         1/2

1. and Certified Insolvency and Restructuring Advisor and am a partner at Kokjer, Pierotti, Maiocco, & Duck, LLP (the "Firm"). I have worked in public accounting for thirty-six years. I have extensive experience in performing tax and accounting services. I am employed in the above-captioned case as the accountant to the Liquidating Trustee, Michael Kasolas.

2. I need the federal income tax returns of American Commercial Properties, Inc. ("ACP") in order to be able to prepare federal and state income tax returns for ACP by the April 15, 2021 deadline. In December 2020, I received confirmation from the Internal Revenue Service that ACP filed a tax return for 2019, but I have been unable to receive a copy of ACP's 2019 tax return. The most recent tax return I have for ACP is 2010.

3. Because I knew it would be much faster to obtain the ACP tax returns directly from ACP's former officer and director Patricia Bower, I tried to obtain ACP's tax returns directly from Ms. Brower. Ms. Brower returned my call on or about December 17, 2020, shortly after I had spoken with the IRS confirming that ACP had filed its tax returns. I tried calling Ms. Brower back several times, but I have not received a call back.

4. When it became clear that Ms. Brower would not cooperate in turning over ACP's tax returns, I submitted a 4506 Request for Tax Form on behalf of the Trustee on or about January 5, 2021, requesting from the IRS ACP tax returns for 2016-2019. While the process for obtaining tax returns via 4506 Request normally takes approximately six to eight weeks, COVID has caused significant delays in obtaining documents from the Internal Revenue Service. Accordingly, I do not expect the IRS to provide me with the ACP tax returns via the 4506 Request until after the April 15, 2021 tax filing deadline.

I declare under penalty of perjury that the above statements are true and, with respect to those matters stated on information and belief, I believe them to be true. This Declaration was executed in San Francisco County, California on February 15, 2021.

                                                *Richard Pierotti*
                                                Richard Pierotti