

Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel.:   (415) 616-0466
Fax:   (415) 398-2820
Email: jhayes@fhlawllp.com

Attorneys for Michael G. Kasolas,
Liquidating Trustee

**Entered on Docket
February 25, 2021
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

The following constitutes the order of the Court.
Signed: February 25, 2021

_____
**M. Elaine Hammond
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

In re

ROBERT BROWER, SR.,

Debtor.

Case No. 15-50801-MEH
Chapter 11

**ORDER AUTHORIZING EMPLOYMENT OF REAL ESTATE BROKERS**

Michael G. Kasolas (the "Liquidating Trustee"), the liquidating trustee of the above-captioned bankruptcy case, filed his *Application for Order Authorizing Employment of Real Estate Brokers* (the "Application") on February 17, 2021. ECF 296. Having considered the Application, the supporting declarations of Nathan Genovese and Evan Thomas, and it appearing that employment of real estate brokers will be in the best interests of the Liquidating Trust, that the brokers do not represent any interest adverse to the estate and/or the Liquidating Trust, and that notice and a hearing are not necessary in connection with the proposed employment, the Bankruptcy Court hereby orders as follows:

1. The Liquidating Trustee is authorized to employ Nathan Genovese and Evan Thomas of Tim Rhodes & Associates LLC, dba RE/MAX Coastal (together, the "Brokers") for the purposes and under the terms set forth in the Application.

2. Pursuant to the Liquidating Trust Agreement and the terms of the confirmed Plan, any sale may, but shall not be required to, be approved by the Bankruptcy Court. ECF 233 at 40, § 3.5(e).

3. The Liquidating Trustee shall disclose and disburse all amounts to be paid pursuant to this Application and the Listing Agreement pursuant to the provisions of the Liquidating Trust Agreement. ECF 233 at 43–44, §§ 3.11 (expense reimbursement and compensation), 3.12 (retention and payment of professionals). Compensation of retained professionals shall be on ten days' notice. ECF 223 at 43–44, § 3.12. No formal application for compensation is required, and no Bankruptcy Court approval is required for the payment of undisputed portions of fees. *Id.*

4. The Brokers shall not engage in dual representation or undertake representation of any interest adverse to the estate.

**\* \* \* \* END OF ORDER \* \* \* \***

**COURT SERVICE LIST**

[*ECF recipients only*]