UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Robert S. Brower, Sr.
Case No. 15-50801 MEH

SEE ATTACHED DISCLOSURE STATEMENT

Debtor. For the period 11/6/17 to 12/31/17 [1]

The revested debtor hereby submits the following post-confirmation report for this calendar quarter:

1. Date of entry of order confirming plan: 11/06/2017

2. Cash balance at beginning of quarter: -
   Total receipts during quarter: -
   Total disbursements during quarter: -
   Cash balance at end of quarter: -

3. Payments made pursuant to the Plan this quarter: -

   Total payments to be made pursuant to the Plan: Unknown
   Cumulative paid to date: -
   Balance remaining to be made under the Plan: Unknown

   As of the end of this reporting period | Yes | No

4. Are all payments required by the confirmed plan current at this time? [If not, attach explanatory statement identifying payments not made (by creditor, amount and date due), reason for non-payment, and an estimated date as to when payments will be brought current.]  X

5. Do you currently anticipate a circumstance/event which will cause an interruption or cessation of payments or other performance under the Plan? (If yes, attach an explanatory statement.)   X

6. Have quarterly fees due to the United States Trustee to the date of this report been paid pursuant to 28 U.S.C. § 1930(a)(6) and the Plan?  X

---

[1] First report shall be filed for the portion of the calendar quarter from date of confirmation to the end of quarter, and subsequent reports shall be filed at the expiration of each calendar quarter thereafter until dismissal, conversion or entry of a final decree closing the case. Reports shall be filed with the court and served on the UST not later than twenty (20) days after expiration of the reported period.

|  |  | Yes | No |
|---|---|---|---|
| 7. | Have all motions, contested matters, and adversary proceedings been resolved? (If no, for each such pending motion, contested matter or adversary proceeding, identify the parties and nature of the dispute and state the anticipated resolution.) |  | X |
| 8. | Has the order confirming the Plan become nonappealable? | X |  |
| 9. | Have deposits, if any, required by the Plan been distributed pursuant to the Plan? (If no, please explain.) | N/A |  |
| 10. | Has any property proposed by the Plan to be transferred been transferred pursuant to the Plan? | N/A |  |
| 11. | Does any property remain to be transferred pursuant to the Plan? (If yes, identify each such property and the anticipated date of transfer pursuant to the Plan.) |  | X |
| 12. | Has the revested debtor(s) or the successor of the debtor(s) assumed the business or management of the property dealt with by the Plan? | X |  |
| 13. | Anticipated date of motion for final decree: | Unknown |  |

I declare under penalty of perjury that the statements set forth above are true and accurate.

| 2/23/21 | /s/ Michael G. Kasolas |
|---|---|
| Dated | Responsible Individual (signature) |
|  | Michael G. Kasolas, Liquidating Trustee |
|  | Print Name |

Current Address:
P.O. Box 27526
San Francisco, CA 94127

Telephone Number:
415-504-1926

ROBERT S. BROWER, SR.
CASE NO. 15-50801 MEH
POST CONFIRMATION REPORT-QUESTION 7
FOR THE PERIOD NOVEMBER 6, 2017 THROUGH DECEMBER 31, 2017

Open motions, contested matters and adversary proceedings filed as of February 23, 2021 -

| Case No. | Plantiff | Defendant(s) | Description | Anticipated Resolution |
|---|---|---|---|---|
| 15-50801 | Kasolas, Trustee | IRS/Patricia Brower | Corporate tax return turnover | Unknown |
| #17CV002859 Monterey County Sup Ct. | Coastal Cypress Corp | MUFG Union Bank | Judgment 3/30/20 | Unknown |
| #H048178 6th App. Ct. | Coastal Cypress Corp | MUFG Union Bank | Appeal initated 6/8/20 | Unknown |
| #M129403 Monterey County Sup Ct. | MUFG Union Bank | Mulitple including Debtor | Multiple judgments | Unknown |
| #H048009 6th App. Ct. | MUFG Union Bank | Mulitple including Debtor | Appeal initiated 4/2/20 | Unknown |

Other potential matters-

In addition to the above cases, the Liquidating Trustee is in the process of evaluating potential actions against various other parties.

**ROBERT S. BROWER, SR.**
**POST CONFIRMATION REPORT DISCLOSURE STATEMENT**
**CASE NO. 15-50801 MEH**
**FOR THE PERIOD NOVEMBER 6, 2017 THROUGH DECEMBER 31, 2017**

The Debtor's Plan of Liquidation was confirmed by order of the Court dated November 6, 2017. Michael G. Kasolas was appointed trustee of the Liquidating Trust, the entity created by the Plan for post-confirmation administration of the Debtor's assets. Mr. Kasolas is filing this report in his capacity as trustee of the Liquidating Trust.