Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel.:  (415) 616-0466
Fax:   (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: jhayes@fhlawllp.com
Email: rwitthans@fhlawllp.com

Attorneys for Michael G. Kasolas,
Liquidating Trustee

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ROBERT BROWER, SR.,<br><br>Debtor. | Case No. 15-50801-MEH<br>Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER GRANTING MOTION FOR TURNOVER UNDER 11 U.S.C. §542(e)** |

**PLEASE TAKE NOTICE THAT,** on March 22, 2021, the Cout entered the attached Order Granting Motion for Turnover Under 11 U.S.C. §542(e) (ECF 317).

Dated March 22, 2021                    FINESTONE HAYES LLP

*Jennifer C. Hayes*
Jennifer C. Hayes
Attorneys for Michael G. Kasolas,
Liquidating Trustee

NOTICE OF ENTRY OF ORDER                                              1/1

Entered on Docket
March 22, 2021
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



1  Stephen D. Finestone (125675)
2  Jennifer C. Hayes (197252)
   Ryan A. Witthans (301432)
3  FINESTONE HAYES LLP
   456 Montgomery Street, Floor 20
4  San Francisco, CA 94104
   Tel.:  (415) 616-0466
5  Fax:   (415) 398-2820
   Email: sfinestone@fhlawllp.com
6  Email: jhayes@fhlawllp.com
   Email: rwitthans@fhlawllp.com
7
   Attorneys for Michael G. Kasolas,
8  Liquidating Trustee

The following constitutes the order of the Court.
Signed: March 22, 2021

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

In re

ROBERT BROWER, SR.,

Debtor.

Case No. 15-50801-MEH
Chapter 11

**ORDER GRANTING MOTION FOR TURNOVER UNDER 11 U.S.C. §542(e)**

Date: March 18, 2021
Time: 10:00 a.m.
Place: Tele/videoconference

.

On March 18, 2021, the Court held a hearing on the Motion for Turnover Under 11 U.S.C. §542(a) (ECF 293) (the "Motion") filed by Liquidating Trustee Michael G. Kasolas (the "Trustee"). Appearances were as noted on the record. Upon due consideration, it appearing that notice was appropriate under the circumstances, and for the reasons stated on the record at the hearing, the Court hereby orders as follows:

1. The Motion is granted.

2. By no later than March 31, 2021, the Internal Revenue Service shall turn over to the Trustee the 2016-2019 tax returns for American Commercial Properties, Inc. by email and/or mail to the Trustee's accountant, Richard Pierotti, Kokjer, Pierotti, Maicocco & Duck, LLP, 333 Pine St., 5th Floor, San Francisco, CA 94104, rpierotti@kpmd.com.

3. By no later than March 31, 2021, Patricia Brower shall turn over all documents or other recorded information of any kind in her actual or constructive possession related to American Commercial Properties, Inc. by email and/or mail to the Trustee's accountant, Richard Pierotti, Kokjer, Pierotti, Maicocco & Duck, LLP, 333 Pine St., 5th Floor, San Francisco, CA 94104, rpierotti@kpmd.com.

4. This Order is effective upon entry, and any stay on the effectiveness imposed by Rule 62(a) of the Federal Rules of Civil Procedure or otherwise shall not apply.

**END OF ORDER**

COURT SERVICE LIST

ECF Participants Only