B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of California

In re  Robert S. Brower, Sr.                ,    Case No.  15-50801

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| William J. Healy & Campeau Goodsell, etc | William J. Healy |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  William J. Healy
  748 Holbrook Pl, Sunnyvale, CA 94087

Court Claim # (if known): #209 & 214
Amount of Claim: $127,757.50
Date Claim Filed: 08/09/2017

Phone: 408-373-4680
Last Four Digits of Acct #: _____

Phone: 408-373-4680
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
  Campeau Goodsell Smith, L.C.   17220
  SW Tall Tree Pl, Beaverton, OR 97007

Phone: 408-373-4680
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: William J. Healy/William J. Healy            Date: 09/07/2021
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

```
 1  LAW OFFICE OF WILLIAM J. HEALY
    WILLIAM J. HEALY, #146158
 2  748 Holbrook Pl
    Sunnyvale, CA 94087
 3  Telephone:  (408) 373-4680

 4  ATTORNEYS FOR
    Administrative Claimant
 5  William J. Healy
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| In re: | Case No. 15-50801 |
| ROBERT S. BROWER, Sr., | CHAPTER 11 |
| Debtor. | **Attachment to Transfer of Claim** |

COMES NOW, William J. Healy, assignee of the administrative claim of Campeau Goodsell Smith, L.C., ("Healy") and submits the following Attachment to Transfer of Claim as follows:

Campeau Goodsell Smith, L.C. was the beneficiary of a Final Order Allowing Fees And Expenses Of Campeau Goodsell Smith, L.C. (Docket#209) and a Request For Payment of Administrative Claim (Docket#214)(jointly "Administrative Claim"). Healy is currently the assignee of the Administrative Claim as such is reflected on the court's docket as a Notice Regarding Transfer of Claim (Docket#255 and 256).

Healy hereby assigns and transfers the Administrative Claim as follows:

½ to Healy and ½ to Campeau Goodsell Smith, L.C.  Payment(s) of the Administrative Claim should be made as follows:

***One-half (½) to William J. Healy at 748 Holbrook Pl, Sunnyvale, CA 94087

***One-half (½) to Campeau Goodsell Smith, L.C. 17220 SW Tall Tree Pl, Beaverton, OR 97007

Dated: September 7, 2021            LAW OFFICE OF WILLIAM J. HEALY
                                    /s/ William J. Healy
                                    William J. Healy