KOKJER, PIEROTTI, MAIOCCO
& DUCK LLP
CERTIFIED PUBLIC ACCOUNTANTS
Richard Pierotti #46794
333 Pine Street, 5th Floor
San Francisco, California 94104
Telephone: (415) 981-4224
E-Mail: rpierotti@kpmd.com

Accountants for Michael G. Kasolas,
Liquidating Trustee

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ROBERT BROWER, SR.,<br><br>Reorganized Debtor. | Case No. 15-50801-MEH<br>Chapter 11<br><br>**THIRD NOTICE OF FEES:**<br>**CHAPTER 11 ADMINISTRATIVE**<br>**CLAIM, ACCOUTANTS' FEES OF**<br>**KOKJER, PIEROTTI, MAIOCCO &**<br>**DUCK LLP FROM JANUARY 1, 2022**<br>**THROUGH SEPTEMBER 26, 2022** |

**TO MUFG UNION BANK, N.A. AND THE OFFICE OF THE UNITED STATES TRUSTEE:**

Pursuant to §§ 3.2 and 3.11 of the Liquidating Trust Agreement, Kokjer, Pierotti, Maiocco & Duck LLP (the "Firm"), accountants for Michael G. Kasolas (the "Liquidating Trustee," administering the "Liquidating Trust") of the estate of the above Debtor, files this *Third Notice of Fees: Chapter 11 Administrative Claim, Fees of Accountants for Liquidating Trustee from January 1, 2022 through September 26, 2022* (the "Fee Notice"), and in support thereof states as follows:

### I. INTRODUCTION

1.  **Debtor:** Debtor filed the above-captioned bankruptcy case on March 11, 2015, following Creditor MUFG Union Bank, N.A.'s ("Union Bank") obtaining of a temporary protective order and writ of attachment in January 2015. *Union Bank's Third Amended*

THIRD CHAPTER 11 CLAIM OF ACCOUNTANTS FOR LIQUIDATING TRUSTEE 1/4

*Combined Plan of Reorganization and Disclosure Statement Dated November 2, 2017* (the "Plan") was confirmed by the Court on November 6, 2017. ECF 233 (Plan), 236 (confirmation order). Pursuant to the Plan, the Effective Date of the Plan and the related Liquidating Trust Agreement was September 15, 2020. ECF 271 (notice of Plan Effective Date). Administrative claims incurred during the period beginning on the day after the Confirmation Date and ending on the Effective Date must be filed no later than 60 days after the Effective Date (*i.e.*, November 14, 2020). *Id.*, Plan at Article VII.A.

2. **Trustee:** Michael G. Kasolas is the duly appointed Liquidating Trustee of the Liquidating Trust. ECF 236 at 2.

3. **Accountant Employment:** On October 6, 2020, this Court entered an Order Authorizing Employment of Accountant (Kokjer, Pierotti, Maiocco & Duck LLP) authorizing the Firm to serve as the Trustee's accountant in this case. ECF 280.

4. **Compensation:** During the course of representing the Trustee for the period January 1, 2022 through September 26, 2022 the Firm performed the services described in this Fee Notice and in the time summaries attached to the supporting Declaration of Richard Pierotti (the "Declaration"). The Firm also incurred the actual and necessary expense itemized in the attachment to the supporting Declaration.

5. **Prior Compensation:** The Firm filed its First Chapter 11 Claim on November 10, 2020 in the sum of $1,900 in fees and $0.00 in actual and necessary expenses, for a total of $1,900 for the period of August 18, 2020 through September 14, 2020. The Firm received payment in full on account of its First Chapter 11 Claim on or about November 29, 2021. The First filed its Second Chapter 11 Fee Claim on January 6, 2022 in the sum of $64,065 in fees and $1,003.37 in actual and necessary expenses, for a total of $65,068.37 for those services rendered and expenses incurred by the Firm for the period of September 15, 2020 through December 31, 2021. The Firm received payment in full on account of its Second Chapter 11 Claim on or about January 25, 2022.

6. **Compliance with Liquidating Trust and Plan:** The Liquidating Trust Agreement provides for payment of professional fees as follows:

> "In order for any professional retained by the Liquidating Trustee to receive

compensation, such professional shall file with Bankruptcy Court a notice listing the amounts of fees and expenses sought and the period covered (the "Fee Notice") and serve the Fee Notice on the Office of the United States Trustee, Union Bank, and the other parties on the Post-Effective Date List. If there is no objection to the requested fees and expenses within ten . . . calendar days of the Fee Notice, the requested amount shall be paid in full when funds are available."

