Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel.:   (415) 616-0466
Fax:   (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: jhayes@fhlawllp.com
Email: rwitthans@fhlawllp.com

Attorneys for Michael G. Kasolas,
Liquidating Trustee

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ROBERT BROWER, SR.,<br><br>Reorganized Debtor. | Case No. 15-50801-MEH<br>Chapter 11<br><br>**NOTICE OF FEES:<br>THIRD CHAPTER 11<br>ADMINISTRATIVE CLAIM,<br>ATTORNEYS' FEES AND EXPENSES<br>OF FINESTONE HAYES LLP FROM<br>JANUARY 1, 2022 THROUGH<br>OCTOBER 18, 2022** |

**TO MUFG UNION BANK, N.A., MICHAEL G. KASOLAS AS LIQUIDATING TRUSTEE, AND THE OFFICE OF THE UNITED STATES TRUSTEE:**

Pursuant to § 3.12 of the Liquidating Trust Agreement[1], Finestone Hayes LLP (the "Firm"), counsel of record for Michael G. Kasolas, Liquidating Trustee (the "Liquidating Trustee," administering the "Liquidating Trust") of the estate of the above Debtor, files its Notice of Fees: Third Chapter 11 Administrative Claim, Attorneys' Fees of Finestone Hayes LLP from January 1, 2022 through October 18, 2022 (the "Fee Notice"), and in support thereof states as follows:

---

[1] *See* Liquidating Trust Agreement, ECF 233 at 32–52.

## I. INTRODUCTION

1. **Debtor:** Debtor filed the above-captioned bankruptcy case on March 11, 2015, following Creditor MUFG Union Bank, N.A.'s ("Union Bank") obtaining of a temporary protective order and writ of attachment in January 2015. *Union Bank's Third Amended Combined Plan of Reorganization and Disclosure Statement Dated November 2, 2017* (the "Plan") was confirmed by the Court on November 6, 2017. ECF 233 (Plan), 236 (confirmation order). Pursuant to the Plan, the Effective Date of the Plan and the related Liquidating Trust Agreement was September 15, 2020. ECF 271 (notice of Plan Effective Date). Administrative claims incurred during the period beginning on the day after the Confirmation Date and ending on the Effective Date must be filed no later than 60 days after the Effective Date (*i.e.*, November 14, 2020). *Id.*, Plan at Article VII.A.

2. **Trustee:** Michael G. Kasolas is the duly appointed Liquidating Trustee of the Liquidating Trust.

3. **Counsel Employment:** On September 28, 2020, this Court entered an Order Authorizing Employment of Counsel (Finestone Hayes LLP) authorizing the Firm to serve as the Trustee's counsel in this case. ECF 278.

4. **Current Compensation:** During the course of representing the Trustee for the period January 1, 2022 through October 18, 2022, the Firm performed the services described in this Fee Notice and in the time summaries attached to the supporting Declaration of Jennifer C. Hayes (the "Declaration"). The Firm also incurred the actual and necessary expenses of $304, as reflected in the attachment to the supporting Declaration. In performing the services described in the billing sheets, for services provided from January 1, 2022 through October 18, 2022, the Firm spent approximately 17 hours and incurred billable fees of $8,417.50, which is reflected in the Firm's invoice dated October 19, 2022. There was a balance owing on unpaid fees of $375.11 as of July 4, 2022, when the Firm ran its most recent invoice prior to its invoice dated October 19, 2022. The total unpaid fees in the invoice dated July 4, 2022 are $375.11. $8,417.50 plus $375.11 equals $8,792.51. Both of the invoices are attached to the accompanying Declaration.

**5. Prior Compensation**: The Firm filed its First Chapter 11 Claim on November 9, 2020 in the sum of $17,430 in fees and $35.00 in actual and necessary expenses, for a total of $17,465 for the period of May 1, 2020 through September 14, 2020. The Firm received payment in full on account of its First Chapter 11 Claim on or about December 1, 2021. The First filed its Second Chapter 11 Claim on January 6, 2022 in the sum of 121,610.35 in fees and $3,996.85 in actual and necessary expenses, for a total of $125,607.20 for the period of September 15, 2020 through December 31, 2022. The First received payment in full on account of its Second Chapter 11 Claim on or about January 26, 2022.

