Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel.:   (415) 616-0466
Fax:   (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: jhayes@fhlawllp.com
Email: rwitthans@fhlawllp.com

Attorneys for Michael G. Kasolas,
Liquidating Trustee

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ROBERT BROWER, SR.,<br><br>Debtor. | Case No. 15-50801-MEH<br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

I am over the age of 18 and not a party to this action. My business address is 456 Montgomery Street, Floor 20, San Francisco, California 94104. I caused a true and correct copy of the following documents:

1. **MOTION FOR ENTRY OF ORDER AUTHORIZING LIQUIDATING TRUSTEE TO PAY ROBERT S. BROWER JR. CLAIM DISTRIBUTION TO WILLIAM HEALY, BASED ON MR. HEALY'S LIEN RIGHTS AGAISNT ROBERT S. BROWER JR.**
2. **DECLARATION OF MICHAEL G. KASOLAS IN SUPPORT OF MOTION FOR ENTRY OF ORDER AUTHORIZING LIQUIDATING TRUSTEE TO PAY ROBERT S. BROWER JR. CLAIM DISTRIBUTION TO WILLIAM HEALY, BASED ON MR. HEALY'S LIEN RIGHTS AGAISNT ROBERT S. BROWER JR.**
3. **NOTICE OF HEARING ON MOTION FOR ENTRY OF ORDER AUTHORIZING LIQUIDATING TRUSTEE TO PAY ROBERT S. BROWER JR. CLAIM DISTRIBUTION TO WILLIAM HEALY, BASED ON MR. HEALY'S LIEN RIGHTS AGAISNT ROBERT S. BROWER JR.**

to be served in the manner stated below.

1. <u>**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**</u>

Pursuant to controlling General Orders and Local Bankruptcy Rules, the forgoing documents will be served by the court via NEF and link to the document. On July 30, 2024, I checked the CM/ECF docket for this action and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below.

| | |
|---|---|
| 1 | Jessica L. Bagdanov on behalf of Plaintiff Michael G. Kasolas<br>jbagdanov@bg.law, ecf@bg.law |
| 2 | |
| 3 | David W. Balch on behalf of Creditor Coastal Cypress Corporation<br>davidbalch@gmail.com, michelle@lg-attorneys.com |
| 4 | James C. Bastian, Jr. on behalf of Defendant Aurora Capital Advisors,<br>jbastian@shbllp.com |
| 5 | |
| 6 | Tad A. Devlin on behalf of Creditor Oldfield Creely, LLP, a limited liability partnership<br>tdevlin@kdvglaw.com, smarrujo@kdvglaw.com |
| 7 | |
| 8 | Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SJ<br>trevor.fehr@usdoj.gov |
| 9 | Stephen D. Finestone on behalf of Trustee Michael G. Kasolas<br>sfinestone@fhlawllp.com |
| 10 | |
| 11 | Jennifer C. Hayes on behalf of Trustee Michael G. Kasolas<br>jhayes@fhlawllp.com |
| 12 | |
| 13 | William J. Healy on behalf of Creditor Campeau Goodsell Smith, L.C.<br>wjhealy7@gmail.com |
| 14 | |
| 15 | Michael G. Kasolas<br>trustee@kasolas.net, ecf.alert+Kasolas@titlexi.com |
| 16 | Jason B. Komorsky on behalf of Plaintiff Michael G. Kasolas<br>jkomorsky@bg.law, ecf@bg.law |
| 17 | |
| 18 | Michael Lauter on behalf of Creditor MUFG Union Bank, N.A.<br>mlauter@sheppardmullin.com |
| 19 | |
| 20 | Ryan O'Dea on behalf of Defendant Aurora Capital Advisors,<br>rodea@shbllp.com |
| 21 | |
| 22 | Office of the U.S. Trustee / SJ<br>USTPRegion17.SJ.ECF@usdoj.gov |
| 23 | Aron M. Oliner on behalf of Defendant Pohanka of Salisbury, Inc.,<br>roliner@duanemorris.com, dmicros@duanemorris.com |
| 24 | |
| 25 | Richard L. Pierotti<br>Rpierotti@kpmd.com |
| 26 | |
| 27 | Steven B. Sacks on behalf of Creditor MUFG Union Bank, N.A.<br>ssacks@sackslawoffice.com |
| 28 | |

CERTIFICATE OF SERVICE 2/3

Babak Samini on behalf of Defendant Anthony Nobles
bsamini@saminilaw.com, nprado@saminilaw.com

Rogelio Serrano-Gutierrez on behalf of Defendant Oldfield Creely, LLP,
rogergs56@gmail.com

Wendy W. Smith on behalf of Defendant Johnson, Rovella, Retterer, Rosenthal & Gilles, LLP, wendy@bindermalter.com

Ryan A. Stubbe on behalf of Debtor Robert S. Brower, Sr.
stubbe@roseman.law, nef.jlglawyers@gmail.com

Isaiah Weedn on behalf of Creditor MUFG Union Bank, N.A.
iweedn@sheppardmullin.com, cdubienny@sheppardmullin.com

Jessica Wellington on behalf of Plaintiff Michael G. Kasolas
jwellington@bg.law, ecf@bg.com

Ryan A. Witthans on behalf of Trustee Accountant Kokjer, Pierotti, Maiocco & Duck LLP rwitthans@fhlawllp.com

John van Loben Sels on behalf of Defendant Anthony Nobles
jvl@jmbm.com

2. **SERVED BY FIRST-CLASS MAIL**

Pursuant to Federal Rule of Civil Procedure 5 and any controlling Local Bankruptcy Rules, on July 30, 2024, I served the following persons and/or entities by First-Class Mail.

Robert S. Brower, Jr.
25 Sunderland Lane
Katonah, NY 10536-3153

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 30, 2024, in Contra Costa County, California.

*/s/ Jennifer C. Hayes*
Jennifer C. Hayes

CERTIFICATE OF SERVICE 3/3