ECF 233, Liquidating Trust Agreement at § 3.2(a). The Plan provides for notices to be served on Union Bank, the Liquidating Trustee, the United States Trustee, and post-Plan confirmation special notice parties. ECF 233, Plan at § XVI.G. There are no post-confirmation special notice parties.

The Liquidating Trust further provides as follows:

If there is no objection to the requested fees and expenses within ten . . . calendar days of the Fee Notice, the requested amount shall be paid in full when funds are available. If any party objects to any portion of the fees or expenses submitted by any such professional, the objecting party shall prepare a written objection specifying the reason the objection is made and the amount to which the objection relates, and serve such written objection on the subject professional, the Liquidating Trustee and its counsel so that it is received within ten . . .calendar days of the service of the Fee Notice. The Liquidating Trustee shall pay the undisputed portion of such fees and expenses from available funds and shall reserve the amount of the disputed fees and expenses pending resolution of said objection by (i) agreement between the party requesting such fees and expenses and the objecting party, or (ii) resolution of the disputed amount by the Bankruptcy Court. Professionals retained by the Liquidating Trustee shall not otherwise be required to file formal applications for Court approval of post-confirmation fees and expenses.

ECF 233, Liquidating Trust Agreement at §3.12.

**7.     Approximate Remaining Funds on Hand:** $355,554.

## II. SUMMARY OF FEES AND EXPENSES

The services performed by the Firm, as described below, were provided from January 1, 2022 through September 26, 2022 on behalf of, and at the request of, the Liquidating Trust. The services rendered by the Firm and expenses incurred, in connection with the Liquidating Trustee's administration of the Liquidating Trust are described in detail in the timesheets attached to the Declaration.

## III. CONCLUSION

In performing the services described in the attached billing sheets from January 1, 2022 through September 26, 2022, the Firm spent 20.3 hours and incurred billable fees of $10,026.50. Thus, the Firm seeks $10,026.50 as its reasonable compensation for its services, calculated on the

basis of the hours and hourly rates listed in the billing records attached to the Declaration.

In addition, in performing its services during the same time period, the Firm incurred actual and necessary expenses of $76.29, as itemized in the billing records attached to the Declaration.

Pursuant to the procedure set forth in § 3.12 of the Liquidating Trust Agreement, the Firm seeks payment of its Chapter 11 Administrative Claim, i.e. payment of the Firm's fees in the sum of $10,026.50 plus expense reimbursement in the sum of $76.29 for a total compensation of $10,102.79, for those services rendered and expenses incurred by the Firm for the period from January 1, 2022 through September 26, 2022.

Dated October 19, 2022

KOKJER, PIEROTTI, MAIOCCO & DUCK LLP

*Richard Pierotti*

Richard Pierotti
Accountants for Michael G. Kasolas,
Liquidating Trustee

KOKJER, PIEROTTI, MAIOCCO
& DUCK LLP
CERTIFIED PUBLIC ACCOUNTANTS
Richard Pierotti #46794
333 Pine Street, 5th Floor
San Francisco, California 94104
Telephone: (415) 981-4224
E-Mail: rpierotti@kpmd.com

Accountants for Michael G. Kasolas,
Liquidating Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

ROBERT BROWER, SR.,

Debtor.

Case No. 15-50801-MEH
Chapter 11

**DECLARATION OF RICHARD PIEROTTI IN SUPPORT OF <u>NOTICE OF FEES</u>: THIRD CHAPTER 11 ADMINISTRATIVE CLAIM, ACCOUNTANTS' FEES OF KOKJER, PIEROTTI, MAIOCCO & DUCK LLP FROM JANUARY 1, 2022 THROUGH SEPTEMBER 26, 2022**

I, Richard Pierotti, declare as follows:

1. I am the Liquidating Trustee's court-appointed accountant in the above-captioned bankruptcy case. I am a partner at Kokjer, Pierotti, Maiocco & Duck LLP (the "Firm"). I make this declaration of my own personal knowledge and could and would testify competently thereto if called upon to do so. As to any matters stated on information and belief, I believe the information to be true and correct. I make this declaration in support of the Firm's Notice of Fees: Third Chapter 11 Administrative Claim, Accoutnants' Fees of Kokjer, Pierotti, Maiocco & Duck

Case: 15-50801    Doc# 346    Filed: 10/19/22    Entered: 10/19/22 12:14:08    Page 5 of 12

LLP from January 1, 2022 through September 26, 2022 (the "Chapter 11 Administrative Claim").