**6. Compliance with Liquidating Trust and Plan:** The Liquidating Trust Agreement provides for payment of professional fees as follows:

> "In order for any professional retained by the Liquidating Trustee to receive compensation, such professional shall file with Bankruptcy Court a notice listing the amounts of fees and expenses sought and the period covered (the "Fee Notice") and serve the Fee Notice on the Office of the United States Trustee, Union Bank, and the other parties on the Post-Effective Date List. If there is no objection to the requested fees and expenses within ten . . . calendar days of the Fee Notice, the requested amount shall be paid in full when funds are available."

ECF 233, Liquidating Trust Agreement at § 3.12. The Plan provides for notice to be served on Union Bank, the Liquidating Trustee, the United States Trustee, and post-Plan confirmation special notice parties. ECF 233, Plan at § XVI.G. There are no post-confirmation special notice parties.

The Liquidating Trust further provides as follows:

> If there is no objection to the requested fees and expenses within ten . . . calendar days of the Fee Notice, the requested amount shall be paid in full when funds are available. If any party objects to any portion of the fees or expenses submitted by any such professional, the objecting party shall prepare a written objection specifying the reason the objection is made and the amount to which the objection relates, and serve such written objection on the subject professional, the Liquidating Trustee and its counsel so that it is received within ten . . .calendar days of the service of the Fee Notice. The Liquidating Trustee shall pay the undisputed portion of such fees and expenses from available funds and shall reserve the amount of the disputed fees and expenses pending resolution of said objection by (i) agreement between the party requesting such fees and expenses and the objecting party, or (ii) resolution of the disputed amount by the Bankruptcy Court. Professionals retained by the Liquidating Trustee shall not otherwise be required to file formal

applications for Court approval of post-confirmation fees and expenses.

ECF 233, Liquidating Trust Agreement at §3.12.

7. **Funds on Hand:** Funds on hand in the Liquidating Trust as of the filing of this fee notice total approximately $355,554.

## II. SUMMARY OF FEES AND EXPENSES

The services performed by the Firm, as described below, were provided from January 1, 2022 through October 18, 2022 on behalf of, and at the request of, the Liquidating Trustee. The services rendered by the Firm, and expenses incurred, in connection with the Liquidating Trustee's administration of the Liquidating Trust are described in detail in the timesheets attached to the Declaration.

## III. CONCLUSION

In performing the services described in the attached billing sheets from January 1, 2022 through October 18, 2022, the Firm spent approximately 17 hours and incurred billable fees of $8,417.50, which is reflected in the Firm's invoice dated October 19, 2022. There was a balance owing on unpaid fees of $375.11 as of July 4, 2022, when the Firm ran its most recent invoice prior to its invoice dated October 19, 2022. The total unpaid fees in the invoice dated July 4, 2022 are $375.11. $8,417.50 plus $375.11 equals $8,792.51. Both of the invoices are attached to the accompanying Declaration.

In addition, in performing its services during the same time period, the Firm incurred an actual and necessary expense of $304, as itemized in the billing records attached to the accompanying Declaration of Jennifer C. Hayes.

Pursuant to the procedure set forth in § 3.12 of the Liquidating Trust Agreement, the Firm seeks payment of its Chapter 11 Administrative Claim, i.e. payment of the Firm's fees in the sum of $8,792.51 plus expense reimbursement in the sum of $304 for a total compensation of **$9,096.61**, for those services rendered and expenses incurred by the Firm for the period from January 1, 2022 through October 18, 2022.