2. I am the accountant responsible for the Firm's representation of Michael G. Kasolas (the "Liquidating Trustee") in this case.

3. I have read the Third Chapter 11 Administrative Claim filed concurrently herewith. To the best of my knowledge and belief, formed after reasonable inquiry, the statements contained therein are true.

4. No payments have been made or promised to the Firm for services rendered in connection with the case, except for payments from the Liquidating Trust in accordance with the procedures set forth in the Liquidating Trust.

5. The compensation and expense reimbursement requested are billed at rates no less favorable than those customarily billed by the Firm.

6. Attached as **Exhibit A** is an authentic copy of the Firm's invoice, which was prepared and maintained in the ordinary course of business, and which accurately reflects the Firm's fees and expenses for this case from January 1, 2022 through September 26, 2022.

I declare under penalty of perjury that the above statements are true and that if called as a witness I could and would testify to their truthfulness. This declaration is executed on October __, 2022 in the County of San Francisco, California.

/s/ Richard Pierotti
Richard Pierotti

# EXHIBIT A

# KOKJER, PIEROTTI, MAIOCCO & DUCK LLP

CERTIFIED PUBLIC ACCOUNTANTS
333 PINE STREET, 5TH FLOOR
SAN FRANCISCO, CA 94104
PHONE (415) 981-4224
FAX (415) 981-2749

RALPH L. KOKJER, JR. (1912-2009)
RICHARD L. PIEROTTI, JR.
FRANK J. MAIOCCO (1932-2018)
CHARLES DUCK, JR.

MEMBERS
AMERICAN INSTITUTE
CERTIFIED PUBLIC ACCOUNTANTS

September 27, 2022

Michael G. Kasolas, Liquidating Trustee
P.O. Box 27526
San Francisco, CA 94127

Re: Robert Brower, Sr.
Case Number: 15-50801 MEH

Dear Michael,

Attached please find our Application for Compensation in the Robert Brower, Sr., case. Our fees are $10,026.50 and expenses are $76.29. The application period is January 1, 2022 through September 26, 2022.

Please let us know if you have any questions or comments. Thank you for getting us involved in the case.

Sincerely,

/s/ Richard Pierotti

Richard Pierotti
Kokjer, Pierotti, Maiocco & Duck LLP

Enclosure

# EXHIBIT A

## BANKRUPTCY ESTATE OF ROBERT S. BROWER, SR. (1/1/2022 TO 9/26/2022) 15-50801 MEH

September 27, 2022  Invoice # 8484

### Professional TIME SUMMARY

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Richard L. Pierotti | 18.10 | 495.00 | $8,959.50 |
| Richard L. Pierotti | 2.20 | 485.00 | $1,067.00 |

| | |
|---|---|
| **Total Fees** | $10,026.50 |
| **Total Expenses** | $76.29 |
| **GRAND TOTAL** | $10,102.79 |