Dated: October 19, 2022               FINESTONE HAYES LLP

                                      *Jennifer C. Hayes*
                                      Jennifer C. Hayes
                                      Attorneys for Michael G. Kasolas,
                                      Liquidating Trustee

Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel.:   (415) 616-0466
Fax:   (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: jhayes@fhlawllp.com
Email: rwitthans@fhlawllp.com

Attorneys for Michael G. Kasolas,
Liquidating Trustee

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ROBERT BROWER, SR.,<br><br>Reorganized Debtor. | Case No. 15-50801-MEH<br>Chapter 11<br><br>**DECLARATION OF JENNIFER C. HAYES IN SUPPORT OF THIRD NOTICE OF FEES: CHAPTER 11 ADMINISTRATIVE CLAIM, ATTORNEYS' FEES AND EXPENSES OF FINESTONE HAYES LLP FROM JANUARY 1, 2022 THROUGH OCTOBER 18, 2022** |

I, Jennifer C. Hayes, declare as follows:

1.     I am the court-appointed counsel for Michael G. Kasolas (the "Liquidating Trustee") in the above-captioned bankruptcy case. I am a partner at Finestone Hayes LLP (the "Firm"). I make this declaration of my own personal knowledge and could and would testify competently thereto if called upon to do so. As to any matters stated on information and belief, I believe the information to be true and correct. I make this declaration in support of the Firm's Third Notice of Fees: Chapter 11 Administrative Claim, Attorneys' Fees of Finestone Hayes LLP from January 1, 2022 through October 18, 2022 (the "Chapter 11 Administrative Claim").

2. I am the attorney principally responsible for the Firm's representation of the Liquidating Trustee in this case.

3. I have read the Third Chapter 11 Administrative Claim filed concurrently herewith. To the best of my knowledge and belief, formed after reasonable inquiry, the statements contained therein are true.

4. No payments have been made or promised to the Firm for services rendered in connection with the case, except for payments from the Liquidating Trust in accordance with the procedures set forth in the Liquidating Trust.

5. The compensation and expense reimbursement requested are billed at rates no less favorable than those customarily billed by the Firm. The Firm does not charge for word processing.

6. Attached as **Exhibit A** is an authentic copy of the Firm's Invoice, which ws prepared and maintained in the ordinary course of business, and which accurately reflects the Firm's fees and expenses for this case from January 1, 2022 through October 18, 2022.

I declare under penalty of perjury that the above statements are true and that if called as a witness I could and would testify to their truthfulness. This declaration is executed on October 19, 2022 in Contra Costa County, California.

*Jennifer C. Hayes*
Jennifer C. Hayes

# Exhibit A

| | |
|---|---|
| Nickname | Kasolas.Brower \| Kas001 |
| Full Name | Michael Kasolas |
| Address | P.O. Box 27526 |
| | San Francisco, CA 94127 |
| Phone 1 | Phone 2 |
| Phone 3 | Phone 4 |
| In Ref To | In re Brower |
| | Bankruptcy Case No. 15-50801 |

| Date | Timekeeper | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| ID | Task | Markup % | DNB Time | DNB Amt | |

**Activity: Appeal**

| 9/23/2022 | Ryan Witthans | 350.00 | 0.30 | 105.00 | Billable |
|---|---|---|---|---|---|
| 53339 | Appeal | | | | |

Monitor status of Costal Cypress Corporation v. MUFG Union Bank appeal; review notice of remittitur and docket orders re dismissal; follow-up emails with team re same (0.3).

| Total: Appeal | | | 0.30 | | $105.00 |
|---|---|---|---|---|---|

**Activity: Assets**

| 7/6/2022 | Ryan Witthans | 350.00 | 0.10 | 35.00 | Billable |
|---|---|---|---|---|---|
| 51616 | Assets | | | | |

Emails with S. Finestone re California Secretary of State correspondence (0.1).

| 7/14/2022 | Ryan Witthans | 350.00 | 0.10 | 35.00 | Billable |
|---|---|---|---|---|---|
| 51578 | Assets | | | | |

Emails with S. Finestone re expected PIN number mailing from California Secretary of State (0.1).

| 8/11/2022 | Ryan Witthans | 350.00 | 0.50 | 175.00 | Billable |
|---|---|---|---|---|---|
| 52126 | Assets | | | | |

Emails with Delaware Secretary of State re dissolution of Coastal Cypress Corporation; review and revise dissolution documents; emails with client re same (0.5).