**BANKRUPTCY ESTATE OF ROBERT S. BROWER, SR. (1/1/2022 TO 9/26/2022) 15-50801 MEH**

2

September 27, 2022

Invoice # 8484

### Professional Fees

| | | Hrs/Rate | Amount |
|---|---|---|---|
| | Richard L. Pierotti | | |
| 1/19/2022 | Preparation of post-confirmation quarterly report for the period ending December 31, 2021 | 1.90<br>485.00/hr | 921.50 |
| 1/20/2022 | Review plan regarding administrative claim payments(.10); email to Trustee's attorney regarding the same(.10). Revise December MOR(.10). | 0.30<br>485.00/hr | 145.50 |
| 2/25/2022 | Conference with Trustee regarding American Commercial Properties Federal refund(.10); review 2021 tax return and respond to Trustee regarding amount(.10). | 0.20<br>495.00/hr | 99.00 |
| 4/20/2022 | Preparation of quarterly post-confirmation report for the quarter ended 4/30/22(1.90); email report to Trustee(.10). | 2.00<br>495.00/hr | 990.00 |
| 5/11/2022 | Review post-confirmation report for the 1st quarter of 2022 and calculate UST quarterly fees(.20); email to Trustee regarding payment amount(.10). | 0.30<br>495.00/hr | 148.50 |
| 6/9/2022 | Respond to Trustee's attorney email regarding Delaware dissolution for Coastal Cypress Corporation | 0.10<br>495.00/hr | 49.50 |
| 6/15/2022 | Conference with Delaware regarding liquidation | 0.80<br>495.00/hr | 396.00 |
| 6/20/2022 | Conference with Delaware regarding work required to complete dissolution of Coastal Cypress Corporation(.70). Prepare and file 2021 DE Franchise Tax Report(.90). Email to Trustee's attorney regarding conversation with Delaware(.10). | 1.70<br>495.00/hr | 841.50 |
| 6/21/2022 | 2 follow-up conferences with State of Delaware regarding 2021 and 2022 Franchise Tax(1.20). Prepare and file 2021 amended DE Franchise Tax Report and 2022 DE Franchise Tax Report(.80). 2 emails to Trustee's attorney regarding Franchise Tax Reports(.20). | 2.20<br>495.00/hr | 1,089.00 |
| 6/22/2022 | Schedule 2021 Form 2 transactions into tax reporting categories and calculate gain/loss on liquidation of Coastal Cypress Corporation and American Commercial Properties Inc(1.80). Review plan and claims register; calculate creditor | 6.90<br>495.00/hr | 3,415.50 |

Case: 15-50801    Doc# 346    Filed: 10/19/22    Entered: 10/19/22 12:14:08    Page 10 of 12

# BANKRUPTCY ESTATE OF ROBERT S. BROWER, SR. (1/1/2022 TO 9/26/2022) 15-50801 MEH

3

September 27, 2022                                              Invoice # 8484

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
|  | percentage interests in Liquidating Trust(1.70). Preparation of 2021 Federal and California income tax returns for the Liquidating Trust(3.40). |  |  |
| 6/23/2022 | Review, revise and complete 2021 Federal and California income tax returns | 1.80 495.00/hr | 891.00 |
| 7/18/2022 | Preparation of quarterly post-confirmation report for the quarter ended 6/30/22(1.80); email report to Trustee(.10). | 1.90 495.00/hr | 940.50 |
| 9/20/2022 | Conference with Trustee regarding IRS tax notice for Coastal Cypress | 0.20 495.00/hr | 99.00 |
|  | Subtotal: | 20.30 | 10,026.50 |
|  | **Total Fees:** | **20.30** | **$10,026.50** |

**Additional Costs**

Expenses

| 9/26/2022 | Case Expenses 1/1/2022 to 9/26/2022 (See details following page). | 76.29 |
|---|---|---|
| 9/27/2022 | Case Expenses from 1/1/2022 to 9/26/2022 (See details following page). | No Charge |
|  | Subtotal: | 76.29 |
|  | **Total expenses:** | **$76.29** |
|  | **Total amount of this bill:** | **$10,102.79** |
|  | **Total amount due:** | **$10,102.79** |

| DATE | | COPIES | (AT COST) POSTAGE | FEES & OTHER | INITIAL |
|---|---|---|---|---|---|
| | **Mailing Tax Returns to Liquidating Trustee for signatures** | | | | |
| 6/23/22 | 2021 | | $12.81 | | |
| | | | | | |
| | **Mailing Tax Returns to IRS & FTB** | | | | |
| 6/30/22 | 2021 | | $18.52 | | |
| | | | | | |
| 6/30/22 | Mailing 2021 Grantor Information to Grantors (6) | | $9.36 | | |
| | Copies from Machine Counter | 178 | | | |
| | Total Copies | 178 | | | |
| | x | $0.20 | | | |
| | Sub-Total | $35.60 | $40.69 | $0.00 | |
| | **SUMMARY** | | | | |
| | Copies | $35.60 | | | |
| | Postage at actual cost | $40.69 | | | |
| | Fees & Other | $0.00 | | | |
| | **GRAND TOTAL** | $76.29 | | | |

CASE NAME: ROBERT S. BROWER SR. 15-50801 MEH (1/1/2022 to 9/26/2022)