| 8/13/2022 | Ryan Witthans | 350.00 | 0.10 | 35.00 | Billable |
|---|---|---|---|---|---|
| 52134 | Assets | | | | |

Emails with client re updated Coastal Cypress Corporation forms; review of same (0.1).

| 8/14/2022 | Ryan Witthans | 350.00 | 0.10 | 35.00 | Billable |
|---|---|---|---|---|---|
| 52550 | Assets | | | | |

Follow-up email to Delaware Secretary of State re updated dissolution form (0.1).

| 8/15/2022 | Ryan Witthans | 350.00 | 0.10 | 35.00 | Billable |
|---|---|---|---|---|---|
| 52632 | Assets | | | | |

Follow-up emails with Delaware Secretary of State re Coastal Cypress Corporation dissolution (0.1).

| 8/16/2022 | Ryan Witthans | 350.00 | 0.70 | 245.00 | Billable |
|---|---|---|---|---|---|
| 52573 | Assets | | | | |

Further emails with Delaware Secretary of State re Coastal Cypress

Kasolas.Brower:Michael Kasolas (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| | Corporation dissolution; review corporate records from Delaware Secretary of State (0.3). Follow-up emails with client re same (0.1). Review American Commercial Properties records with California Secretary of State; request new PIN number for access to entity surrender forms; emails with S. Finestone re same (0.3). | | | | |
| 8/26/2022<br>52607 | Ryan Witthans<br>Assets<br>Receive and review confirmation of Coastal Cypress Corporation dissolution from Delaware Secretary of State; follow-up email to client re same (0.2). | 350.00 | 0.20 | 70.00 | Billable |
| **Total: Assets** | | | **1.90** | | **$665.00** |

Activity: Compliance

| 7/21/2022<br>51519 | Jennifer Hayes<br>Compliance<br>Review emails from M. Kasolas and R. Pierotti re operating report and UST fee (.1) | 525.00 | 0.10 | 52.50 | Billable |
|---|---|---|---|---|---|
| **Total: Compliance** | | | **0.10** | | **$52.50** |

Activity: Litigation

| 7/12/2022<br>51567 | Ryan Witthans<br>Litigation<br>Confirm dismissal of appeal in Coastal Cypress v. MUFG Bank; emails with client re same (0.1). | 350.00 | 0.10 | 35.00 | Billable |
|---|---|---|---|---|---|
| **Total: Litigation** | | | **0.10** | | **$35.00** |

Activity: See description

| 7/1/2022<br>51171 | Jennifer Hayes<br>See description<br>Listen to detailed voicemail from I. Weedn re status (.1) | 525.00 | 0.10 | 52.50 | Billable |
|---|---|---|---|---|---|
| 7/6/2022<br>51214 | Jennifer Hayes<br>See description<br>Emails to and from R. Pierotti re status of receipt of tax refunds (.1); listen to voicemail from I. Weedn re request for case status and email to I. Weedn re same (.1); emails from and to J. Bagdanov re same (.1); telephone call with M. Kasolas re status (.1) | 525.00 | 0.40 | 210.00 | Billable |
| 7/7/2022<br>51256 | Jennifer Hayes<br>See description<br>Review email from I. Weedn re cash in trust and email to M. Kasolas re same (.1) | 525.00 | 0.10 | 52.50 | Billable |

Kasolas.Brower:Michael Kasolas (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
| --- | --- | --- | --- | --- | --- |
| 7/11/2022<br>51327 | Jennifer Hayes<br>See description<br>Review emails from R. Witthans and M. Kasolas re status of dismissal of appeal and corporate dissolutions (.1) | 525.00 | 0.10 | 52.50 | Billable |
| 7/25/2022<br>51644 | Jennifer Hayes<br>See description<br>Review and analysis of quarterly report (.1); review and respond to email from I. Weedn re case status and funds on hand (.2) | 525.00 | 0.20 | 105.00 | Billable |
| 8/3/2022<br>51880 | Jennifer Hayes<br>See description<br>Review and analysis of email from J. Bagdanov re court's dismissal of AP claims with prejudice; emails from and to J. Bagdanov and M. Kasolas re same | 525.00 | 0.40 | 210.00 | Billable |
| 8/3/2022<br>51882 | Jennifer Hayes<br>See description<br>Emails from and to J. Bagdanov and M. Kasolas re scheduling Zoom to discuss next steps in light of dismissal with prejudice of AP claims; telephone call with M. Kasolas re same; email to M. Lauter and I. Weedn re same; review and respond to email from M. Lauter re same; review emails from M. Kasolas and R. Pierotti re future tax matters for liquidating trust | 525.00 | 0.60 | 315.00 | Billable |
| 8/4/2022<br>51905 | Jennifer Hayes<br>See description<br>Review and analysis of Court's memorandum decision on Second Amended Complaint; prepare for and participate in a Zoom with Brutzkus Gubner firm and M. Kasolas re same; follow up telephone call with M. Kasolas re same; review and respond to email from J. Wellington re B. Healy complaint | 525.00 | 2.20 | 1,155.00 | Billable |
| 8/9/2022<br>52027 | Jennifer Hayes<br>See description<br>Review and analysis of Healy claims and lawsuit | 525.00 | 0.70 | 367.50 | Billable |
| 8/14/2022<br>52141 | Jennifer Hayes<br>See description<br>Review emails from R. Witthans and M. Kasolas regarding dissolution of Coastal Cypress | 525.00 | 0.10 | 52.50 | Billable |
| 8/15/2022<br>52179 | Jennifer Hayes<br>See description<br>Further analysis re Healy lawsuit; email to Bruztkus Gubner firm re same | 525.00 | 0.60 | 315.00 | Billable |
| 8/17/2022<br>52338 | Jennifer Hayes<br>See description<br>Review and analysis of email from M. Kasolas regarding Healy lawsuit and fee claim; email to M. Kasolas re same | 525.00 | 0.20 | 105.00 | Billable |

Kasolas.Brower:Michael Kasolas (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 8/21/2022 52306 | Jennifer Hayes See description Emails from and to M. Kasolas regarding new Healy lawsuit (.1) | 525.00 | 0.10 | 52.50 | Billable |
| 8/23/2022 52318 | Jennifer Hayes See description Follow up email to J. Bagdanov regarding Healy lawsuit (.1) | 525.00 | 0.10 | 52.50 | Billable |
| 8/24/2022 52378 | Jennifer Hayes See description Review and respond to email from J. Bagdanov re W. Healy lawsuit (.1) | 525.00 | 0.10 | 52.50 | Billable |
| 9/13/2022 52922 | Jennifer Hayes See description Analysis re Healy state court lawsuit and liquidating trust agreement; email to B. Healy requesting dismissal of state court lawsuit filed in violation of liquidating trust agreement; review response from B. Healy re same; email to B. Healy regarding why his lawsuit asserts claims owned by the estate; further analysis re Healy's lawsuit;' email to M. Kasolas re Healy's refusal to withdraw same and next steps re same | 525.00 | 1.60 | 840.00 | Billable |
| 9/15/2022 53027 | Jennifer Hayes See description Further review and analysis of Healy complaint and next steps, and telephone call with M. Kasolas regarding same | 525.00 | 1.10 | 577.50 | Billable |
| 9/19/2022 53025 | Jennifer Hayes See description Email to M. Lauter and I. Weedn re Healy complaint and additional distribution to Union Bank; review and respond to email from M. Lauter re same; telephone call with M. Kasolas regarding his fee application and timing of same; emails from and to I. Weedn regarding adversary proceeding and next steps | 525.00 | 0.60 | 315.00 | Billable |
| 9/20/2022 53043 | Jennifer Hayes See description Emails from and to M. Kasolas regarding payment of his commission; review emails from R. Pierotti and M. Kasolas re changes need to Coastal Cypress corporate records/tax info | 525.00 | 0.20 | 105.00 | Billable |
| 9/22/2022 53060 | Jennifer Hayes See description Email to R. Pierotti re fee notice and whether to include KPMD; review and respond to email from R. Pierotti re same | 525.00 | 0.20 | 105.00 | Billable |
| 9/23/2022 53200 | Jennifer Hayes See description Review and respond to email from R. Witthans re dismissal of state court action | 525.00 | 0.10 | 52.50 | Billable |

Kasolas.Brower:Michael Kasolas (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 9/26/2022<br>53196 | Jennifer Hayes<br>See description<br>Draft fee notice for M. Kasolas; email to M. Kasolas re same | 525.00 | 0.50 | 262.50 | Billable |
| 9/27/2022<br>53168 | Jennifer Hayes<br>See description<br>Review and respond to email from M. Kasolas regarding funds on hand and next disbursement; review and revise fee notice; telephone call with M. Kasolas re funds on hand; email to M. Kasolas re total disbursements made to date | 525.00 | 0.60 | 315.00 | Billable |
| 9/28/2022<br>53226 | Jennifer Hayes<br>See description<br>Continue drafting M. Kasolas fee notice and multiple emails to and from M. Kasolas re same | 525.00 | 0.60 | 315.00 | Billable |
| 10/11/2022<br>53539 | Jennifer Hayes<br>See description<br>Review and revise fee notice and analysis re Trustee's commission; email to M. Kasolas re same | 525.00 | 0.30 | 157.50 | Billable |
| 10/14/2022<br>53634 | Jennifer Hayes<br>See description<br>Review email from M. Kasolas re fee notice; telephone call with M. Kasolas re same; email to S. Finestone re same; further analysis re commission and revisions to fee notice; draft declaration in support; email to M. Kasolas re drafts; draft fee notice and declaration for KPMD and email to R. Pierotti re same; draft third chapter 11 claim for FH Law and supporting declaration | 525.00 | 2.40 | 1,260.00 | Billable |
| 10/18/2022<br>53697 | Jennifer Hayes<br>See description<br>Emails from and to R. Pierotti re fee notice; email to M. Kasolas re same | 525.00 | 0.20 | 105.00 | Billable |

Total: See description　　　　　　　　　　　　　　　　　　14.40　　　　　　　　　　　　$7,560.00

TOTAL　　Billable Fees　　　　　　　　　　　　　　　　　16.80　　　　　　　　　　　　$8,417.50

| Date<br>ID | Timekeeper<br>Expense | Price<br>Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| Activity: Filing | | | | | |
| 8/15/2022<br>52633 | Ryan Witthans<br>Filing<br>Corporate dissolution fee with Delaware Secretary of State. | 304.00 | 1.000 | 304.00 | Billable |

Total: Filing　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$304.00

Kasolas.Brower:Michael Kasolas (continued)

|  | Amount | Total |
|---|---|---|
| TOTAL    Billable Costs |  | $304.00 |

|  | Amount | Total |
|---|---|---|
| Total of Fees (Time Charges) |  | $8,417.50 |
| Total of Costs (Expense Charges) |  | $304.00 |
| Total new charges |  | $8,721.50 |
| Total Previous Balance |  | $375.11 |
| Total New Balance |  | $9,096.61 |

## Timekeeper Summary

| Timekeeper | Rate | Hours | Charges | Slip Value | Adjustment |
|---|---|---|---|---|---|
| JCH | 525.00 | 14.50 | $7,612.50 | $7,612.50 | 0.00 |
| RAW | 350.00 | 2.30 | $805.00 | $805.00 | 0.00 |

Finestone Hayes LLP  
456 Montgomery Street  
20th Floor  
San Francisco, CA 94104  
EIN 81-3527676

Invoice submitted to:  
Michael Kasolas  
P.O. Box 27526  
San Francisco, CA 94127

July 4, 2022

In Reference To: In re Brower  
Bankruptcy Case No. 15-50801

Invoice #12064

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/3/2022 | JCH | Review and analysis of settlement letter from JRG firm and review email from J. Bagdanov re same (.2) | 0.20<br>525.00/hr | 105.00 |
| 1/4/2022 | JCH | Email to M. Kasolas re current funds on hand in the liquidating trust (.1); review and respond to email from R. Pierotti re fee notice (.1) | 0.20<br>525.00/hr | 105.00 |
| 1/5/2022 | JCH | Review and revise second notice of fees for Finestone Hayes LLP and draft declaration in support of same (.9); email to M. Kasolas and R. Pierotti re same (.1) | 1.00<br>525.00/hr | 525.00 |
|  | JCH | Review and respond to email from J. Bagdanov regarding JRG settlement offer and extension of time to respond (.1) | 0.10<br>525.00/hr | 52.50 |
| 1/6/2022 | JCH | Emails from and to M. Kasolas re fee notice and funds on hand (.1); review and revise fee notice (.1); telephone call with M. Kasolas re same (.1); emails to and from R. Pierotti re same (.1); draft proof of service (.1); emails from and to R. Pierotti re fee notice and filing of same (.1) file same (n/c); draft proof of service and corrected proof of service of KPMD fee notice and email to R. Pierotti re same (.3, bill for .1) | 0.70<br>525.00/hr | 367.50 |
| 1/10/2022 | JCH | Telephone call with M. Kasolas re JRG settlement offer (.1); emails to and from M. Kasolas and J. Bagdanov re same (.1) | 0.20<br>525.00/hr | 105.00 |
| 1/19/2022 | JCH | Emails from and to R. Pierotti re payment of MUFG administrative claim (.1) | 0.10<br>525.00/hr | 52.50 |
| 1/20/2022 | JCH | Review email from M. Kasolas re JRG settlement offer (.1) | 0.10<br>525.00/hr | 52.50 |
|  | JCH | Emails from and to R. Pierotti re administrative claims (.1) | 0.10<br>525.00/hr | 52.50 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/24/2022 | JCH | Review emails from J. Komorsky and M. Kasolas re status of litigation (.1) | 0.10<br>525.00/hr | 52.50 |
| 2/4/2022 | JCH | Telephone call with M. Kasolas re case status (.1) | 0.10<br>525.00/hr | 52.50 |
| 2/8/2022 | JCH | Review lengthy email from J. Bagdanov re litigation status and settlement offer (.1); email to J. Bagdanov and M. Kasolas re same (.1) | 0.20<br>525.00/hr | 105.00 |
| 2/14/2022 | JCH | Review email from M. Kasolas re Lindley settlement proposal (.1) | 0.10<br>525.00/hr | 52.50 |
| 2/15/2022 | JCH | Telephone call with M. Kasolas re status update (.3, bill for .2) | 0.20<br>525.00/hr | 105.00 |
|  | JCH | Emails from and to R. Brower Jr. regarding his request for payment on his claim (.2); email to M. Kasolas and J. Bagdanov re same (.1) | 0.30<br>525.00/hr | 157.50 |
| 3/3/2022 | JCH | Review email from M. Kasolas re JRG invoices (.1) | 0.10<br>525.00/hr | 52.50 |
| 3/14/2022 | JCH | Emails from and to I. Weedn re status of liquidation of assets and payment of second interim distribution to creditors (.1); email to M. Kasolas re same (1.) | 0.20<br>525.00/hr | 105.00 |
| 3/15/2022 | JCH | Emails from and to M. Kasolas re scheduling a call to discuss timing of next distribution (.1) | 0.10<br>525.00/hr | 52.50 |
| 3/16/2022 | JCH | Review and respond to email from M. Kasolas re scheduling a call to discuss next steps (.1); further emails form and to M. Kasolas re same (.1); telephone call with M. Kasolas re status and next steps (.3) | 0.50<br>525.00/hr | 262.50 |
| 3/17/2022 | JCH | Email to I. Weedn regarding mailing address for next check mailed to the bank (.1); review and respond to email from I. Weedn re same (.1); emails from and to I. Weedn re anticipated distribution amount (.1); review email from I. Weedn re mailing instructions for bank's check and email to M. Kasolas re same (.1) | 0.40<br>525.00/hr | 210.00 |
| 3/18/2022 | JCH | Emails from and to M. Kasolas re distribution to Union Bank (.1); email to I. Weedn re same (.1) | 0.20<br>525.00/hr | 105.00 |
| 3/26/2022 | JCH | Review emails from J. Bagdanov and M. Kasolas regarding court's memorandum decision on Plaintiff's first amended complaint (.1) | 0.10<br>525.00/hr | 52.50 |
| 4/1/2022 | JCH | Review and respond to email from M. Lauter re memorandum decision on adversary proceeding complaint (.1) | 0.10<br>525.00/hr | 52.50 |
| 4/4/2022 | JCH | Emails from and to M. Kasolas re scheduling call for status update (.1) | 0.10<br>525.00/hr | 52.50 |
| 4/8/2022 | JCH | Emails from and to J. Bagdanov re second amended complaint (.1) | 0.10<br>525.00/hr | 52.50 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/19/2022 | JCH | Review and analysis of email from J. Bagdanov re settlement offer from JRG (.1); review email from R. Witthans re dissolution of Coastal Cypress (.1) | 0.20<br>560.00/hr | 112.00 |
|  | RAW | Emails with Delaware Secretary of State and team re 2021 Coastal Cypress annual franchise tax report (0.2). | 0.20<br>350.00/hr | 70.00 |
| 4/21/2022 | JCH | Review emails from R. Pierotti and M. Kasolas re quarterly operating report (.1) | 0.10<br>525.00/hr | 52.50 |
| 5/11/2022 | JCH | Review email from UST re delinquent UST fees and email to M. Kasolas re same (.1) | 0.10<br>525.00/hr | 52.50 |
| 5/12/2022 | JCH | Review and respond to emails from M. Kasolas and R. Pierotti re allegedly outstanding UST quarterly fees (.1); review and respond to email from UST's office re same (.1) | 0.20<br>525.00/hr | 105.00 |
| 5/16/2022 | JCH | Review emails from M. Kasolas and R. Witthans re Coastal dissolution and communication from the Delaware Secretary of State (.1) | 0.10<br>525.00/hr | 52.50 |
| 6/7/2022 | RAW | Review letter from Delaware Secretary of State re dissolution of Coastal Cypress Corporation; follow-up email to client and accountant re same (0.2). | 0.20<br>350.00/hr | 70.00 |
| 6/21/2022 | RAW | Emails with R. Pierotti re filing additional tax return and new corporate dissolution paperwork with Delaware Secretary of State; review and prepare documents re same (0.3). | 0.30<br>350.00/hr | 105.00 |
| 6/22/2022 | JCH | Review email from R. Pierotti re B. Brower claim (.1); analysis re same (.2); email to R. Pierotti re same (.1) | 0.40<br>525.00/hr | 210.00 |
| 6/23/2022 | JCH | Review and respond to email from W. Healy regarding status of adversary proceeding | 0.10<br>525.00/hr | 52.50 |
|  | RAW | Prepare and submit corporate dissolution request to Delaware Secretary of State (0.4). Follow-up emails with team re same (0.1). Research re procedure to surrender foreign corporation with California Secretary of State; emails with trustee and accountant re same (0.4). | 0.90<br>350.00/hr | 315.00 |
| 6/24/2022 | RAW | File updated statement of information for ACP with California Secretary of State; emails with team re same (0.5). | 0.50<br>350.00/hr | 175.00 |
| 6/27/2022 | RAW | Emails with S. Finestone re PIN notification from California Secretary of State (0.1). | 0.10<br>350.00/hr | 35.00 |
|  |  | For professional services rendered | 9.00 | $4,347.00 |

Michael Kasolas                                                                                                  Page    4

    Additional Charges :

|  |  | Amount |
|---|---|---|
| 6/24/2022 | Fee to file updated statement of information for ACP with California Secretary of State. | 25.00 |
| | Total additional charges | $25.00 |
| | For professional services rendered | 9.00    $4,372.00 |
| | Total amount of this bill | $4,372.00 |
| | Previous balance | $121,610.35 |
| | Accounts receivable transactions | |
| 1/31/2022 | Payment - thank you. Check No. 1009 | ($121,610.35) |
| 1/31/2022 | Payment - thank you. Check No. 1010 | ($3,996.89) |
| | Total payments and adjustments | ($125,607.24) |
| | Balance due | $375.11 |